IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DUARTE,<br><br>    Plaintiff,<br><br>  v.<br><br>LAURIE SMITH, et al.,<br><br>    Defendants.<br>_____/ | No. 05-01374 CW<br><br>ORDER GRANTING MOTION TO DISMISS COMPLAINT AGAINST DEFENDANT LAURIE SMITH, SHERIFF OF SANTA CLARA COUNTY |

    On November 3, 2007, Plaintiff filed a Motion to Dismiss Complaint Against Defendant Laurie Smith, Sheriff of Santa Clara County. The Court having considered the motion and good cause appearing,

    IT IS HEREBY ORDERED that the complaint as to Defendant Laurie Smith (sued erroneously as Laura Smith) is dismissed.

6/5/07

Dated _____

_____
CLAUDIA WILKEN
United States District Judge

<b>United States District Court</b><br>For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DUARTE,

        Plaintiff,

v.

SMITH et al,

        Defendant.

Case Number: CV05-01374 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Duarte T-24814
Salinas Valley State Prison
#235/L
P.O. Box 1050
Soledad, CA 93960-1060

Neysa A. Fligor F
Office of the County Counsel
70 West Hedding
East Wing, 9th Floor
San Jose, CA 95110-1770

Dated: June 5, 2007

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk

2