ANN MILLER RAVEL, County Counsel (S.B. #62139)
NEYSA A. FLIGOR, Deputy County Counsel (S.B. #215876)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH AND
CAPTAIN TOBY WONG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DUARTE,<br><br>    Plaintiff,<br><br>v.<br><br>LAURA SMITH SHERIFF OF SANTA CLARA COUNTY, et al.<br><br>    Defendants. | C05-1374 CW (PR)<br><br>**NOTICE OF ENTRY OF ORDER GRANTING MOTION TO DISMISS COMPLAINT AGAINST DEFENDANT LAURIE SMITH, SHERIFF OF SANTA CLARA COUNTY** |

TO PLAINTIFF IN PRO PER AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that on June 5, 2007, the Honorable Judge Claudia Wilken entered an Order Granting Motion to Dismiss Complaint Against Defendant Laurie Smith, Sheriff of Santa Clara County.

A true and correct copy of the Order is attached.

Dated: June 14, 2007

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____
NEYSA A. FLIGOR
Deputy County Counsel

Attorneys for Defendants
SHERIFF LAURIE SMITH AND
CAPTAIN TOBY WONG

84353.wpd

**ORIGINAL FILED**

JUN - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DUARTE,<br><br>    Plaintiff,<br><br>v.<br><br>LAURIE SMITH, et al.,<br><br>    Defendants. | No. 05-01374 CW<br><br>ORDER GRANTING MOTION TO DISMISS COMPLAINT AGAINST DEFENDANT LAURIE SMITH, SHERIFF OF SANTA CLARA COUNTY |

    On November 3, 2007, Plaintiff filed a Motion to Dismiss Complaint Against Defendant Laurie Smith, Sheriff of Santa Clara County.  The Court having considered the motion and good cause appearing,

    IT IS HEREBY ORDERED that the complaint as to Defendant Laurie Smith (sued erroneously as Laura Smith) is dismissed.

6/5/07

Dated _____



_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE BY MAIL**

*ERIC DUARTE v. LAURA SMITH SHERIFF OF COUNTY OF SANTA CLARA, et al.*

Case No.: C05-1374 CW (PR)

    I, Cassaundra M. Foster, say:

    I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **NOTICE OF ENTRY OF ORDER GRANTING MOTION TO DISMISS COMPLAINT AGAINST DEFENDANT LAURIE SMITH, SHERIFF OF SANTA CLAR COUNTY,** by placing said copy in an envelope addressed to:

Eric Duarte, T-24814
Salinas Valley State Prison
Facility A4-235-L
P.O. Box 1050
Soledad, California 93960-1060

which envelope was then sealed, with postage fully prepaid thereon, on **June 14, 2007,** and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **June 14, 2007**, at San Jose, California.

*/s/ Cassaundra M. Foster*
Cassaundra M. Foster