ERIC DUARTE, T-24814
Corcoran/SHU 4B-4R-47
P.O. Box 3481
Corcoran, California
93212

LEGAL MAIL

STATE
PRISON
CORCORAN

MARSHALS SERVICE

BAKERSFIELD CA 933
MOJAVE CA
11 JUL 2006 PM 1 T

Honorable Justice, Claudia Wilken
U.S. District Court, Northern
District of California
1301 Clay St. Suite, 400 S
Oakland, California  94612-5212