**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RICHARD W. WIEKING
CLERK

1301 CLAY STREET, SUITE 400S
OAKLAND, CALIFORNIA 94612-5212
(510) 637-3530

September 25, 2007

FILED
SEP 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Neysa A. Fligor
Office of the County Counsel
70 West Hedding Street, East Wing, 9th Floor
San Jose, CA  95110

Re:  C-05-1374 CW (PR), Duarte v. Wong, et al.

Dear Ms. Fligor:

Enclosed are copies of the Order Granting Defendant Wong's Motion for Summary Judgment, Issuing Second Order of Service and Addressing Pending Motions, Plaintiff's Amended Complaint filed July 13, 2006, and Notice of Lawsuit and Request for Waiver of Service of Summons in the above-captioned case which are being provided as a courtesy.  These documents have also been mailed to the named Defendants.

Very truly yours,

*Sheilah Cahill*
SHEILAH CAHILL
Deputy Clerk

scc

encls.