```
1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   NEYSA A. FLIGOR, Deputy County Counsel (S.B. #215876)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH AND
6  CAPTAIN TOBY WONG
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DUARTE,<br><br>  Plaintiff,<br><br>v.<br><br>LAURA SMITH SHERIFF OF SANTA CLARA COUNTY, et al.<br><br>  Defendants. | C 05-01374 CW (PR)<br><br>**[PROPOSED] FINAL JUDGMENT CONCERNING CLAIMS AGAINST DEFENDANTS WONG, NGUYEN, "NURSE MYRNA" AND CSABANYI** |

This Court, having granted the motion for summary judgment filed by Defendant Captain Toby Wong with respect to all claims asserted against Captain Wong in this action in its "Order Granting Defendant Wong's Motion for Summary Judgment, Issuing Second Order of Service, and Addressing Pending Motions."

**IT IS ORDERED AND ADJUDGED** that:

1. Judgment is hereby entered in favor of Defendants Wong, Nguyen and "Nurse Myrna;"

2. All relief requested by Plaintiff with regard to Defendants Wong, Nguyen and "Nurse Myrna is hereby denied; and

3. Plaintiff's claims against Defendant Csabanyi are dismissed.

Dated: _____

                                    _____
                                    HONORABLE CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE

98265.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[Proposed] Final Judgment Concerning
Claims Against Defendants Wong,
Nguyen, "Nurse Myrna" and Csabanyi        1        C 05-01374 CW (PR)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE BY MAIL**

*ERIC DUARTE v. LAURA SMITH SHERIFF OF COUNTY OF SANTA CLARA, et al.*

Case No.: C 05-01374 CW (PR)

I, Alexandra K. Weight, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **[PROPOSED] FINAL JUDGMENT CONCERNING CLAIMS AGAINST DEFENDANTS WONG, NGUYEN, "NURSE MYRNA" AND CSABANYI** by placing said copy in an envelope addressed to:

Eric Duarte, T-24814
Salinas Valley State Prison
Facility A4-235-L
P.O. Box 1050
Soledad, California 93960-1060

which envelope was then sealed, with postage fully prepaid thereon, on **October 5, 2007**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **October 5, 2007**, at San Jose, California.

_____
Alexandra K. Weight

98268.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail                    1                    C 05-01374 CW (PR)