ANN MILLER RAVEL, County Counsel (S.B. #62139)
NEYSA A. FLIGOR, Deputy County Counsel (S.B. #215876)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH, CAPTAIN
TOBY WONG, OFFICER BEVAN and
OFFICER GILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DUARTE<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LAURA SMITH SHERIFF OF SANTA CLARA COUNTY, et al.<br><br>　　　　Defendants. | No. C 05-01374 JF<br><br>**ANSWER TO PLAINTIFF'S AMENDED COMPLAINT ON BEHALF OF OFFICER BEVAN AND OFFICER GILL** |

Defendants Sheriff Laurie Smith (sued erroneously herein as Laura Smith) and Captain Toby Wong (sued erroneously herein as Jail Commander Wong) for an answer to Plaintiff's complaint under the Civil Rights Act, 42 U.S.C. § 1983, on file herein, admit, deny and allege as follows:

**I.**

**ANSWERING THE ALLEGATIONS OF THE COMPLAINT**

1.　Answering the allegations of paragraph 1 of the Complaint, Defendants allege that they have no information or belief sufficient to enable them to answer the allegations set forth therein, and on that ground deny each and all of the allegations therein.

2.　Answering the allegations of paragraph 2 of the Complaint, Defendants admit that jurisdiction is conferred on this Court.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Answer to Plaintiff's Amended Complaint
on Behalf of Officer Bevan and Officer Gill　　-1-　　C05-01374 JF

3. Defendants deny the allegations set forth in paragraph 3 of the Complaint.

4. Answering the allegations of paragraph 4 of the Complaint, Defendants admit that Laurie Smith is the Sheriff of Santa Clara County and deny all other allegations set forth therein.

5. Answering the allegations of paragraph 5 of the Complaint, Defendants deny all allegations set forth therein with the exception that they admit that Captain Wong is the Commander of the Santa Clara County Main Jail with all duties and responsibilities associated with that position.

6. On July 13, 2006, Plaintiff filed an Amended Complaint identifying Officer Gill as Doe Defendant number 1 and Officer Bevan as Doe Defendant number 5. Answering the allegations of paragraph 6 through 21 of the Complaint, Defendants allege that they have no information or belief sufficient to enable them to answer the allegations set forth therein, and on that ground deny each and all of the allegations therein.

7. Defendants deny the allegations set forth in paragraph 22 of the Complaint.

8. On July 13, 2006, Plaintiff filed an Amended Complaint identifying Officer Gill as Doe Defendant number 1 and Officer Bevan as Doe Defendant number 5. Answering the allegations of paragraph 23 of the Complaint, Defendants allege that they have no information or belief sufficient to enable them to answer the allegations set forth therein, and on that ground deny each and all of the allegations therein.

9. On July 13, 2006, Plaintiff filed an Amended Complaint identifying Officer Gill as Doe Defendant number 1 and Officer Bevan as Doe Defendant number 5. Defendants deny the allegations set forth in paragraphs 24, 25, 26, and the Prayer of the Complaint.

WHEREFORE, Defendants pray for judgment in their favor as hereinafter set forth.

### FIRST AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that the Complaint, and each and every cause of action and/or claim for relief thereof fails to state facts

///

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Answer to Plaintiff's Amended Complaint
on Behalf of Officer Bevan and Officer Gill            -2-                    C05-01374 JF

sufficient to constitute a cause of action and/or claim for relief against these answering Defendants.

### SECOND AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that Plaintiff was himself careless and negligent in and about the matters alleged in the Complaint, and that said carelessness and negligence on the Plaintiff's own part proximately contributed to the damages complained of, if any there were. Under the doctrine of comparative negligence, Plaintiff's comparative negligence shall reduce any and all damages sustained by Plaintiff.

### THIRD AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that Plaintiff failed to mitigate his damages.

### FOURTH AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that the Complaint, and each and every cause of action and/or claim for relief thereof, is barred by the applicable statute(s) of limitations.

### FIFTH AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that Plaintiff unreasonably delayed in bringing this action against Defendants and that such delay prejudiced these Defendants and, therefore, this action against these Defendants are barred by the doctrine of laches.

### SIXTH AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that Plaintiff,

///

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Answer to Plaintiff's Amended Complaint
on Behalf of Officer Bevan and Officer Gill    -3-    C05-01374 JF

by reason of his own acts and/or omissions, has waived any claims, if any there be, as alleged therein.

### SEVENTH AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that Plaintiff, by reason of his own acts and/or omissions, is equitably estopped from asserting any claim, if any there be, as alleged therein.

### EIGHTH AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that Plaintiff, by virtue of having been the sole or major contributing factor to the alleged damages of which he now complains, based upon his own fault or misconduct, is guilty of unclean hands and therefore is barred from seeking the relief sought in the Complaint by that principle, as well as by the principle of *in pari delicto*.

