1 | ANN MILLER RAVEL, County Counsel (S.B. #62139)
2 | NEYSA A. FLIGOR, Deputy County Counsel (S.B. #215876)
  | OFFICE OF THE COUNTY COUNSEL
3 | 70 West Hedding, East Wing, Ninth Floor
  | San Jose, California 95110-1770
  | Telephone: (408) 299-5900
4 | Facsimile: (408) 292-7240

5 | Attorneys for Defendants
  | OFFICER MARTYN BEVAN AND
6 | OFFICER HARPREET GILL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

ERIC DUARTE,  )  No. C 05-01374 JF
              )
    Plaintiff, )  **AFFIDAVIT OF ALEXANDER CHYORNY,**
              )  **M.D. IN SUPPORT OF DEFENDANTS'**
              )  **MOTION FOR SUMMARY JUDGMENT**
v.            )
              )  Judge: Honorable Jeremy Fogel
              )  Courtroom 3, 5th Floor
LAURA SMITH SHERIFF OF SANTA )  Hearing Date: Not Applicable
CLARA COUNTY, et al.         )
              )
    Defendants. )
_____)

I, ALEXANDER CHYORNY, M.D., declare as follows:

1. I have personal knowledge of all the matters stated herein and could testify truthfully thereto if called to testify.

2. I have been employed by the Santa Clara Valley Health and Hospital System as a physician for about five and a half years. I have held my current position as Medical Director of Adult Custody Health Services ("ACHS") since March 14, 2005. I was named Acting Medical Director of ACHS in January 2004. Prior to that position, my employment was as a contractor for one and one-half years. My medical specialty is internal medicine. I graduated from the University of California-Davis Medical School in 1999 and my residency was at Santa Clara Valley Medical Center ("VMC") from 1999 to 2002. In addition to my duties at ACHS, I

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Alexander Chyorny, M.D. in Support
of Defendants' Motion for Summary Judgment    1    C 05-01374 JF

also work at VMC's Intensive Care Unit, and I currently hold an appointment as a clinical instructor at Stanford Medical School. My job duties at ACHS include providing primary health care and internal medicine consultations for inmates at the three ACHS clinics within the Department of Correction at the Main Jail, the Elmwood Correctional Facility, and the Correctional Complex for Women.

3. I have reviewed the medical records of inmate Eric Duarte ("Plaintiff"). I am familiar with the treatment he received for injuries he sustained while playing handball at approximately 9:30 p.m. on October 27, 2004. I am also familiar with the medical treatment Plaintiff received for other injuries he sustained while in custody at the Main Jail. Attached hereto as "Exhibit A" is a copy of the "Inmate Injury Report" for Plaintiff's accident dated October 27, 2004.

4. Plaintiff's "Progress Notes" indicate that at approximately 10:10 p.m. on October 27, 2004, a nurse was called by correctional officers to attend to an injury to Plaintiff's left foot. These notes show that the nurse assessed a possible fracture of Plaintiff's fifth left toe and scheduled an x-ray for the first thing the next morning. Attached hereto as "Exhibit B" is a copy of Plaintiff's "Progress Notes."

5. Because the injury occurred late in the evening and the Main Jail does not provide 24-hour x-ray service, an immediate x-ray was not available. The nurse told Plaintiff to keep his leg elevated and apply ice to ease the swelling. It is also standard practice for nurses to administer over-the-counter pain relievers to inmates with minor injuries. *See* Exhibit B.

6. Plaintiff had an outstanding prescription for Motrin, a pain reliever, from a previous injury. Attached hereto as "Exhibit C" is a copy of Plaintiff's "Progress Notes" dated October 14, 2004.

7. Plaintiff received three doses of Motrin on October 27, 2004. Attached hereto as "Exhibit D" is a copy of Plaintiff's medication administration record.

8. The following morning, Plaintiff was brought to the Main Jail infirmary for an x-ray. The x-ray results, which were returned on the afternoon of October 28, 2004, suggested a fracture in Plaintiff's fifth metatarsal, which is the bone on the outside of the foot that connects

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Alexander Chyorny, M.D. in Support
of Defendants' Motion for Summary Judgment      2      C 05-01374 JF

1  to the little toe. Following standard procedure, Plaintiff was referred to VMC for further care.
2  *See* Exhibit B, "10/28/04" entry.

