ANN MILLER RAVEL, County Counsel (S.B. #62139)
NEYSA A. FLIGOR, Deputy County Counsel (S.B. #215876)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

ORIGINAL FILED

SEP - 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Defendants
SHERIFF LAURIE SMITH and
CAPTAIN TOBY WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC DUARTE,

   Plaintiff,

v.

LAURA SMITH SHERIFF OF SANTA
CLARA COUNTY, et al.

   Defendants.

No. C05-1374 CW (PR)

AFFIDAVIT OF CARMEN GONZALEZ
TO AUTHENTICATE PLAINTIFF'S
MEDICAL RECORDS SUBMITTED IN
SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT

Date:     October 27, 2006
Time:     10:00 a.m.
Crtm.:    2, 4th Floor
Judge:    Honorable Claudia Wilken
Date of First Filing: April 5, 2005
Trial Date: N/A

BY FAX

I, CARMEN GONZALEZ, declare as follows:

1. I have personal knowledge of all matters stated herein and, if called upon to do so, I could and would testify competently thereto. I make this Affidavit to authenticate the attached copies of Plaintiff Eric Duarte's medical records attached hereto as Exhibits A through I.

2. I am employed by the Santa Clara Valley Medical Center as a Health Information Technician I in the Adult Custody Health Services section ("ACHS"), and have worked in that capacity at the Santa Clara County Department of Correction ("DOC") from March 22, 1999, to the present. ACHS provides all health care services to DOC inmates during the period of their incarceration. All records of ACHS health care services provided to each inmate are collected and kept in the inmate's medical file.

3. My responsibilities as a Health Information Technician for ACHS include my role as

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Carmen Gonzalez to Authenticate Medical
Records Submitted in Support of Summary Judgment    1

10549243.fil - 9/6/2006 1:22:00 PM

C05-1374 CW

ANN MILLER RAVEL, County Counsel (S.B. #62139)
NEYSA A. FLIGOR, Deputy County Counsel (S.B. #215876)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
SHERIFF LAURIE SMITH and
CAPTAIN TOBY WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DUARTE,<br><br>Plaintiff,<br><br>v.<br><br>LAURA SMITH SHERIFF OF SANTA CLARA COUNTY, et al.<br><br>Defendants. | No.   C05-1374 CW (PR)<br><br>**AFFIDAVIT OF CARMEN GONZALEZ TO AUTHENTICATE PLAINTIFF'S MEDICAL RECORDS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   October 27, 2006<br>Time:   10:00 a.m.<br>Crtrm.:   2, 4th Floor<br>Judge:   Honorable Claudia Wilken<br>Date of First Filing: April 5, 2005<br>Trial Date: N/A |

I, CARMEN GONZALEZ, declare as follows:

1. I have personal knowledge of all matters stated herein and, if called upon to do so, I could and would testify competently thereto. I make this Affidavit to authenticate the attached copies of Plaintiff Eric Duarte's medical records attached hereto as Exhibits A through I.

2. I am employed by the Santa Clara Valley Medical Center as a Health Information Technician I in the Adult Custody Health Services section ("ACHS"), and have worked in that capacity at the Santa Clara County Department of Correction ("DOC") from March 22, 1999, to the present. ACHS provides all health care services to DOC inmates during the period of their incarceration. All records of ACHS health care services provided to each inmate are collected and kept in the inmate's medical file.

3. My responsibilities as a Health Information Technician for ACHS include my role as

the duly authorized custodian of records for all inmate medical files. In that role I ensure that inmate medical files that are subpoenaed in connection with lawsuits, or otherwise requested by outside agencies, are copied accurately and completely. All copies of inmate medical files and other records are submitted under my supervision and are accompanied by my signed, sworn statement that the copies are true and correct.

4. It is the policy of ACHS that every aspect of staff-initiated inmate medical care is to be documented in the normal course of business, in the form of records prepared by ACHS medical staff at or soon after the time of the events reflected in the records, and that all such records are to be promptly collected and filed in the inmate's medical file. These records include, but are not limited to, history notes and physicians' orders made in conjunction with all inmate medical appointments, notations by nurses, lab reports, x-ray films, and medication records.

