Eric C. Duarte, T-24814
SALINAS VALLEY STATE PRISON
FACILITY A4/235
P.O.BOX 1050
SOLEDAD, CALIFORNIA 93960-1060
In Pro Per

FILED

2007 DEC 26  P 2: 56

RICHARD W. WIEKING
CLERK
U.S DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

Eric C. Duarte,
Plaintiff,
   v.
Laurie Smith, Sheriff of Santa Clara County et al,
Defendants.

Case NO. C05-01374 (JF)
"EXIGENT MOTION" FOR EXPANTION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT
Current Deadline: December 26, 2007
Requested Deadline: February 26, 2008
Judge: Honorable Jeremy Fogel

Comes now plaintiff, Eric C. Duarte, In Pro Per and in informa pauperis to file the instant exigent motion for expansion of time of sixty (60) days, to include the 60th day for reasons as follows:

On November 26, 2007, Defendants Officer Gill and Officer Bevan's counsel answered plaintiff's amended complaint.

On November 28, 2007 the Law Library was closed due to "Staff" shortage, This so called "staff" shortage has denied and continues to deny plaintiff his federal rights to have access to the courts.

On or about December 3, 2007, Plaintiff filed a "Inmate 602 Complaint" and requested acces to the prison law library.

On December 18, 2007 Plaintiff was given access to the law library, However, plaintiff was only given one half hour for reasons unknown to plaintiff.

On December 19, 2007, Mrs Miranda, The prison Law librarian notified

1  Plaintiff that he would be returning to the Law Library on December 21,2007
2  and thereafter start to have regular access that is entitled to "Prefered
3  Library Users" (PLU).

4  In order for plaintiff to have access to the court,Typwriter,Legal lined
5  paper,research material and the oportunity to respond to the defendants
6  answer to plaintiff's amended complaint, A grant is crucial to plaintiff.

8  I Declare under penalty of purjury under the Laws of the United States
9  that the foregoing is true and correct, and was executed on this 20th,day
10 of December,2007. At Salinas Valley State Prison,P.O.BOX 1050,Soledad,
11 California 93960-1060.

14 Respectfully,

*[signature]*

Eric C. Duarte

In Pro Se

**STATE OF CALIFORNIA**                                    **COUNTY OF MONTEREY**

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC 1746)

I, __Eric C. Duarte_____ declare under penalty of perjury that: I am the __Plaintiff_____ in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this __20__ day of __December_____, 20__07__, at Salinas Valley State Prison, Soledad, CA 93960-1050.

(Signature) _/s/ Eric C Duarte_
DECLARANT/PRISONER

---

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, __Eric C. Duarte_____, am a resident of California State Prison, I the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, CA 93960-1050.

On __December 20th_____, 20__07__, I served the foregoing: __Exigent Motion for__

__Expantion of time__

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, CA 93960-1050.

__U.S.DISTRICT COURT/NORTHERN DISTRICT__

__280 S.FIRST STREET #2112__

__SAN JOSE,CALIFORNIA 95113-3008__

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: __December 20th_____, 20__07__

_/s/ Eric C Duarte_
DECLARANT/PRISONER

Eric C. Duarte, T-24814
Salinas Valley State Prison
Facility A4/235
P.O. Box 1050
Soledad, California 93960-1060

STATE PRISON
GENERATED MAIL

LEGAL MAIL

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)
280 S. FIRST STREET #2112
SAN JOSE, CALIFORNIA 95113-3008

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004397458
$00.410
DEC 21 2007
MAILED FROM ZIP CODE 93960