ERIC DUARTE/T-24814/A4-141-L
P.O. BOX 1050,
SALINAS VALLEY STATE PRISON
SOLEDAD, CALIFORNIA 93960-1050

FILED

JAN 18 2008

COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC DUARTE,
  PLAINTIFF,

  Vs.

LAURIE SMITH, SHERIFF OF
SANTA CLARA COUNTY et al.,
  DEFENDANT(S).

) CASE NO. C-05-1374 CW (Pr)
)
) PLAINTIFF ERIC DUARTE'S
) DECLARATION IN SUPPORT OF HIS
) OPPOSITION TO DEFENDANT'S MOTION
) FOR SUMMARY JUDGMENT.
)
)
)

I, Eric Duarte declare as follows:

I am a prisoner at Salinas Valley State prison, proceeding in Pro Se.

I make this Declaration in support of my motion in opposition to the defendants' motion for summary judgment, dated September 6, 2006.

(1) The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could and would testify competently to those matters.

(2) Attached to this declararion as exhibit "A" is a true and correct copy of Duarte's "Medical History Sheet and Progress Notes."

(1)

(3)    Attached to this decalration as exhibit "B" is a true and correct
copy of an "Emergency Flow Sheet from Valley Medical Center dated,
October 28,2004, from Duarte's Medical File.(Pg.1-3).

(4)    Attached to this decalration as exhibit "C" is a true and
correct copy of a "Employee's Report IR#04-19547.(Pg.1-2).

(5)    Attached to this declaration as exhibit "D" is a true and correct
copy of  the "Main Jail Log Book", dated October 28,2004.(Pg.1-2)

(6)    Attached to this decalration as exhibit "E" is a true and correct
copy of"Duarte 00149".(Pg.1)

(7)    Attached to this declaration as exhibit "F" is a true and correct
copy of a "Inmate Medical Request From," dated, October 29,2004,
for Vicodine medication for the excruciating pain.  (Pg. 1-2).

(8)    Attached to this declaration as exhibit "G" is a true and correct
copy of "Duarte's 602 Inmate Appeal", dated, February 28,2005.(Pg.1).

(9)    In a seprate envelope as exhibit "H" is a true and correct
copy of an X-ray Film of Duarte's Broked Foot".

(10)  Attached to this declaration as exhibit "I" is a true and
correct copy of the "Plaintiff's Request for Production of Documents", filed
on May 1,2006.

(11)  Attached to this declaration as exhibit "J" is a true and correct
of "Defendants Response To Plaintiff's Request for Production of
Documents(Set One)".

(12)  Attached to this declaration as exhibit "K" is a true and correct
copy of "Plaintiff's Second Request for Inspection and Production
of Documents to Defendants."

(13)  Attached to this declaration as exhibit "L" is a true and correct

copy of "Defendant's Response to Plaintiff's Request for Production of Documents(Set Two)."

(14) Attached to this declaration as e xhibit ""M" is a true and correct copy of "Plaintiff's Request for Production of Documents. (Set Three).

(15) Attached to this declaration as exhibit "N" is a true and corect copy of "Defendants Response to Plaintiff's Request for Prodocuments."(Set Three)

(16) Attached to this declaration as exhibit "O" is a true and correct copy of "Plaintiff's Meet and Confer Letter," dated, November 29,2006.

I declare under the penalty of perjury under the laws of the United States  that the foregoing is true and correct to the best of my knowledge.

Executed on this ___21___ day of _December_ ,2006, at Salinas Valley State Prison, P.O. Box 1050, Soledad, California 93960-1050.

