ANN MILLER RAVEL, County Counsel (S.B. #62139)
KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
OFFICER MARTYN BEVAN AND
OFFICER HARPREET GILL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| ERIC DUARTE, | No.  C 05-01374 JF |
| Plaintiff, | **DEFENDANTS' NOTICE OF REASSIGNMENT** |
| v. | |
| LAURA SMITH SHERIFF OF SANTA CLARA COUNTY, et al. | |
| Defendants. | |

TO PRO PER PLAINTIFF:

   Notice is hereby given that Deputy County Counsel Kevin M. Hammon has been assigned to represent Defendants Officer Martyn Bevan and Officer Harpreet Gill in the defense of the above-entitled action.

//

//

//

//

//

//

//

1  All future pleadings and communications previously addressed to Deputy County Counsel Neysa Fligor should be addressed to Deputy County Counsel Kevin M. Hammon.

Dated: February 29, 2008

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____
KEVIN M. HAMMON
Deputy County Counsel

Attorneys for Defendants
OFFICER MARTYN BEVAN
AND OFFICER HARPREET GILL