ANN MILLER RAVEL, County Counsel (S.B. #62139)
KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
OFFICER MARTYN BEVAN AND
OFFICER HARPREET GILL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| ERIC DUARTE,              ) | No.  C 05-01374 JF |
|                           ) | |
|     Plaintiff,            ) | **DEFENDANTS' NOTICE OF** |
|                           ) | **REASSIGNMENT** |
| v.                        ) | |
|                           ) | |
| LAURA SMITH SHERIFF OF SANTA ) | |
| CLARA COUNTY, et al.      ) | |
|                           ) | |
|     Defendants.           ) | |
|_____) | |

TO PRO PER PLAINTIFF:

   Notice is hereby given that Deputy County Counsel Kevin M. Hammon has been assigned to represent Defendants Officer Martyn Bevan and Officer Harpreet Gill in the defense of the above-entitled action.

//

//

//

//

//

//

//

1  All future pleadings and communications previously addressed to Deputy County Counsel
2  Neysa Fligor should be addressed to Deputy County Counsel Kevin M. Hammon.

3  Dated:  February 29, 2008                    Respectfully submitted,

4                                                ANN MILLER RAVEL
                                                 County Counsel

6                                     By:        /S/
                                                 KEVIN M. HAMMON
7                                                Deputy County Counsel

8                                                Attorneys for Defendants
                                                 OFFICER MARTYN BEVAN
9                                                AND OFFICER HARPREET GILL