NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DUARTE, <br>     Plaintiff, <br> vs. <br> LAURIE SMITH SHERIFF OF SANTA CLARA COUNTY, et. al., <br>     Defendants. | No. C 05-1374 JF (PR) <br><br> ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT <br><br> (Docket No. 72) |

Plaintiff's motion for an extension of time to file an opposition (Docket No. 72) to Defendants' motion for summary judgment is DENIED as moot. The opposition filed January 18, 2008 was timely filed in accordance with the briefing schedule set forth in the Court's order of service.

This order terminates Docket No. 72.

IT IS SO ORDERED.

DATED: 6/24/08

JEREMY FOGEL
United States District Judge

Order Denying Motion for Ext. Of Time
P:\PRO-SE\SJ.JF\CR.05\Duarte374_eot-oppo.wpd