```
ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
OFFICER MARTYN BEVAN
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| ERIC DUARTE,<br><br>    Plaintiff,<br><br>v.<br><br>LAURA SMITH SHERIFF OF SANTA CLARA COUNTY, et al.,<br><br>    Defendants. | No.   C 05-01374 JF<br><br>**NOTICE OF REASSIGNMENT OF COUNSEL** |

TO PRO SE PLAINTIFF ERIC DUARTE:

Notice is hereby given that Deputy County Counsel Marcy L. Berkman has been assigned to represent Defendant Officer Martyn Bevan in the defense of the above-entitled action.

All future pleadings and communications previously addressed to Deputy County Counsel Kevin M. Hammon should be addressed to Deputy County Counsel Marcy L. Berkman.

Dated: July 17, 2008

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By:     /S/
MARCY L. BERKMAN
Deputy County Counsel

Attorneys for Defendant
OFFICER MARTYN BEVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

*Duarte v. County of Santa Clara, et al.*   No. C 05-01374 JF

I, Anna Marie B. Espiritu, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **NOTICE OF REASSIGNMENT OF COUNSEL,** by placing said copy in an envelope addressed to:

Eric Duarte, T-24814
Salinas Valley State Prison
Facility A4-235-L
P.O. Box 1050
Soledad, California 93960-1060

which envelope was then sealed, with postage fully prepaid thereon, on **July 17, 2008,** and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **July 17, 2008,** at San Jose, California.

_____
Anna Marie B. Espiritu

135014.wpd