### NINTH AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that Plaintiff is guilty of willful misconduct in and about the matters complained of in the Complaint and that the aforesaid misconduct on Plaintiff's own parts proximately contributed to the damages of which he now complains.

### TENTH AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that the acts and/or omissions complained of in the Complaint were consented to by Plaintiff.

### ELEVENTH AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that their conduct, at all times referenced therein, was privileged and/or justified.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Answer to Plaintiff's Amended Complaint
on Behalf of Officer Bevan and Officer Gill     -4-     C05-01374 JF

### TWELFTH AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that, at all times referenced therein, Defendants had reasonable and/or probable cause to detain and restrain Plaintiff in the manner chosen.

### THIRTEENTH AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that Plaintiff failed to (1) exhaust his administrative and/or other remedies and/or (2) satisfy other jurisdictional and/or procedural prerequisites prior to filing suit.

### FOURTEENTH AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that, at all times therein, Defendants, individually, and through their officials, employees and agents, acted without malice and with a good faith belief in the propriety of their conduct, and performed and discharged in good faith each and every duty and/or obligation, if any, owed to Plaintiff.

### FIFTEENTH AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that their conduct was proper, legal and in substantial compliance with all applicable regulations, codes, statutes and/or ordinances.

### SIXTEENTH AND SEPARATE AFFIRMATIVE DEFENSE

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that any acts and/or omissions on the part of Defendants, individually, and through its officials, employees and agents, if any there be, were discretionary and not ministerial in nature.

///

///

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Answer to Plaintiff's Amended Complaint
on Behalf of Officer Bevan and Officer Gill        -5-                C05-01374 JF

**SEVENTEENTH AND SEPARATE AFFIRMATIVE DEFENSE**

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that any acts and/or omissions on the part of Defendants, individually, and through their officials, employees and agents, if any there be, were subjectively and/or objectively reasonable so as to entitle Defendants and/or their officials, employees and agents to absolute or qualified immunity based upon applicable Federal and State law for any acts and/or omissions within the course and scope of employment.

**EIGHTEENTH AND SEPARATE AFFIRMATIVE DEFENSE**

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that Defendants, individually, and through its officials, employees and agents are immune from any and all liability under the common-law doctrine of immunity of peace officers executing duties and/or responsibilities in good faith pursuant to statute, which statute(s) is/are presumed valid at the time of such execution.

**NINETEENTH AND SEPARATE AFFIRMATIVE DEFENSE**

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that Plaintiff's Complaint, and each and every cause of action and/or claim for relief therein, is barred by the provisions of Government Code §§ 810 through 1000, inclusive, including but not limited to sections 815, 815.2, 815.3, 815.4, 815.6, 818, 818.2, 818.6, 818.8, 820, 820.2, 820.25, 820.4, 820.6, 820.8, 821, 821.4, 821.6, 822.2, 835, 835.2, 835.4, 840, 840.2, 840.4, 840.6 and 844.6.

**TWENTIETH AND SEPARATE AFFIRMATIVE DEFENSE**

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action and/or claim for relief thereof, these answering Defendants allege that they are not liable for any award of punitive and/or exemplary damages.

/ / /

/ / /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Answer to Plaintiff's Amended Complaint
on Behalf of Officer Bevan and Officer Gill     -6-     C05-01374 JF

WHEREFORE, these answering Defendants pray that Plaintiff take nothing by way of his Complaint, and that Defendants have judgment for their costs of suit incurred herein, together with such other and further relief as the Court may deem just and proper.

Dated: November 26, 2007

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: /S/
———————————————
NEYSA A. FLIGOR
Deputy County Counsel

Attorneys for Defendants
SHERIFF LAURIE SMITH, CAPTAIN TOBY WONG, OFFICER BEVAN and OFFICER GILL

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Answer to Plaintiff's Amended Complaint
on Behalf of Officer Bevan and Officer Gill          -7-                              C05-01374 JF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

**PROOF OF SERVICE BY MAIL**

*ERIC DUARTE v. LAURA SMITH SHERIFF OF COUNTY OF SANTA CLARA, et al.*

Case No.: C 05-01374 JF

I, Cassaundra M. Foster, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **ANSWER TO PLAINTIFF'S AMENDED COMPLAINT ON BEHALF OF OFFICER BEVAN AND OFFICER GILL**, by placing said copy in an envelope addressed to:

Eric Duarte, T-24814
Salinas Valley State Prison
Facility A4-235-L
P.O. Box 1050
Soledad, California 93960-1060

which envelope was then sealed, with postage fully prepaid thereon, on **November 26, 2007**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **November 26, 2007**, at San Jose, California.

_____
Cassaundra M. Foster

102945.wpd