3      9.    Plaintiff was taken to the VMC Emergency Department by 6 p.m. on the same day
4  his x-ray results were returned. Plaintiff was examined by Drs. Brendan Garrett and David Nix,
5  who consulted via telephone with Dr. Ray Oshtoy, an orthopedist. Plaintiff was diagnosed with
6  an oblique fracture of his fifth metatarsal and given a hard-sole shoe to wear. Plaintiff was also
7  given prescriptions for Vicodin and Motrin and instructed to keep his foot rested, iced, and
8  elevated. He was scheduled for a follow-up appointment for the following week. Attached
9  hereto as "Exhibit E" is a copy of Plaintiff's medical chart dated October 28, 2004.

10     10.    Upon re-entry to the Main Jail, Plaintiff was reassigned to a special medical housing
11 unit. Plaintiff's foot was braced, and he was using a wheelchair. *See* Exhibit B, "10/29/04"
12 entry.

13     11.    Less than one week later, Plaintiff was seen by Dr. J. Lukrich at the Main Jail
14 infirmary. Plaintiff's "Progress Notes" for this day indicate that Plaintiff was not fully
15 complying with the advice of his doctors. These notes state that Plaintiff "refused casting"
16 because he "didn't want to be rehouse[d]." Dr. Lukrich encouraged Plaintiff to follow the
17 instructions of the VMC orthopedists in order to ensure that he would regain full range of
18 motion and reduce his risk of arthritis. Attached hereto as "Exhibit F" is a copy of Plaintiff's
19 "Progress Notes" dated November 3, 2004.

20     12.    At approximately 10:21 a.m. the next day, Plaintiff was seen at the VMC Orthopedic
21 Clinic for a follow-up appointment. Plaintiff was treated by David Sohn, M.D. Dr. Sohn
22 reviewed the x-rays, determined that there was acceptable alignment, and told Plaintiff to wear
23 his hard-sole shoe for five weeks. Attached hereto as "Exhibit G" is a copy of Plaintiff's
24 "Progress Notes" dated November 4, 2004.

25     13.    The following day, Plaintiff was seen again by medical staff at the Main Jail
26 infirmary. An orthopedist reviewed Plaintiff's x-rays and determined there was minimal
27 displacement of his fracture. He told Plaintiff to continue to wear his hard-sole shoe and
28 prescribed Motrin for pain relief. Attached hereto as "Exhibit H" is a copy of Plaintiff's

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Alexander Chyorny, M.D. in Support
of Defendants' Motion for Summary Judgment     3     C 05-01374 JF

"Progress Notes" dated November 5, 2004.

14. Between November 5 and December 5, 2004, the Infirmary did not receive any requests for medical attention (known within the jail as "white cards") from Plaintiff related to his foot injury.

15. On December 5, Plaintiff's fracture was again checked by the Main Jail medical staff. The progress notes show that Plaintiff was "ambulatory [with] a steady gait." *See* Exhibit H, "12/05/04" entry.

16. The following day, an orthopedist at the Main Jail reviewed Plaintiff's medical chart and determined that Plaintiff could be housed with the general population. This reclassification means that Plaintiff was no longer in need of crutches. Attached hereto as "Exhibit I" is a copy of Plaintiff's "Progress Notes" dated December 6, 2004.

17. After December 6, 2004, there are no further entries in Plaintiff's medical record pertaining to his foot fracture.

18. On October 28, 2004, VMC gave Plaintiff a hard sole shoe to wear in order for him to walk on his injured foot. The hard sole shoe prevented the injured area from feeling the impact of Plaintiff's weight by redistributing Plaintiff's weight to the rest of his foot.

19. Wearing shackles would not have aggravated Plaintiff's injury or caused or added to any pain Plaintiff may have been experiencing.

20. Based on Plaintiff's injury, crutches were appropriate to assist him in walking. Also, an individual with Plaintiff's injury would still be able to ambulate with crutches even when wearing shackles.