5. It is also the policy of ACHS that all inmate requests for medical attention shall be submitted in writing, on forms referred to as "White Cards." It is also ACHS policy that all White Cards and all health-related grievance forms completed by inmates are to be promptly collected and filed in the inmate's medical file, along with all ACHS and DOC administration responses to those White Cards and grievances.

6. I have reviewed the medical chart of former inmate Eric Duarte, PFN no. CCI 496, DOB June 5, 1967 ("Plaintiff") that was maintained during his subject incarceration at DOC and was kept in the normal course of business. I have reviewed and compared the copies of the medical records listed below to the originals of those records in Plaintiff's DOC medical chart and I have verified that the copies are true and correct. These records are referred to by the same Exhibit numbers as those in the accompanying Affidavit of Dr. Alexander Chyorny.

Exhibit A: "Inmate Injury Report" dated October 27, 2004.

Exhibit B: "History Sheet and Progress Notes" dated October 27, 2004.

Exhibit C: "History Sheet and Progress Notes" dated October 14, 2004.

Exhibit D: "Medication Administration Record" dated October/November 2004.

Exhibit E: Santa Clara Valley Medical Center medical chart dated October 28, 2004.

Exhibit F: "History Sheet and Progress Notes" dated November 3, 2004.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Carmen Gonzalez to Authenticate Medical
Records Submitted in Support of Summary Judgment    2    C05-1374 CW

---

Exhibit G: Santa Clara Valley Medical Center medical chart dated November 4, 2004.

Exhibit H: "History Sheet and Progress Notes" dated November 5, 2004.

Exhibit I: "History Sheet and Progress Notes" dated December 6, 2004.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 4, 2006, at San Jose, California.

*Carmen Gonzalez*
CARMEN GONZALEZ

S:\Interns\Bakowski\Duarte\MSF A(TC Gonzalez.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Carmen Gonzalez to Authenticate Medical
Records Submitted in Support of Summary Judgment    3    C05-1374 CW

# SANTA CLARA COUNTY
## INMATE INJURY REPORT

Date: 10/25/04

DATE OCCURRED: 10/25/04   TIME OCCURRED: 0130   DAY OF WEEK: WED   TEAM: D

NAME: DUARTE, ERIC   M/F: M   AGE: 37   RACE: H   CEN: 03466674

[ ] MEDICAL

**LOCATION WHERE INCIDENT OCCURRED:**
(Please Check Box and Fill In Where Appropriate)
[X] FACILITY: MTS   LOCATION: SUN DECK   BKG INTAKE: ___
[ ] IN COURT
[ ] DURING TRANSPORTATION
[ ] OTHER: ___

ASSIGNED HOUSING PRIOR TO INCIDENT: FACILITY: ___   LOCATION: ___

DID INJURY OCCUR WHILE ON INMATE WORK CREW?  [ ] YES  [X] NO

**INJURY CATEGORY:**
[ ] INMATE VS INMATE              [ ] SINGLE INMATE
[ ] INMATE VS BADGE PERSONNEL     [ ] INJURY CAUSED BY EQUIPMENT/TOOLS
[ ] INMATE VS CIVILIAN PERSONNEL  [X] EXERCISE INJURY
                                  [ ] OTHER: ___

EXTENT OF INJURIES: [X] MINOR  [ ] MODERATE  [ ] MAJOR  [ ] DEATH

**HOW DID INJURY OCCUR?**
[ ] MUTUAL COMBAT    [X] ACCIDENTAL          [ ] SELF INFLICTED
[ ] ASSAULT          [ ] ATTEMPTED SUICIDE   [ ] SUICIDE
[ ] SEXUAL ASSAULT   [ ] ASSAULT W/WEAPON - DESCRIBE: ___

NARRATIVE: On 10-27-04 I was assigned to SRO at Main Jail South as floor [illegible] ... at approximately 2130 hrs [illegible] ... inmate Duarte [illegible] ... and brought him back to their cell. I then informed nurse [illegible] ... Nurse Myrna examined inmate Duarte and provided him with ice and ice pack [illegible] ... inmate Duarte will have an x-ray done to his left [illegible]

INJURED BODY PARTS: [ ] HEAD/FACE  [ ] BODY/TRUNK  [X] LEGS/FEET  [ ] ARMS/HANDS

TYPE OF INJURY: [ ] ABRASION  [ ] BRUISE  [ ] FRACTURE  [ ] INTERNAL INJURY
                [ ] LACERATION  [X] SPRAIN  [ ] STRAIN  [ ] OTHER: ___