ERIC DUARTE/DECLARANT/PLAINTIFF

# EXHIBIT
# COVER PAGE



**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

Duarte 00052 - History sheet and Progress notes

Duarte 00091 - Medical/Psychiatric Referal Form

## NUMBER OF PAGES TO THIS EXHIBIT: ___2___ PAGES

## JURISDICTION: (CHECK ONLY ONE)

☐ MUNICIPAL COURT

☐ SUPERIOR COURT

☐ APPELLATE COURT

☐ STATE SUPREME COURT

☒ UNITED STATES DISTRICT COURT

☐ STATE CIRCUIT COURT

☐ UNITED STATES SUPREME COURT

☐ GRAND JURY





SANTA CLARA VALLEY
MEDICAL CENTER
751 SOUTH BASCOM AVENUE
SAN JOSE, CALIFORNIA 95128

Duarte, Eric
CCI 496
06/05/67

**HISTORY SHEET AND PROGRESS NOTES**

| DATE | TIME | |
|------|------|---|
| | | MAIN JAIL MEDICAL |
| | | OCT 1 5 2004 |
| 10/27/04 | 22:15 | S- Called by C.O.: I/M went for a pick hardball + injured on L foot. O- (L) 5th toe slightly reddened, c/o pain + inability to move (L) 5th toe, slightly swollen, VS 128/80 — 88 - 30 — warm to touch A- Sprain vs Fx. P- referred to Alice Abrahamy, needs to go to ER - Stated to have X-ray in AM. Inst I/M to keep leg elevated + Ice to (L) foot x 24°. — will endorse to NOC. — dr |
| 10/28/04 | 1445 | S & O. X-ray Lt foot shows 5th Metatarsal fracture. X-ray seen by Dr. Nguyen. Paper work given to DOC for taking to VMC ER by code I. So ABN central Surgeon stated he will be taken in for. Per x-ray tech the x-ray can't be given to go with pt. He said he will leave it to ER at 4PM. — c hh. |
| 10/29/04 | 0900 | (L) foot on splint, Using wheelchair, 2B rehearsal sent — |

709 REV 1/99          Disposition: Medical Chart - Perm          SCVMC 6903-19

Duarte00052

# MEDICAL/ PSYCHIATRIC REFERRAL FORM

**REFERRED TO:**    ☐ Medical    ☐ Mental Health    ☑ DOC

**REFERRED FROM:**    ☑ Medical    ☐ Mental Health    ☐ DOC

Inmate's Name: _Duarte, Eric_    PFN: _CCI496_    Booking # CEN: _030166766_

Date of Birth: _6/5/67_    Housing: _317 E_

Reason for Referral: _Please Rehouse to 2B (Has splint_
_on ① foot, on wheelchair )_

---

Circle all that apply:

| | | | | |
|---|---|---|---|---|
| Anxious | Crying | Sad | Withdrawn | Peers Worried about Inmate |
| First Arrest | Got Bad News | Talks to Self | Not Sleeping | Giving Away Belongings |
| Not Eating | Very Unkempt | Afraid of Peers | Threatening | Doesn't make sense |
| Changing in Behavior | | Three Strikes | | Long Sentence |

Suicidal/Homicidal (explain)

Inmate Said:_____

Inmate Did:_____

Other Reasons:_____

Referred by: _____ /Badge#_____ Time:_____ Date: _10/29/04_
**(Print Name)**

[illegible blacked-out text block]

**Classification Action**

Action Taken:_____

Action By:_____ Time:_____ Date:_____

# EXHIBIT
# COVER PAGE 

**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

Duarte 00072 - Valley Medical Center "Patient Chart"
Duarte 00073 - Valley Medical Center "Patient Chart"
Duarte 00075 - Valley Medical Center "Patient Chart"

## NUMBER OF PAGES TO THIS EXHIBIT: ___3___ PAGES

## JURISDICTION: (CHECK ONLY ONE)

☐ **MUNICIPAL COURT**

☐ **SUPERIOR COURT**

☐ **APPELLATE COURT**

☐ **STATE SUPREME COURT**

☒ **UNITED STATES DISTRICT COURT**

☐ **STATE CIRCUIT COURT**

☐ **UNITED STATES SUPREME COURT**

☐ **GRAND JURY**

Santa Clara Valley Medical Center — Emergency Dept          Patient: Duarte, Eric C.R.          ID: 23/04      Pg. 2
751 S. Bascom Ave, San Jose, CA 95128 — (408) 885-5000     Arrival: 10/28/2004 1657                MR: 00-47-88-0
                                                                                                    FIN Acct: 26118884

**Dx/Instr**

Dx: 1 Fractured Metatarsal, Closed                                                  ICD9: 1 825.25
    C – Serious dysfunction to any bodily organs or part

**Procedure**

Prod: 1 Level 3 Patient Visit                                                        CPT: 99283      BC: 0106

**Prescription / Rx**

**Orders**

**Disposition**

Follow-up 1: **Ortho Red**                                               F/U MD Ph: **408-885-5889**
Follow-Up 1 Date: **Thursday 11/4/04 at 10am**
Follow-up 2: **Jail M.D.**                                               F/U 2 MD Ph:
Follow-up 2 Date: **Sooner if symptoms worsen**
Other Instr: **Weight bearing as tolerated with Ortho Shoe and crutches as needed until f/u**
             **appointment. Ice pack to foot 3 times per day, 20 minutes per time. Keep elevated**
             **above level of heart as freqently as possible. Medications- may take vicodin 5/500mg**
             **one tab po QID prn pain x 3days.**
Dispo Status: **Satisfactory**                                          ED Disposition **Custody**

                                                                        Chart Prntd:

(C) 2004 Wellsoft Corp, Price/Stern/Sloan  **THIS IS THE LAST PAGE**

Duarte 00072

## Nursing Documentation (Preliminary)

Patient: **Duarte, Eric C.O.**
Age/DOB: **6/5/1967**          Age: **37/r**          Sex: **M**          Mode of Arrival: **Police Escort**
Med Rcrd: **00717859**                                   ED Disposition: **Custody**
Pt Acont: **201186822**                                  Mode of Departure:
SS #: **560593461**                                      Discharged With Whom:
Acuity(Old):                                             Acuity: **4**
Chief Cmplnt: **metatarsal fx**

Medications: **none**
Drug Allergy: **PCN**

HPI: **inj L foot playing handball yesterday**
PMH: **No relevant PMH**

Rm: **03B**                                    BP (Syst): **109**
Last Tetanus:                                  BP (Dias): **74**
LMP:                                           Pulse: **64**
Immunization:                                  Resp Rate: **16**
Pt Weight:                                     Pulse Ox:
Triage Pain Scal **9/10**                      Temp: **96.8 (36.0)**      Route:
Triage Category: **Pain, Extremity**
Early Warning System: **None of the above**
Precaution/Alert:
MSG/Info:
Triage RN Sgntr: Hawker, Katherine R.N. 10/28/2004 1707

---

Hawker, Katherine R.N.   Created: 10/28/2004 1707   Last Entry: 1709

**NURSING ASSESSMENT** (after triage completed)
**HPI: inj L foot playing handball yesterday** pt states had x-ray done at jail today and told that it was fractured able to bear wt

**OTHER SUBJECTIVE: None.**
**PREHOSPITAL CARE: None.**
**SH: None.**
**PRIMARY ASSESSMENT:**
**(A)** no airway compromise, **(B)** no breathing compromise, **(C)** no circulatory compromise, **(D)** disability AO x 4.
**SECONDARY ASSESSMENT:**
GENERAL APPEARANCE:
VITALS:
LUNGS: no wheezing, no rales, no rhonchi, (-)accessory muscle use, good air exchange bilateral
HEART: normal rate, normal rhythm
ABDOMEN: soft, no abd tenderness
EXTREMITIES: good pulses on all extremities, no swelling\tenderness on the extremities, no edema bruised and swolle lateral aspect L foot
SKIN: warm, dry, good color, no rash, no abrasions\lacerations
**SPECIAL CONSIDERATIONS:** pt custody main jail
Domestic Violence Screen:
**NURSING INTERVENTION(s):**
DISCLOSURE PROTECTED HEALTH INFORMATION: **With whom may we share information about your condition?** With whom:

RN Sgntr:                                      RN Doc Prntd:

Duarte 00073

(C) 2004 Wellsoft Corp. Price/Stern/Sloan  THIS IS THE LAST PAGE

Sutter Delta Valley Medical Center – Emergency Dept.
3901 Lonetree Way, Antioch, CA 94123 – (925) 386-3900

Patient: Duarte, Eric C.
Arrival: 10/28/2004 1657

10/28/04
Med Recd: On Lating
Fax.com: 201186822

## Clinical Documentation (Addendum)

Patient: **Duarte, Eric C.**
Age/DOB: **6/5/1967**          Age: **37yr**     Sex: **M**          Arrival: 10/28/2004 1657
Med Rcrd: **00717859**
Pt Acct: **201186822**
SS #: **560593461**

### MD Chart

(-) = absent, (+) = present, (?) = unknown, ( ) = not evaluated

Nix, David Md   Created: 10/28/2004 1801   Last Entry: 1812

**PHYSICIAN H&P**

**HPI:** Yesterday, while playing handball, pt suffered inversion injury of L foot with pain et lateral forfoot. Swelling and continued pain ON. Seen at infirmary at jail, told he had a fracture and sent to VMC without films. Has been ambulatory on food with moderate to severe pain. No other trauma. No lacerations.
Last Tetanus: UTD.

**ROS:** (-)neck pain, (-)chest pain, (-)abdominal pain, (-)LOC, (-)headache.

**PMH:** no relevant PMH.

**PHYSICAL EXAM:**

GENERAL APPEARANCE: alert, cooperative, mild obvious discomfort.
VITALS: WNL.
EXTREMITIES: good pulse in injured extremity, affected area on extremity has no erythema, mild-moderate swelling ove dorsum to lateral foot, severe tenderness to palpation on lateral edge and no abrasions\lacerations. Motor/sensation over all 5 toes intact.
SKIN: warm, dry, good color.
NEURO: motor intact and sensory intact in injured extremity.
MENTAL STATUS: speech clear, oriented X 3, responds appropriately to questions.