21. Having thoroughly reviewed Plaintiff's medical records, I can attest that he was treated promptly and adequately for his foot injury. His x-rays were completed in a timely manner and handled appropriately. Plaintiff was given appropriate follow-up care and proper treatment at every stage of the process. There are no indications of undue delay, misdiagnosis, or other anomalies to suggest that Plaintiff received anything other than the standard course of treatment afforded inmates at the Main Jail. In my experience, his medical treatment was comparable to that received by many private individuals with similar injuries who are treated at

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Alexander Chyorny, M.D. in Support
of Defendants' Motion for Summary Judgment    4    C 05-01374 JF

VMC.

22. I am aware that Plaintiff has alleged that he received inadequate treatment for his foot fracture on the evening of October 27, 2004. However, in my opinion, the attending nurse provided Plaintiff with reasonable and adequate medical care. The typical treatment for foot injuries awaiting an x-ray is rest, ice, compression, and elevation (RICE). Unless there is a physical deformity or major bone fracture apparent, a patient faces no appreciable risk of future harm by delaying treatment for a period of 24 hours.

23. In my opinion, patients who are able to bear weight or walk on their fractured foot have relatively minor injuries. Walking on a minor fracture does not aggravate the underlying injury. There is no evidence in Plaintiff's medical records to suggest that his foot fracture was aggravated by his walking on it or by the treatment he received. From my experience working at VMC, I know it is common for patients with minor foot fractures to wait a day before seeing a doctor.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this affidavit was executed in San Jose, California, on this 20 day of December 2007.

_____
ALEXANDER CHYORNY, M.D.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Alexander Chyorny, M.D. in Support
of Defendants' Motion for Summary Judgment        5                        C 05-01374 JF

106672.wpd

## SANTA CLARA COUNTY INMATE INJURY REPORT

Date: 10/25/04

DATE OCCURRED: 10/25/04   TIME OCCURRED: 2130   DAY OF WEEK: WED   TEAM: D

NAME: DUARTE, ERIC   M/F: M   AGE: 37   RACE: H   CEN: 0306674

[ ] MEDICAL

**LOCATION WHERE INCIDENT OCCURRED:**
(Please Check Box and Fill in Where Appropriate)

[X] FACILITY: NTJS   LOCATION: SUN DECK   BKG INTAKE: _____
[ ] IN COURT
[ ] DURING TRANSPORTATION
[ ] OTHER: _____

ASSIGNED HOUSING PRIOR TO INCIDENT: FACILITY: _____   LOCATION: _____

DID INJURY OCCUR WHILE ON INMATE WORK CREW?   [ ] YES   [X] NO

INJURY CATEGORY:
[ ] INMATE VS INMATE          [ ] SINGLE INMATE
[ ] INMATE VS BADGE-PERSONNEL  [ ] INJURY CAUSED BY EQUIPMENT/TOOLS
[ ] INMATE VS CIVILIAN PERSONNEL [X] EXERCISE INJURY
                                 [ ] OTHER: _____

EXTENT OF INJURIES: [X] MINOR   [ ] MODERATE   [ ] MAJOR   [ ] DEATH

HOW DID INJURY OCCUR?
[ ] MUTUAL COMBAT   [X] ACCIDENTAL       [ ] SELF INFLICTED
[ ] ASSAULT         [ ] ATTEMPTED SUICIDE [ ] SUICIDE
[ ] SEXUAL ASSAULT  [ ] ASSAULT W/WEAPON - DESCRIBE: _____

On 10/25/04, I was assigned to work at North Jail South as floor...

INJURED BODY PARTS: [ ] HEAD/FACE   [ ] BODY/TRUNK   [X] LEGS/FEET   [ ] ARMS/HANDS

TYPE OF INJURY: [ ] ABRASION   [ ] BRUISE   [ ] FRACTURE   [ ] INTERNAL INJURY
                [ ] LACERATION [X] SPRAIN   [ ] STRAIN    [ ] OTHER: _____

DESCRIBE INJURY: ...and brought them back to their cell. I then noticed a...
...inmate stated he will have an x-ray done to his left...