DESCRIBE INJURY: ___

TREATMENT PROVIDED: [ ] NONE  [X] MED STAFF  [ ] VMC  [ ] REFUSED

**WITNESSES, AND SUSPECTS (If Suspect, Include Age/Race)**

| | NAME | HOUSING | CEN/I.D. # | WIT. | SUSP. | AGE | RACE |
|---|---|---|---|---|---|---|---|
| #1 | CASAREZ, MELECHO (W) | 317 E MAX | [redacted] | ✓ | | 30 | H |
| #2 | | | | | | | |
| #3 | | | | | | | |
| #4 | | | | | | | |

**CONFIDENTIAL DO NOT DUPLICATE**

FOLLOW UP NEEDED: [ ] YES  [ ] NO   INCIDENT REPORT NUMBER: 04-19547

| | NAME | BADGE / I.D. NUMBER | REPORT YES/NO | INJURED* YES/NO |
|---|---|---|---|---|
| REPORTING OFFICER: | GILL | 2528 | Yes | NO |
| ASSISTING OFFICERS: | | | | |
| | | | | |
| | | | | |
| CIVILIAN EMPLOYEES: | MYRNA | Med Staff | NO | NO |

APPROVAL
SERGEANT: Sgt Barbour #1594          DATA ENTRY COMPLETED: [ ] YES  [ ] NO
DIVISION COMMANDER: [signature]       DATA ENTRY OPERATOR: ___

*ATTENTION DIVISION ADMINISTRATION: If employee injured, submit a copy of "Supervisors First Report of Industrial Injury/Illness", to Custody Operations Bureau.

DISTRIBUTION: WHITE-DIVISION COMDR   CANARY-CUSTODY OPS BUREAU   PINK-INMATE CLASSIF JACKET   9/88   FT6 / 440.10

6936 REV 10/89

# EXHIBIT A

Duarte00161

County of Santa Clara — EMPLOYEE'S REPORT IR# 04-1??47    PAGE OF

**TO: (RANK, NAME, DIVISION):** Capt T. Wong - Main Jail North
**LOCATION OF OCCURRENCE:** Main Jail South/ Sundeck
**SUBJECT:** (if not listed below) Inmate Injury
**DATE AND TIME OCCURRED:** 10/27/04 @ 2130hrs

- [ ] USE OF FORCE
- [ ] MEDICAL EMERGENCY
- [ ] USE OF RESTRAINT ROOM
- [ ] SECURITY CELL SEARCH
- [ ] REHOUSING COMPLETED
- [ ] VIDEO TAKEN BY
- [ ] SAFETY CELL
- [ ] FORCED MEDICATION
- [ ] INMATE MUTUAL COMBAT
- [ ] INFRACTION ISSUED
- [ ] VIDEO REVIEWED BY
- [ ] CHEMICAL AGENTS / LESS THAN LETHAL MUNITIONS (if used explain in body of report)
- [ ] (OTHER)

**P.L.E.O.:**
OFFICER: Gill # 2528
OFFICER:
OFFICER:
OFFICER:

Report type: [x] ORIGINAL REPORT   [ ] CRIME REPORT   [ ] SUPP. REPORT   [x] INJURY REPORT   [ ] OBSERVATION LOG

**DOCTOR/NURSE:** Nurse Myrna
**INMATE INVOLVED:** Duarte, Eric    **BOOKING#** 03016674
**INMATE INVOLVED:**    **BOOKING#**
**Crime report #:** N/A    **Charges:**
**ATTACHMENTS:** Inmate Injury Report

**NARRATIVE:** On 10/27/04, I was assigned to work at Main Jail South as Deck Patrol 1. At approximately 2105 hrs I pulled Inmate Duarte # 03016674 and his room mate Casarez #████████ for their scheduled yard time.

At approximately 2130 hrs Inmate Duarte informed me that he injured his left foot while playing handball. I secured Inmate Duarte and Casarez and brought them back to their cell. I then informed nurse Myrna of the injury. At 2230 hrs Nurse Myrna examined Inmate Duarte and provided him with and ice pack to get the swelling down. As per nurse Myrna Inmate Duarte will have an x-ray done to his left foot.