**DIFFERENTIAL Dx:**

**DATA REVIEWED:** L Foot 3-View: oblique fracture of distal 1/3 of 5th metatarsal, distal fragment displaced mediall approx 25% in AP view. Extra-articular.

**MD NOTE:**

Nix, David Md   Created: 10/28/2004 1801   Last Entry: 1803

MD Note:

**PMH:** no relevant PMH.

Garrett, Brendan M.D.   Created: 10/28/2004 1836   Last Entry: 1838

MD Note: I have personally interviewed and examined the patient. I discussed the findings, interventions and diagnostic testing with Nix, David Md. I agree with the findings as presented with exceptions in our respective documentation. 04X 37 yo man with handball injury last night in

Garrett, Brendan M.D.   Created: 10/28/2004 1842   Last Entry: 1844

Interrupted while documenting, playing in the jail and injured his L foot, has been walking on it, xray shows MT 5 shaft fx spiral.

Nix, David Md   Created: 10/28/2004 1846   Last Entry: 1847

MD Note: D/W Dr Ray Oshtoy, Ortho consult resident-> Place pt in hard walking shoe, WBAT with crutches as needed.
F/U Red ortho next Thurs at 10 a.m. Will dispo with vicodin, motrin, and RICE precautions.

MD Sgntr: Garrett, Brendan M.D. 10/28/2004 /1910          ED MD ID: **015784**   ED MD Code: **57**

MD Signature: _____                MD ED ID #: _____

Consult Service(s): **Phone Only, Orthopedics**

Duarte CC75

# EXHIBIT
# COVER PAGE  _C_

**EXHIBIT**

**DESCRIPTION OF THIS EXHIBIT:**

DuArte 00162 - Employee's Report IR# 04-19547
DuArte 00161 - Inmate Injury Report

**NUMBER OF PAGES TO THIS EXHIBIT:** _2_ **PAGES**

**JURISDICTION: (CHECK ONLY ONE)**

☐ **MUNICIPAL COURT**

☐ **SUPERIOR COURT**

☐ **APPELLATE COURT**

☐ **STATE SUPREME COURT**

☒ **UNITED STATES DISTRICT COURT**

☐ **STATE CIRCUIT COURT**

☐ **UNITED STATES SUPREME COURT**

☐ **GRAND JURY**

County of Santa Clara   **EMPLOYEE'S REPORT   IR# 04-19547**   PAGE   OF

| TO: (RANK, NAME, DIVISION) | LOCATION OF OCCURRENCE: |
| Capt T. Wong   Main Jail North | Main Jail South/ Sundeck |

**SUBJECT:** (if not listed below)   DATE AND TIME OCCURRED:
Inmate Injury   10/27/04 @ 2130hrs.

- [ ] USE OF FORCE
- [ ] SAFETY CELL
- [ ] CHEMICAL AGENTS / LESS THAN LETHAL MUNITIONS (if used explain in body of report)
- [ ] MEDICAL EMERGENCY
- [x] FORCED MEDICATION
- [ ] USE OF RESTRAINT ROOM
- [ ] INMATE MUTUAL COMBAT
- [ ] SECURITY CELL SEARCH
- [ ] INFRACTION ISSUED
- [ ] (OTHER)
- [ ] REHOUSING COMPLETED
- [ ] VIDEO TAKEN BY
- [ ] VIDEO REVIEWED BY

**P.L.E.O.:**   OFFICER:   Gill # 2528
List additional   OFFICER:
Officers in body   OFFICER:
of report.   OFFICER:

[x] ORIGINAL REPORT   [ ] CRIME REPORT   [ ] SUPP. REPORT   [x] INJURY REPORT   [ ] OBSERVATION LOG

DOCTOR/NURSE:   Nurse Myrna
INMATE INVOLVED:   Duarte, Eric   BOOKING#   03016674.
INMATE INVOLVED:   BOOKING#
Crime report #   N/A   Charges
ATTACHMENTS:   Inmate Injury Report

**NARRATIVE:**   On 10/27/04, I was assigned to work at Main Jail South as Deck Patrol 1. At approximately 2105 hrs I pulled inmate Duarte # 03016674 and his room mate Casarez # ▓▓▓▓ for their scheduled yard time.

At approximately 2130 hrs inmate Duarte informed me that he injured his left foot while playing handball. I secured inmate Duarte and Casarez and brought them back to their cell. I then informed nurse Myrna of the injury. At 2230 hrs Nurse Myrna examined inmate Duarte and provided him with and ice pack to get the swelling down. As per nurse Myrna inmate Duarte will have an x-ray done to his left foot.