TREATMENT PROVIDED: [ ] NONE   [ ] STAFF   [X] MED STAFF   [ ] VMC   [ ] REFUSED

**WITNESSES, AND SUSPECTS** (If Suspect, Include Age/Race)

| NAME | HOUSING | CEN/I.D. # | WIT. | SUSP. | AGE | RACE |
|---|---|---|---|---|---|---|
| #1 CASAREZ, MELECHO (W) | 317 E MAX | [redacted] | ✓ | | 30 | H |
| #2 | | | | | | |
| #3 | | | | | | |
| #4 | | | | | | |

CONFIDENTIAL DO NOT DUPLICATE

FOLLOW UP NEEDED: [ ] YES   [ ] NO   INCIDENT REPORT NUMBER: 04-19547

| | NAME | BADGE / I.D. NUMBER | REPORT YES/NO | INJURED YES/NO |
|---|---|---|---|---|
| REPORTING OFFICER: | Gill | 2528 | Yes | NO |
| ASSISTING OFFICERS: | | | | |
| | INMATES | | | |
| | | | | |
| CIVILIAN EMPLOYEES: | MYRNA | Med Staff | NO | NO |

APPROVAL

SERGEANT: Sgt. [signature] #1594   DATA ENTRY COMPLETED: [ ] YES   [ ] NO
DIVISION COMMANDER: [signature]    DATA ENTRY OPERATOR: _____

*DETENTION DIVISION ADMINISTRATION: If Employee Injured, submit a copy of "Supervisors First Report of Industrial Injury/Illness", to Custody Operations Bureau.

DISTRIBUTION: WHITE-DIVISION COMDR   CANARY-CUSTODY OPS BUREAU   PINK-INMATE CLASSIF JACKET   9/88   FT6 / 440.10

**EXHIBIT A**

Duarte00161

County of Santa Clara — EMPLOYEE'S REPORT   IR# 04-19547   PAGE ___ OF ___

**TO: (RANK, NAME, DIVISION)**
Capt T. Wong   Main Jail North

**LOCATION OF OCCURRENCE:**
Main Jail South / Sundeck

**SUBJECT:** (if not listed below)
Inmate Injury

**DATE AND TIME OCCURRED:**
10/27/04 @ 2130hrs.

- [ ] USE OF FORCE
- [ ] MEDICAL EMERGENCY
- [ ] USE OF RESTRAINT ROOM
- [ ] SECURITY CELL SEARCH
- [ ] REHOUSING COMPLETED
- [ ] VIDEO TAKEN BY
- [ ] SAFETY CELL
- [ ] FORCED MEDICATION
- [ ] INMATE MUTUAL COMBAT
- [ ] INFRACTION ISSUED
- [ ] VIDEO REVIEWED BY
- [ ] CHEMICAL AGENTS / LESS THAN LETHAL MUNITIONS (if used explain in body of report)
- [ ] (OTHER)

**P.L.E.O.:**
OFFICER: Gill # 2528
OFFICER:
OFFICER:
OFFICER:

[x] ORIGINAL REPORT
[ ] CRIME REPORT
[ ] SUPP. REPORT
[x] INJURY REPORT
[ ] OBSERVATION LOG

DOCTOR/NURSE: Nurse Myrna
INMATE INVOLVED: Duarte, Eric   BOOKING# 03016674
INMATE INVOLVED:   BOOKING#
Crime report # N/A   Charges
ATTACHMENTS: Inmate Injury Report

**NARRATIVE:** On 10/27/04, I was assigned to work at Main Jail South as Deck Patrol 1. At approximately 2105 hrs I pulled Inmate Duarte # 03016674 and his room mate Casarez # ▓▓▓▓▓▓ for their scheduled yard time.

At approximately 2130 hrs Inmate Duarte informed me that he injured his left foot while playing handball. I secured Inmate Duarte and Casarez and brought them back to their cell. I then informed nurse Myrna of the injury. At 2230 hrs Nurse Myrna examined Inmate Duarte and provided him with and ice pack to get the swelling down. As per nurse Myrna Inmate Duarte will have an x-ray done to his left foot.