END OF REPORT

*Recently sentenced to 460 yrs — Security Risk if transported to VMC!*

**CONFIDENTIAL DO NOT DUPLICATE**

Continue Narrative on reverse side

**INJURIES TO STAFF OR INMATE:** N/A
**CONTROL AND SGT.:** Csabanyi    **BADGE #** 1594    WERE NOTIFIED.
**(SAFETY CELL ONLY) TIME IN _____ OUT _____**    (Safety cell / Use of force = copy to Classification)
**CLOTHING / PROPERTY (IF ANY) PLACED _____ BY _____**
**Copies sent to:** CLASSIFICATION

**SUPERVISOR APPROVING:** Sgt Csabanyi    **BADGE:** 1594
**EMPLOYEES SIGNATURE:** Gill #2528    **DATE/HOUR:** 10/27/04 2200hr

Duarte00162




Duarte, Eric
CCI 496
0.6/05/67

**HISTORY SHEET AND PROGRESS NOTES**

| DATE | TIME | |
|---|---|---|
| | | **MAIN JAIL MEDICAL** |
| | | OCT 15 2004 |
| 10/27/04 | 2215 | S - Called by C.O.: I/M went ph played hardball + injured on L foot. O - L 5th toe slightly reddened, c/o pain + inability to move L 5th toe, slightly swollen. VS 128/80 – 88 - 20 - warm to touch. A - Sprain vs Fx. P - referred to Alice Abrahamson, needs to go to ER - Stated to have it X-ray in AM. Inst I/M to keep leg elevated + Ice to L foot x24°. — will endorse to NOC. — JN |
| 10/28/04 | 1445 | S + O. X-ray L foot shows 5th metatarsal fracture. X-ray seen by Dr. Nguyen. Paper work given to DOC for taking to VMC ER by code I. Soudini on-call surgeon stated he will be taken in AM. Per X-ray tech the X-ray can't be given to go with pt. He said he will fax it to ER at 4PM. — |
| 10/29/04 | 0900 | L foot in splint, using wheelchair, 2B re-housed sent — |

709 REV 1/99      Disposition: Medical Chart - Perm      SCVMC 6903-19



Duarte00052

| DATE | TIME | |
|---|---|---|
| | | ~~med renewal~~ |
| | | MAIN JAIL MEDICAL |
| | | OCT 04 2004 |
| 10/14/04 | 0145 | S: "I was playing handball and the ball came. I spread my legs out to swing & I got this awful pain and had burning in my groin and down my leg. It felt like I tore something. Now I can hardly lift my leg and it really hurts."<br>O: lying down, palpated (R) groin area — unable to ascertain whether hernia or not — instructed to not play handball for now & to rest, lying flat.<br>A: possible (R) inguinal hernia<br>P: MD appt. for AM ——— S. Ken Ra |
| 10/14/04 | 0840 | S) Playing handball last night & felt a tearing pain (R) side groin. Conservative more ↑° pain. Allergic to PCN, Ned, Wellbu Neurontin No Lo PHx<br>O) 37 y.o. c/o in wheelchair; able to get up + down (R) groin - no edema, erythema, ecchymosis or spasm. Mild TTP. [off spasm table c̄ minimal discomfort]<br>Genit - Testes ↓↓ ⊘ masses. No inguinal masses. No scrotal masses.<br>A) 1. (R) groin strain<br>P) 1. Motrin 800mg tid prn x 7 dys.<br>2. Re / 1wk<br>3. No exercise, strenuous activity, rest<br>4. No need for wheelchair<br>                              A. Chyorny, M.D.<br>                              AC 11/3/04 |

**EXHIBIT C**



Santa Clara Valley Medical Center — Emergency Dept
751 S Bascom Av, San Jose CA 95128 — (408) 885-5000

## Clinical Documentation (Addendum)

Patient: Duarte, Eric C C
Age/DOB: 6/5/1967    Age: 37/yr    Sex: M
Med Rcrd: 00717859
Pt Accnt: 201186822
SS #: 560593461