END OF REPORT

*Recently sentenced to 460 yrs — Security Risk if transported to VMC !*

**CONFIDENTIAL
DO NOT DUPLICATE**

Continue Narrative on reverse side

INJURIES TO STAFF OR INMATE   N/A
CONTROL AND SGT.   Csabanyi   BADGE #   1594   WERE NOTIFIED.
(SAFETY CELL ONLY) TIME IN   OUT   (Safety cell / Use of force = copy to Classification)
CLOTHING / PROPERTY (IF ANY) PLACED   BY
Copies sent to:   CLASSIFICATION

| SUPERVISOR APPROVING: | BADGE | EMPLOYEES SIGNATURE | DATE/HOUR 10/27/04 2200hr |
| Sgt Csabanyi | 1594 | Gill # 2528 | |

SANTA CLARA COUNTY
INMATE INJURY REPORT                              Date: 10/27/04

DATE OCCURRED: 10/27/04    TIME OCCURRED: 0130    DAY OF WEEK: WED    TEAM: D

NAME: DUARTE, ERIC    M/F: M    AGE: 37    RACE: H    CEN: 0306674

[ ] MEDICAL

**LOCATION WHERE INCIDENT OCCURRED**
(Please Check Box and Fill in Where Appropriate)
[X] FACILITY: MJS          LOCATION: SUN DECK          BKG INTAKE:
[ ] IN COURT
[ ] DURING TRANSPORTATION
[ ] OTHER:

ASSIGNED HOUSING PRIOR TO INCIDENT:  FACILITY: _____    LOCATION: _____

DID INJURY OCCUR WHILE ON INMATE WORK CREW?    [ ] YES    [X] NO

INJURY CATEGORY:    [ ] INMATE VS INMATE            [ ] SINGLE INMATE
                    [ ] INMATE VS BADGE-PERSONNEL   [ ] INJURY CAUSED BY EQUIPMENT/TOOLS
                    [ ] INMATE VS CIVILIAN PERSONNEL [X] EXERCISE INJURY

EXTENT OF INJURIES:  [X] MINOR    [ ] MODERATE    [ ] MAJOR    [ ] DEATH    [ ] OTHER:

**HOW DID INJURY OCCUR?**
[ ] MUTUAL COMBAT    [X] ACCIDENTAL       [ ] SELF INFLICTED
[ ] ASSAULT          [ ] ATTEMPTED SUICIDE [ ] SUICIDE
[ ] SEXUAL ASSAULT   [ ] ASSAULT W/WEAPON - DESCRIBE:

NARRATIVE: On 10/27/04 I was assigned to sun deck when at approx 0130, inmate pulls up on bars and falls to floor.

INJURED BODY PART:  [ ] HEAD/FACE    [ ] BODY/TRUNK    [X] LEGS/FEET    [ ] ARMS/HANDS

TYPE OF INJURY:  [ ] ABRASION    [ ] BRUISE    [ ] FRACTURE    [ ] INTERNAL INJURY
                 [ ] LACERATION  [ ] SPRAIN    [ ] STRAIN      [ ] OTHER:

TREATMENT PROVIDED:  [ ] NONE    [X] MED STAFF    [ ] VMC    [ ] REFUSED

WITNESSES, AND SUSPECTS (If Suspect, Include Age/Race)

| NAME | HOUSING | CEN/I.D. # | WIT. | SUSP. | AGE | RACE |
|------|---------|-----------|------|-------|-----|------|
| #1. CASAREZ, MELECHO (W) | 317 E MAX | ▓▓▓▓ | ✓ | | 30 | H |
| #2. | | | | | | |
| #3. | | | | | | |
| #4. | | | | | | |

CONFIDENTIAL
DO NOT DUPLICATE

FOLLOW UP NEEDED:    [ ] YES    [ ] NO    INCIDENT REPORT NUMBER: 04-19547

| | NAME | BADGE / I.D. NUMBER | REPORT YES/NO | INJURED* YES/NO |
|--|------|--------------------|---------------|------------------|
| REPORTING OFFICER: | Cruz | 2528 | Yes | NO |
| ASSISTING OFFICERS: | | | | |
| | | | | |
| CIVILIAN EMPLOYEES: | MYRNA | Med Staff | NO | NO |

APPROVAL

SERGEANT: Sgt. Anderson #1594

DIVISION COMMANDER: _____

********** CUSTODY OPERATIONS BUREAU USE **********
DATA ENTRY COMPLETED:  [ ] YES    [ ] NO
DATA ENTRY OPERATOR: _____

*ATTENTION DIVISION ADMINISTRATION:  If Employee Injured, submit a copy of "Supervisors First Report of Industrial Injury/Illness", to Custody Operations Bureau.