END OF REPORT

*Recently sentenced to 460 yrs — Security Risk if transported to VMC!*

**CONFIDENTIAL
DO NOT DUPLICATE**

Continue Narrative on reverse side

INJURIES TO STAFF OR INMATE   N/A
CONTROL AND SGT.   Csabanyi   BADGE # 1594   WERE NOTIFIED.
(SAFETY CELL ONLY) TIME IN ___ OUT ___   (Safety cell / Use of force = copy to Classification)
CLOTHING / PROPERTY (IF ANY) PLACED ___ BY ___
Copies sent to: CLASSIFICATION

SUPERVISOR APPROVING: Sgt Csabanyi   BADGE 1594
EMPLOYEES SIGNATURE: Gill # 2528
DATE/HOUR: 10/27/04 2200hr




**SANTA CLARA VALLEY MEDICAL CENTER**
751 SOUTH BASCOM AVENUE
SAN JOSE, CALIFORNIA 95128

Duarte, Eric
CCI 496
10/15/04

**'ORY SHEET AND PROGRESS NOTES**

| TIME | |
|---|---|

IN JAIL MEDICAL

OCT 15 2004

10/14/04 2210 — S – Called by C.O.: I/M went for a jail handball + injured on L foot.
O – (L) 5th toe slightly reddened. c/o pain + inability to move (L) 5th toe, slightly swollen. VS 128/80 – 85.22 – warm to touch
A – Sprain vs Fx.
P – Referred to Alice Abraham, needs to go to ER – Stated to have it X-ray in AM. Inst I/M to keep leg elevated + Ice to (L) foot x24°.
— will endorse to NOC. ——— Jr

10/15/04 1445 — S & O: Xray Lt foot shows 5th Metatarsal fracture. Xray seen by Dr. Nguyen. Paper work given to DOC for taking to Valley ER by code I. Sworn Centinela Sergeant stated he will be taken in pro. Per xray tech the xray can't be given to go with pt He said he will take it to ER at 4pm. ——— C.M.M.

10/15/04 0900 — (L) foot in splint, using wheelchair. 2B rehearsal sent ———



Disposition: Medical Chart - Perm     EXHIBIT    SCVMC 6903 19

*fixed, reviewed*

MAIN JAIL MEDICAL
OCT 04 2004

10/14/04 0145 S: "I was playing handball and the ball came. I spread my legs out to swing & I got this awful pain and had burning in my groin and down my leg. It felt like I tore something loose. Now I can hardly lift my leg and it really hurts."
O: Lying down, palpated ® groin area — unable to ascertain whether hernia or not — instructed to not play handball for now + to rest, lying flat.
A: possible ® inguinal hernia
P: MD appt. for AM — S. Kenxa

10/14/04 0840
S) Playing handball last night & felt a tearing pain ® side groin. Continues more ∂ pain. Allergic to PCN. Meds - Wellcan Neurontin. No Hx PUD
O) 37 yo L5? in wheelchair — able to get up & down ® groin — no edema, erythema [off exam table c̄ minimal discomfort] ecchymosis or spasm. Mild TTP.
Genital - Testes ↓↓ ⊘ masses. No inguinal masses. No scrotal masses.
A) 1. ® groin strain
P) 1. Motrin 800 mg ti.d. prn x 2wk
   2. Re / 1wk
   3. No exercise, strenuous activity, rest.
   4. No need for wheelchair.

A. Chyorny, M.D.

EXHIBIT C

709 REV 1



EXHIBIT D

Santa Clara Valley Medical Center – Emergency Dept
751 S. Bascom Ave, San Jose, CA 95128 – (408) 885-5900

Patient: Duarte, Jesse S. D.
Arrival: 10/29/2004 16:57

10/29/04   Pg 2
Med Rec#: 007 17399
Pt Acct#: 20 158922

**Dx/Instr**
Dx 1: Fracture, Metatarsal, closed                                 ICD-9: 825.25
IC – Serious dysfunction to any bodily organs or part

**Procedure**
Prof 1: Level 3 Patient Visit                                      CPT: 99283   HC: 0/105

**Prescription / Rx**

**Orders**

**Disposition**
Follow-up 1: Ortho Red                                             F/U MD Ph: 408-885-5889
Follow-up 1 Date: Thursday 11/4/04 at 10am
Follow-up 2: Jail M.D.                                             F/U 2 MD Ph:
Follow-up 2 Date: Sooner if symptoms worsen
Other Instr: Weight bearing as tolerated with Ortho Shoe and crutches as needed until f/u appointment. Ice pack to foot 3 times per day, 20 minutes per time. Keep elevated above level of heart as frequently as possible. Medications - may take vicodin 5/500mg one tab po QID prn pain x 3days.