Arrival: 10/28/2004 1657

### MD Chart

(-) = absent, (+) = present, (?) = unknown, (_) = not evaluated

Nix, David Md   Created: 10/28/2004 1801   Last Entry: 1812

**PHYSICIAN H&P**
HPI: Yesterday, while playing handball, pt suffered inversion injury of L foot with pain at lateral forfoot. Swelling and continued pain ON. Seen at infirmary at jail, told he had a fracture and sent to VMC without films. Has been ambulatory on foot with moderate to severe pain. No other trauma. No lacerations
Last Tetanus: UTD.
ROS: (-)neck pain, (-)chest pain, (-)abdominal pain, (-)LOC, (-)headache.
PMH: no relevant PMH.
PHYSICAL EXAM:
GENERAL APPEARANCE: alert, cooperative, mild obvious discomfort.
VITALS: WNL.
EXTREMITIES: good pulse in injured extremity, affected area on extremity has no erythema, mild-moderate swelling over dorsum to lateral foot, severe tenderness to palpation on lateral edge and no abrasions\lacerations. Motor/sensation over all 5 toes intact.
SKIN: warm, dry, good color.
NEURO: motor intact and sensory intact in injured extremity.
MENTAL STATUS: speech clear, oriented X 3, responds appropriately to questions.
DIFFERENTIAL Dx:
DATA REVIEWED: L Foot 3-View: oblique fracture of distal 1/3 of 5th metatarsal, distal fragment displaced mediall approx 25% in AP view. Extra-articular.
MD NOTE:

Nix, David Md   Created: 10/28/2004 1801   Last Entry: 1803
MD Note:
PMH: no relevant PMH.

Garrett, Brendan M.D.   Created: 10/28/2004 1836   Last Entry: 1838
MD Note: I have personally interviewed and examined the patient. I discussed the findings, interventions and diagnostic testing with Nix, David Md. I agree with the findings as presented with exceptions in our respective documentation. 04X 37 yo man with handball injury last night in

Garrett, Brendan M.D.   Created: 10/28/2004 1842   Last Entry: 1844
Interrupted while documenting. playing in the jail and injured his L foot, has been walking on it, xray shows MT 5 shaft fx spiral.

Nix, David Md   Created: 10/28/2004 1846   Last Entry: 1847
MD Note: D/W Dr Ray Oshtoy, Ortho consult resident-> Place pt in hard walking shoe, WBAT with crutches as needed. F/U Red ortho next Thurs at 10 a.m. Will dispo with vicodin, motrin, and RICE precautions.

MD Sgntr: Garrett, Brendan M.D. 10/28/2004 1910       ED MD ID: 015784   ED MD Code: 57

MD Signature _____       MD ED ID #: _____

Consult Service(s): Phone Only, Orthopedics

EXHIBIT E

Duarte COC75

| MAIN JAIL MEDICAL NOV 03 2004 | 96² 100/74 48 |
|---|---|
| 11/3/04 0358⁰ | S: Seen for fracture of left foot — by Rx — refused casting — didn't want to be rehouse. This MD encouraged inmate to comply c̄ VMC ortho to reduce loss of R.O.M., to reduce risk of arthritis<br>O: <br>Lt foot ecchymoses over middle 3 toes, good cap refill, toes warm<br>A: s/p fracture of Lt foot noncompliance<br>P: ortho VMC to see tomorrow<br>/s/ Hulbrecht |
| 11/4/04 | S: "My scalp is inflammed. Sore, scabs, itches and hurts x 3 wks."<br>O: white card found c̄ door, sleeping. Refused to get up for assessment or ∅ med allergies to pcn.<br>A: alt skin integ<br>P: chart /s/ |

EXHIBIT F

Duarte00053

VMC Logo
Outpatient Department
Orthopedic Clinic Progress Notes - DRAFT
ORTHOPEDICS
DAVID SOHN, M.D.

**History and Physical Exam:**

37 yo 1 wk s/s ago
fell twisted (L)
foot
pain outside
of foot

**X-Ray / Fluoroscan Findings:** fx (L) 5th MT shaft
[illegible] takes pean[?]

**Procedure Note:** [illegible]

**Impression / Diagnosis:**

**Plan / Prescriptions:** (L) 5th MT fx — acceptably aligned
wear hard sole shoe x 5 wks.
f/u prn

**Physical Therapy:**

**Disability:** No ( )  Yes ( )  Until: _____   Pt instructed and verbalizes understanding: Yes ( ) No ( )

I have reviewed and discussed the above Hx, PE, findings, and plan with Dr. _____, who concurs.
Attending M.D. comments.                                  (Attending)