DISTRIBUTION:  WHITE-DIVISION COMDR    CANARY-CUSTODY OPS BUREAU    PINK-INMATE CLASSIF JACKET  9/88    FT6 / 440.10

8936 REV 10/89

Duarte00161

# EXHIBIT
# COVER PAGE 

**EXHIBIT**

**DESCRIPTION OF THIS EXHIBIT:**

DuArte 0166 - Main Jail Log Book
DuArte 0167 - Main Jail Log Book

**NUMBER OF PAGES TO THIS EXHIBIT:** ___2___ **PAGES**

**JURISDICTION:** (CHECK ONLY ONE)

☐ **MUNICIPAL COURT**

☐ **SUPERIOR COURT**

☐ **APPELLATE COURT**

☐ **STATE SUPREME COURT**

☒ **UNITED STATES DISTRICT COURT**

☐ **STATE CIRCUIT COURT**

☐ **UNITED STATES SUPREME COURT**

☐ **GRAND JURY**



CONFIDENTIAL

## MAIN JAIL LOG BOOK

OFFICER: Smith    DATE: 10/28/04
BADGE #: [illegible]    TEAM: D    POST: 3RD EAST

| | | |
|---|---|---|
| ✗ AIR PACK ___ LBS PRESSURE | ✗ FIRST AID KIT | |
| ✗ AIR PACK ___ LBS PRESSURE | ✗ 911 KNIFE | |
| ✗ FIRE EXTINGUISHER | ✗ BIO-HAZARD KIT | |
| ✗ FLASHLIGHT | ✗ ISO-KITS | |
| ___ YARD/UNIT CHECK | ✗ NAIL CLIPPERS | |
| ___ POST ORDERS PRESENT/REVIEWED | ✗ PENCIL SHARPENER | |
| ___ PROCEDURES MANUAL | ✗ PENAL CODE | |
| ___ EQUIPMENT PROBLEMS: | | |

| Time | Entry |
|---|---|
| 1800 | EXCHANGED RADIO, KEYS AND INFO. |
| 1812 | STARTED SHOWERS "ODDS & ORS" |
| 1903 | (1) ELMWOOD TRANSFERS. |
| | (344) |
| LATE ENTRY 1855: ████████ TO LAW LIBRARY/RTN @ 2118 HRS |
| 1909 | (1) N/H: ████ →344 |
| 1941 | SGT ████ ON |
| 1947 | ████ OUT FOR SHOWER |
| 1948 | SNACKS ON DECK |
| 1955 | (1) RELEASE: ████████ (344) |
| 2030 | (2) RELEASES: ████ (342) |
| / | ████████ (345) |
| / | DUARTE, ERIC #030[illegible] (317 MAX TIER) RETURN FROM V.M.C. |
| 2031 | P/U CALL NURSE UNDECK/DONE @ 2135 |
| 2145 | (3) CDC's: ████ (344) |
| / | ████████ (344) |
| / | (340) |
| 2206 | (1) RELEASE: ████ (345) |
| / | (1) N/H: ████ →345 |
| 2215 | MAIL ON DECK AND DISTRIBUTED |
| 0015 | (1) N/H (345) ████ |
| 0225 | (1) REL (344) ████ |
| 0240 | DIABETICS OFF DECK @ X 0302 HRS |
| 0330 | BREAKFAST SERVED + TRASH BAGS OFF DECK |
| 0486 | (1) REL (339) ████ |
| 0600 | RELIEVED BY DAYSHIFT EXCHANGE KEYS + RADIO |

CONFIDENTIAL

# EXHIBIT
# COVER PAGE 

**EXHIBIT**

**DESCRIPTION OF THIS EXHIBIT:**

Duarte 00149 - Medical records.