Dispo Status: **Satisfactory**                                     ED Disposition **Custody**

Chart Prntd:

(C) 2004 Wellsoft Corp. Price/Stern/Sloan  THIS IS THE LAST PAGE

*[signature: JLM]*

**EXHIBIT E**

Duarte 000072

Santa Clara Valley Medical Center — Emergency Dept
751 S Bascom Ave, San Jose, CA 95128 — (408) 885-5000

Patient: Duarte, Eric 9/9
Arrival: 10/28/2004 1657

Nursing Documentation: Preliminary

Patient: Duarte, Eric 9/9
Age/DOB: 6/5/1967        Age: 37Y        Sex: M
Med Rcd: 00717859
Pt Acct: 20116622
SS#: 560593461
Acuity (Old):
Chief Cmplnt: metatarsal fx
Medications: none
Drug Allergy: PCN

Arrival: 10/28/2004 1657
Mode of Arrival: Police Escort
ED Disposition: Custody
Mode of Departure:
Discharged With Whom:

HPI: inj L foot playing handball yesterday
PMH: No relevant PMH

Rm: 03B
Last Tetanus:
LMP:
Immunization:
Pt Weight:
Triage Pain Scal: 9/10
Triage Category: **Pain, Extremity**
Early Warning System: **None of the above**
Precaution/Alert:
MSG/Info:
Triage RN Sgntr: Hawker, Katherine R.N   10/28/2004 1707

BP (Syst): 109
BP (Diast): 74
Pulse: 64
Resp Rate: 16
Pulse Ox:
Temp: 96.8 (36.0)    Route:

---

Hawker, Katherine R.N.   Created: 10/28/2004 1707   Last Entry: 1709

**NURSING ASSESSMENT** (after triage completed)
- HPI: inj L foot playing handball yesterday pt states had x-ray done at jail today and told that it was fractured able to bear wt
- OTHER SUBJECTIVE: None.
- PREHOSPITAL CARE: None.
- SH: None.
- PRIMARY ASSESSMENT:
(A) no airway compromise, (B) no breathing compromise, (C) no circulatory compromise, (D) disability AO x 4.
- SECONDARY ASSESSMENT:
GENERAL APPEARANCE:
VITALS:
LUNGS: no wheezing, no rales, no rhonchi, (-)accessory muscle use, good air exchange bilateral
HEART: normal rate, normal rhythm
ABDOMEN: soft, no abd tenderness
EXTREMITIES: good pulses on all extremities, no swelling\tenderness on the extremities, no edema bruised and swolle lateral aspect L foot
SKIN: warm, dry, good color, no rash, no abrasions\lacerations
- SPECIAL CONSIDERATIONS: pt custody main jail
Domestic Violence Screen:
- NURSING INTERVENTION(s):
DISCLOSURE PROTECTED HEALTH INFORMATION: With whom may we share information about your condition? With whom:

RN Sgntr:                                              RN Doc Prntd:

Duarte cc073

© 2004 Wellsoft Corp. Price/Stern/Sloan  **THIS IS THE LAST PAGE**

Duarte 00074

Valley Medical Center — Emergency Dept
751 S Bascom Av, San Jose CA 95128 — (408) 885-5900

## Clinical Documentation (Addendum)

Patient: Duarte, Eric C.
DOB: 6/5/1967       Age: 37/yrs       Sex: M
Med Rec#: 0071759
Pt Acct#: 20186822
SS#: 560593461