Provider Name/VMC #: _____   Signature/Title: _____
Attending MD/VMC #: _____   Signature/Title: _____

**EXHIBIT G**




**SANTA CLARA VALLEY MEDICAL CENTER**
751 SOUTH BASCOM AVENUE
SAN JOSE, CALIFORNIA 95128

Duarte, Eric
6-5-67
CCI 496

**HISTORY SHEET AND PROGRESS NOTES**

| DATE | TIME | |
|---|---|---|
| MAIN JAIL MEDICAL NOV 0 5 2004 | 1540 | Ortho<br>S) Fracture 5th metatarsal ® foot<br>Partially in fracture shoe<br>O) x-ray minimal displacement of fracture<br>A) Fracture ® 5th metatarsal<br>P) continue to wear fracture shoe [illegible] |
| 11/30/04 | 11:10 am | YMD<br>Pt. states doing ok c̄ 4 wks. Mood - fair overall. No recent mood swings. Denies voices & paranoia. ⊖ Sx/HI today. Wants to continue c̄ current 4 wks. c/o continue 4 wks.<br>RTC 10 wks<br>21089 |
| 12/15/04 | | Seen per ortho on 11-5-04. S/P 5th metatarsal ® foot fx on 10-14-04. Wearing fx shoe. [illegible] motion for pain. Ambulatory c̄ steady gait. Pt. cleared to ortho for pass on housing. If OK to climb stairs. if he needs ortho f/u/eval. |

709 REV 1/99    Disposition: Medical Chart - Perm    SCVMC 6903-19

**EXHIBIT H**    Duarte00054

| DATE | TIME | |
|---|---|---|
| 6 Dec 04 | | Ortho Clear Check: |
| | 1300 | He can be housed in general population. |
| 12-23-04 | 1745 | Crisis note re: referral from DOC — I/m received sentence of 160 years. |
| | 317 E MAX | S: "I was finagled." "Can you get me to some fresh air?" "I'm better than that." "I choose to live" |
| | | O: I/m alert, Ox3, coherent. ⊖ S/I, ⊖ A/H, ⊖ V/H. Calm speech, appears to have some education/sophistication. Reports that he has spent many years in State and Federal Prisons. States that he is in no danger of self-harm — I/m doc. requested time in open air as this assists him in coping. I/m on Wellbutrin — wants it increased. However, may be transported to prison before he gets an appointment. |
| | | A: Dysphoria, coping with meds, hx of depression, reports ⊖ S/I. |
| | | P: HPC, MH prn, request to advance YMD appt — Mahjum MFT |

EXHIBIT I

Duarte00055

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE BY MAIL**

*ERIC DUARTE v. LAURA SMITH SHERIFF OF COUNTY OF SANTA CLARA, et al.*

Case No.: C05-1374 CW (PR)

I, Alexandra K. Weight, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **AFFIDAVIT OF CARMEN GONZALEZ TO AUTHENTICATE PLAINTIFF'S MEDICAL RECORDS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by placing said copy in an envelope addressed to:

Eric Duarte, T-24814
Salinas Valley State Prison
Facility A-5-219-U
P.O. Box 1050
Soledad, California 93960-1060

which envelope was then sealed, with postage fully prepaid thereon, on **September 6, 2006**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **September 6, 2006**, at San Jose, California.

_____
Alexandra K. Weight

51414.wpd

Proof of Service by Mail                         1                         C05-1374 CW (PR)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

**PROOF OF SERVICE BY MAIL**

*ERIC DUARTE v. LAURA SMITH SHERIFF OF COUNTY OF SANTA CLARA, et al.*

Case No.: C 05-01374 JF

I, Alexandra K. Weight, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **AFFIDAVIT OF CARMEN GONZALEZ TO AUTHENTICATE PLAINTIFF'S MEDICAL RECORDS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by placing said copy in an envelope addressed to:

Eric Duarte, T-24814
Salinas Valley State Prison
Facility A4-235-L
P.O. Box 1050
Soledad, California 93960-1060

which envelope was then sealed, with postage fully prepaid thereon, on **December 21, 2007**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **December 21, 2007**, at San Jose, California.

_____
Alexandra K. Weight

107112.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail                     1                                  C 05-01374 JF