**NUMBER OF PAGES TO THIS EXHIBIT:** _____1_____ **PAGES**

**JURISDICTION: (CHECK ONLY ONE)**

☐ **MUNICIPAL COURT**

☐ **SUPERIOR COURT**

☐ **APPELLATE COURT**

☐ **STATE SUPREME COURT**

☒ **UNITED STATES DISTRICT COURT**

☐ **STATE CIRCUIT COURT**

☐ **UNITED STATES SUPREME COURT**

☐ **GRAND JURY**

| | | GUERNEY NO. | USUAL MEDICAL PROVIDER | | PHYSICIAN | | | CLERK |
|---|---|---|---|---|---|---|---|---|
| | | | DUARTE | | | 3 | | SRICED |
| **PATIENT NAME** LAST | FIRST | IM | **ADMISSION DATE** | | **FINANCIAL CLASS** | **LANG.** | **CHART NO.** | |
| DUARTE , ERIC | | | 10/28/04 | | U | E | 00717859 | |
| **ADDRESS** | | | **PHONE NO.** | **SOCIAL SECURITY NO.** | | | **PATIENT ACCOUNT NO.** | **VISIT SEQ.** |
| 2682 AIDA AVE. | | | 408  528-9567 | 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 | | | 201186822 | |
| **CITY, STATE** | | **ZIP CODE** | **AGE** | **SEX** | **MARITAL STATUS** | **BIRTHDATE** | **BIRTH PLACE** | **RELIGION** |
| SAN JOSE | CA | 95122 | 37.Y | M | M | 06/05/1967 | CA | NON |
| **EMPLOYER** | | | | | **NEAREST RELATIVE** | | | **RELATIONSHIP** |
| UNEMPLOYED | | | | | DUARTE ,JOELL | | | 3 |
| **EMPLOYER ADDRESS** | | **CITY, STATE** | | | **RELATIVE ADDRESS** | | | |
| **EMPLOYER PHONE NO.** | **POSITION HELD** | | | | **CITY, STATE** | | **PHONE NO.** | |
| | | | | | | CA | 408  254-0547 | |
| **ACCIDENT HOW SUSTAINED** | | **LOCATION** | | | **DATE OF INJURY** | **TIME OF INJURY** | **MEANS OF ARRIVAL** | |
| | | | | | | | POLICE CAR | |
| **COMPLAINT** | | | | | **ACCOMPANIED BY** | | **BY WHOM TRANSPORTED** | |
| METATARSAL FX | | | | | | | DOC1597 | |

# EXHIBIT
# COVER PAGE



F

**EXHIBIT**

**DESCRIPTION OF THIS EXHIBIT:**

Duarte 00129 - Medical Form
Duarte 00139 - Medical Form

**NUMBER OF PAGES TO THIS EXHIBIT:** ___2___ **PAGES**

**JURISDICTION: (CHECK ONLY ONE)**

☐ **MUNICIPAL COURT**

☐ **SUPERIOR COURT**

☐ **APPELLATE COURT**

☐ **STATE SUPREME COURT**

☒ **UNITED STATES DISTRICT COURT**

☐ **STATE CIRCUIT COURT**

☐ **UNITED STATES SUPREME COURT**

☐ **GRAND JURY**



SANTA CLARA VALLEY MEDICAL CENTER
ADULT INSTITUTIONS MEDICAL UNITS
UNIDADES MEDICAS EN INSTITUCIONES
DE PRESIDIARIOS ADULTOS

MEDICAL FORM
FORMULARIO MEDICO

Date
Fecha **11-1-04**

Booking #
Número del Registro de Admisión **03016674**

PFN # **CCI496**

Name
Nombre **DUARTE          Eric          Cresencio**
　　Last Name (Apellido Paterno)　　First (Nombre de Pila)　　Middle (Segundo Nombre)

Date of Birth
Fecha de Nacimiento **06-05-67**

Housing **S.H.**
Vivienda **MJN  Z-B-1**

Request to see (Circle One)　(Medical) or Mental Health
Quiero ver (Marque uno) a alguien en　Servicios Médicos o Servicios de Salud Mental

Reason for Request
Razón de esta petición **I Broke My FooT 10-28-04 - My 2 ouTer ToES**
**Are NumbTracTingly - I Have sTrong shooTing PAins Going**
How Long Have You Had This Problem? **2 DAys** **The SLEngTh oF FooT**
¿Por cuánto tiempo ha tenido usted este problema?

**NOTE: GIVE THIS FORM TO A NURSE ONLY**
**NOTA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA**

FORM #502

MEDICAL/MENTAL

Duarte00139

**SANTA CLARA VALLEY MEDICAL CENTER**
**ADULT INSTITUTIONS MEDICAL UNITS**
UNIDADES MEDICAS EN INSTITUCIONES
DE PRESIDIARIOS ADULTOS

**MEDICAL FORM**
**FORMULARIO MEDICO**

Date
Fecha  10-29-04

Booking #
Número del Registro de Admisión  03016674    PFN #  CCI496

Name
Nombre  DUARTE        ERIC        CReSeNCiO
Last Name (Apellido Paterno)    First (Nombre de Pila)    Middle (Segundo Nombre)

Date of Birth
Fecha de Nacimiento  06/05/67    Housing
Vivienda  3-EAST-MAX #317

Request to see (Circle One)  (Medical) or Mental Health
Quiero ver (Marque uno) a alguien en   Servicios Médicos o Servicios de Salud Mental

Reason for Request
Razón de esta petición  I BRoKe My FooT 10/28/04 - V.MC DocToR
GAVe Me VicADiNe FoR THe PAiN - THe DR SHoWeD Me THe FoRM
WHeRe He STATeS vicADiNe - I'm BeiNg GiVeN MoTRiN By THe JAiL -

How Long Have You Had This Problem?  MoTRiN Does NoTHiNG FoR THe severe
¿Por cuánto tiempo ha tenido usted este problema?  PAiN I'm IN - My FooT is BRoKeN !!