### MD Chart

(-) = absent, (+) = present, (?) = unknown, ( ) = not evaluated

Nix, David Md   Created: 10/28/2004 1801   Last Entry: 1812

**PHYSICIAN H&P**
HPI: Yesterday, while playing handball, pt suffered inversion injury of L foot with pain at lateral forefoot. Swelling and continued pain ON. Seen at infirmary at jail, told he had a fracture and sent to VMC without films. Has been ambulatory on foot with moderate to severe pain. No other trauma. No lacerations
Last Tetanus: UTD.
ROS: (-)neck pain, (-)chest pain, (-)abdominal pain, (-)LOC, (-)headache.
PMH: no relevant PMH.
PHYSICAL EXAM:
GENERAL APPEARANCE: alert, cooperative, mild obvious discomfort.
VITALS: WNL.
EXTREMITIES: good pulse in injured extremity, affected area on extremity has no erythema, mild-moderate swelling ove dorsum to lateral foot, severe tenderness to palpation on lateral edge and no abrasions\lacerations. Motor/sensation over all 5 toes intact.
SKIN: warm, dry, good color.
NEURO: motor intact and sensory intact in injured extremity.
MENTAL STATUS: speech clear, oriented X 3, responds appropriately to questions.
DIFFERENTIAL Dx:
DATA REVIEWED: L Foot 3-View: oblique fracture of distal 1/3 of 5th metatarsal, distal fragment displaced mediall approx 25% in AP view. Extra-articular.
MD NOTE:

Nix, David Md   Created: 10/28/2004 1801   Last Entry: 1803
MD Note:
PMH: no relevant PMH.

Garrett, Brendan M.D.   Created: 10/28/2004 1836   Last Entry: 1838
MD Note: I have personally interviewed and examined the patient. I discussed the findings, interventions and diagnostic testing with Nix, David Md. I agree with the findings as presented with exceptions in our respective documentation. 04X 37 yo man with handball injury last night in

Garrett, Brendan M.D.   Created: 10/28/2004 1842   Last Entry: 1844
Interrupted while documenting, playing in the jail and injured his L foot, has been walking on it, xray shows MT 5 shaft fx spiral.

Nix, David Md   Created: 10/28/2004 1846   Last Entry: 1847
MD Note: D/W Dr Ray Oshtoy, Ortho consult resident-> Place pt in hard walking shoe, WBAT with crutches as needed. F/U Red ortho next Thurs at 10 a.m. Will dispo with vicodin, motrin, and RICE precautions.

MD Sgntr: Garrett, Brendan M.D. 10/28/2004 1910          ED MD ID: 015784   ED MD Code: 57

MD Signature: _____                    MD ED ID #: _____

Consult Service(s): Phone Only, Orthopedics

Duarte 0075

| DATE | TIME | |
|---|---|---|
| NOV 03 2004 | | |
| 11/3/04 | 0385 | S: Seen for fracture of left foot — by x-x — refused casting — didn't want to be [illegible]. This MD encouraged inmate to comply ē VMC ortho to reduce loss of R.O.M., to reduce risk of arthritis |
| | | O: Lt foot [illegible] on middle 3 toes, good cap refill, toes warm |
| | | A: S/p fracture of Lt foot, noncompliance |
| | | P: ortho VMC to see tomorrow. —[signature] |
| 11/4/04 | | S: "My scalp is inflamed, sores, scabs, itches and hurts x 3 wks." O: white [illegible] found ē door, sleeping, refused to get up for assessment — on ψ meds, allergic to PCN. A: Alt skin integ P: Chart [signature] |

EXHIBIT F

**Outpatient Department**
**Orthopedic Clinic Progress Notes: DRAFT**

751 S. Bascom Ave
San Jose, CA 95128

PT: 520108192   MR# 00717859
REG DATE: 11/04/04  10:21 LOC: OO
PT NAME: DUARTE, ERIC
ADDR: CUSTODY
   UNKNOWN                          CA  1111
PHONE: (408)000-0000
DOB: 06/05/1967  AGE: 37 Y   SEX: M
1: SCC SHERIFF DEPT
ID:                              PLANCODE: F31
2:
GUAR: SANTA CLARA COUNTY MAIN J
GUAR DOB:
FC: U   AID CODE:
PCP:
REF MD: 015784-GARRETT, BRENDAN

DATE/TIME:
Language Spoken:
New ( ) Established ( ) Workers Comp ( )
BP:   P:    R:    Drug Allergies:
Reason for Visit: (L) foot Fx
Signature/Title of person obtaining information: RSW

**ORTHOPEDICS**

NOV 8 2004

CUSTODY

**History and Physical Exam:**

DAVID SOHN, M.D.