**NOTE: GIVE THIS FORM TO A NURSE ONLY**
**NOTA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA**

Duarte00129

# EXHIBIT
# COVER PAGE  G

**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

Plaintiff 001- 602 inmate appeal

## NUMBER OF PAGES TO THIS EXHIBIT: ____1____ PAGES

## JURISDICTION: (CHECK ONLY ONE)

- [ ] MUNICIPAL COURT
- [ ] SUPERIOR COURT
- [ ] APPELLATE COURT
- [ ] STATE SUPREME COURT
- [x] UNITED STATES DISTRICT COURT
- [ ] STATE CIRCUIT COURT
- [ ] UNITED STATES SUPREME COURT
- [ ] GRAND JURY

RN Bailey,
Would you Please
Screen this Inmate
And refer to sickcall

ation: Institution/Parole Region     Log No.             Category
1. SQ                1. 05-841                8
2. _____           2. _____

as a significant adverse affect upon you. With the exception of Serious CDC 115s, classification
ntative decisions, you must first informally seek relief through discussion with the appropriate staff
ion was taken. If you are not then satisfied, you may send your appeal with all the supporting
~~~~~ comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken
for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| DUARTE, ERIC | T-24814 | AD-SEG | 1-C-32 |

A. Describe Problem: I HAVE SENT PRIOR HEALTH CARE SERVICE REQUEST FORMS.
I HAVE HAD NO RESPONSE. I HAVE A FRACTURE IN MY (L) FOOT
(mid diaphysis OF THE 5TH METATARSAL) (VERIFICATION OF THIS IS
Found in my CDC-medical file) + see Radiographic REPORT OF 01/03/
05. I AM STILL in EXTREME PAIN and discomfort + swelling.

If you need more space, attach one additional sheet.

B. Action Requested: TO BE SEEN By A physician AT once   2) TO RECEIVE CARE
And TREATMENT on my BROKEN/injured FOOT (As described Above).
3.) TO BE SEEN By an orthopedic physician/SURGEON.

Inmate/Parolee Signature: Eric L Duarte          Date Submitted: 2-28-05

C. INFORMAL LEVEL (Date Received: _____)
Staff Response: You must submitt a sick call request.
Be Screened by the Registered Nurse who
will determined if Medically Necessary for
you to be referred to the doctor.

Staff Signature: M Mulcuffey —— (Smr)        Date Returned to Inmate: 4-1-05

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and
submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.
I AM dissatisfied By THE REVIEWERS ANSWERS FOR I HAVE
submitted THE PROPER HEALTH CARE SERVICE REQUEST FORMS. AND I HAVE
YET TO BE SEEN OR TREATED! I ASK FOR MY ORIGINAL REQUEST IN
SECTION "B" TO BE GRANTED.

Signature: Eric L Duarte          Date Submitted: 4/11/05
Note: Property/Funds appeals must be accompanied by a completed          CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

APR 13 REC'D

PLAINTIFF 001

# EXHIBIT
# COVER PAGE



**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

Duarte.00001B - X-RAY FilM OF (L) FOOT

## NUMBER OF PAGES TO THIS EXHIBIT: ____1____ PAGES

## JURISDICTION: (CHECK ONLY ONE)

☐ MUNICIPAL COURT

☐ SUPERIOR COURT

☐ APPELLATE COURT

☐ STATE SUPREME COURT

☒ UNITED STATES DISTRICT COURT

☐ STATE CIRCUIT COURT

☐ UNITED STATES SUPREME COURT

☐ GRAND JURY

**STATE OF CALIFORNIA**                    **COUNTY OF MONTEREY**

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC 1746)

I, Eric C. Duarte declare under penalty of perjury that: I am the Plaintiff in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 17th day of January , 20 08 , at Salinas Valley State Prison, Soledad, CA 93960-1050.

(Signature) _Eric Duarte_

DECLARANT/PRISONER

- - - - - - - - - - - - - - - - - - - - - - - - -

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, Gerry Williams , am a resident of California State Prison, I the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, CA 93960-1050.

On January 17th , 2008 , I served the foregoing: Plaintiff Eric C.Duarte's

Opposition to defendant's motion for summary Judgment

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, CA 93960-1050.

Neysa A. Fligor,Deputy County Counsel

70 West Hedding,East Wing,Ninth Floor

San Jose,California 95110-1770

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 17th , 2008

_Gerry Williams_

DECLARANT/PRISONER