051276

37 y/o 7 wks ago —
fell, twisted (L)
foot, pain outside
of foot

**X-Ray / Fluoroscan Findings:** (L) 5th MT sh[aft]
  [healing with] callus formed

**Procedure Note:** [illegible] 5th MT fx

**Impression / Diagnosis:**
(L) 5th MT fx — acceptably aligned

**Plan / Prescriptions:** Wear hard sole shoe × 5 wks.
f/u prn

**Physical Therapy:**

**Disability:** No ( ) Yes ( )  Until: _____   Pt instructed and verbalizes understanding: Yes ( ) No ( )

I have reviewed and discussed the above Hx, PE, findings, and plan with Dr. _Knudsen_, who concurs.
Attending M.D. comments:                                            (Attending)

Provider Name/VMC #                  Signature/Title:
Attending MD/VMC #                   Signature/Title:

ortho clinic progress notes draft 5_073002.doc
Forms folder
updated 7/31/03

EXHIBIT G

SANTA CLARA VALLEY MEDICAL CENTER
SANTA CLARA VALLEY MEDICAL CENTER
751 SOUTH BASCOM AVENUE
SAN JOSE, CALIFORNIA 95128

Duarte, Eric
[illegible]
CC-I 4?6

## [SH]EET AND PROGRESS NOTES

[NA]ME

[ME]DICAL Ortho
[illegible] 2004

S) Fracture 5th metatarsal
(L) foot.
Probably no further [illegible]
C) [illegible] displacement
of fracture —
[illegible] (L) 5th metatarsal
P) Continue [illegible] further
[illegible]
[illegible]

[signature]

11. 10am 4 MD
Pt. states doing ok c̄ 4 mos. MOOD - fair overall.
No recent mood [illegible]. Denies voices & paranoia.
(-) SI/HI today. Wants to continue c̄ current 4 mos.
A/P continue 4 mos
RTC 10 weeks
[signature]
21089

[illegible] See: Per ortho on 11-5-04, S/P 5th
metatarsal (L) foot fx on [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible]
c̄ steady gait
[illegible]
[illegible]

EXHIBIT H

Disposition: Medical Chart - Perm

SCVMC 6903-19

| DATE | TIME | |
|---|---|---|
| [illegible] | | Either close Check [?] |
| | 1300 | He can be housed in general population. |
| 12·23·04 | 1745 / 317E MAX | Clinical note — re referral from DCC. I/m received sentence of 160 years. S: "I was finagled." "Can you get me to some fresh air?" "I'm better than that." "I chose to [?]" C: I/m alert, ex3, coherent, O&P to A/H, O/H. Clean speech, appears to have some education/sophistication. Reports that he has spent many years in state and federal prisons. States that he is in no danger of self harm — I/m does requests time in open air as this assists him in coping. I/m on [?] — [?] [?] [?]. However, may be transported to prison before he sees any appointment. A. Dysphoria, coping with meds, h/o depression, reports c s/i. P. [strikethrough] HPC, MH prn, request to advance YMS appt. — [signature] |

EXHIBIT I

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

**PROOF OF SERVICE BY MAIL**

*ERIC DUARTE v. LAURA SMITH SHERIFF OF COUNTY OF SANTA CLARA, et al.*

Case No.: C 05-01374 JF

I, Alexandra K. Weight, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **AFFIDAVIT OF ALEXANDER CHYORNY, M.D. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by placing said copy in an envelope addressed to:

Eric Duarte, T-24814
Salinas Valley State Prison
Facility A4-235-L
P.O. Box 1050
Soledad, California 93960-1060

which envelope was then sealed, with postage fully prepaid thereon, on **December 21, 2007**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **December 21, 2007**, at San Jose, California.

_____
Alexandra K. Weight

107112.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail                    1                    C 05-01374 JF