ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
OFFICER MARTYN BEVAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| ERIC DUARTE, | No. C 05-01374 JF |
| Plaintiff, | **DECLARATION OF MARCY L. BERKMAN IN SUPPORT OF AMENDED MOTION FOR SUMMARY JUDGMENT OF DEFENDANT OFFICER MARTYN BEVAN** |
| v. | |
| LAURA SMITH SHERIFF OF SANTA CLARA COUNTY, et al., | Judge: Honorable Jeremy Fogel |
| | Courtroom 3, 5th Floor |
| | Hearing Date: Not Applicable |
| Defendants. | |

I, Marcy L. Berkman, declare as follows:

1.      I am a Deputy County Counsel in the Office of the Santa Clara County Counsel and counsel of record for the County in this action.  I am a member in good standing of the state bar, duly licensed to practice before this Court and all courts in the State of California.  The facts set forth below are true of my own personal knowledge and if called upon to do so I could and would testify competently thereto.

2.      For the convenience of the Court in reviewing the County's summary judgment motion, attached hereto as **Exhibit 1** is a true and correct copy of the Carmen Gonzalez Affidavit previously filed on September 6, 2006 as Docket Item 30.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Chyorny Affidavit previously filed on December 21, 2007 as docket Item 70.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of the Beliveau Affidavit previously filed on February 4, 2008 as Docket Item 77.

I declare, under penalty of perjury under the laws of the State of California and the United States, that the foregoing is true and correct.

Executed on this 17th day of July 2008, in San Jose, California.

/S/
Marcy L. Berkman

135279.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

**EXHIBIT 1**

1     ANN MILLER RAVEL, County Counsel (S.B. #62139)
     NEYSA A. FLIGOR, Deputy County Counsel (S.B. #215876)
2     OFFICE OF THE COUNTY COUNSEL
     70 West Hedding, East Wing, Ninth Floor
3     San Jose, California 95110-1770
     Telephone: (408) 299-5900
4     Facsimile: (408) 292-7240

5

6     Attorneys for Defendants
     SHERIFF LAURIE SMITH and
7     CAPTAIN TOBY WONG

8                 UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | ERIC DUARTE, | No.    C05-1374 CW (PR) |
| 12 | Plaintiff, | **AFFIDAVIT OF CARMEN GONZALEZ TO AUTHENTICATE PLAINTIFF'S MEDICAL RECORDS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| 13 | v. | |
| 14 | | |
| 15 | LAURA SMITH SHERIFF OF SANTA CLARA COUNTY, et al. | Date:    October 27, 2006<br>Time:    10:00 a.m. |
| 16 | Defendants. | Crtrm.:   2, 4th Floor<br>Judge:    Honorable Claudia Wilken |
| 17 | | Date of First Filing: April 5, 2005<br>Trial Date: N/A |

18       I, CARMEN GONZALEZ, declare as follows:

19       1. I have personal knowledge of all matters stated herein and, if called upon to do so, I

20 could and would testify competently thereto. I make this Affidavit to authenticate the attached

21 copies of Plaintiff Eric Duarte's medical records attached hereto as Exhibits A through I.

22       2. I am employed by the Santa Clara Valley Medical Center as a Health Information

23 Technician I in the Adult Custody Health Services section ("ACHS"), and have worked in that

24 capacity at the Santa Clara County Department of Correction ("DOC") from March 22, 1999, to

25 the present. ACHS provides all health care services to DOC inmates during the period of their

26 incarceration. All records of ACHS health care services provided to each inmate are collected

27 and kept in the inmate's medical file.

28       3. My responsibilities as a Health Information Technician for ACHS include my role as

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Carmen Gonzalez to Authenticate Medical
Records Submitted in Support of Summary Judgment      1      C05-1374 CW

1   the duly authorized custodian of records for all inmate medical files. In that role I ensure that

2   inmate medical files that are subpoenaed in connection with lawsuits, or otherwise requested by

3   outside agencies, are copied accurately and completely. All copies of inmate medical files and

4   other records are submitted under my supervision and are accompanied by my signed, sworn

5   statement that the copies are true and correct.

6       4. It is the policy of ACHS that every aspect of staff-initiated inmate medical care is to be

7   documented in the normal course of business, in the form of records prepared by ACHS medical

8   staff at or soon after the time of the events reflected in the records, and that all such records are

9   to be promptly collected and filed in the inmate's medical file. These records include, but are

10  not limited to, history notes and physicians' orders made in conjunction with all inmate medical

11  appointments, notations by nurses, lab reports, x-ray films, and medication records.

12      5. It is also the policy of ACHS that all inmate requests for medical attention shall be

13  submitted in writing, on forms referred to as "White Cards." It is also ACHS policy that all

14  White Cards and all health-related grievance forms completed by inmates are to be promptly

15  collected and filed in the inmate's medical file, along with all ACHS and DOC administration

16  responses to those White Cards and grievances.

17      6. I have reviewed the medical chart of former inmate Eric Duarte, PFN no. CCI 496,

18  DOB June 5, 1967 ("Plaintiff") that was maintained during his subject incarceration at DOC and

19  was kept in the normal course of business. I have reviewed and compared the copies of the

20  medical records listed below to the originals of those records in Plaintiff's DOC medical chart

21  and I have verified that the copies are true and correct. These records are referred to by the

22  same Exhibit numbers as those in the accompanying Affidavit of Dr. Alexander Chyorny.

23      Exhibit A: "Inmate Injury Report" dated October 27, 2004.

24      Exhibit B: "History Sheet and Progress Notes" dated October 27, 2004.

25      Exhibit C: "History Sheet and Progress Notes" dated October 14, 2004.

26      Exhibit D: "Medication Administration Record" dated October/November 2004.

27      Exhibit E: Santa Clara Valley Medical Center medical chart dated October 28, 2004.

28      Exhibit F: "History Sheet and Progress Notes" dated November 3, 2004.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Carmen Gonzalez to Authenticate Medical
Records Submitted in Support of Summary Judgment    2                    C05-1374 CW

1    Exhibit G: Santa Clara Valley Medical Center medical chart dated November 4, 2004.

2    Exhibit H: "History Sheet and Progress Notes" dated November 5, 2004.

3    Exhibit I: "History Sheet and Progress Notes" dated December 6, 2004.

4    I declare under penalty of perjury under the laws of the State of California that the

5    foregoing is true and correct.  Executed on August 4, 2006, at San Jose, California.

6

7    *Carmen Gonzalez.*

8    CARMEN GONZALEZ

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    S:\Interns\Bakowski\Duarte\MSF Aff C. Gonzalez.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Carmen Gonzalez to Authenticate Medical
Records Submitted in Support of Summary Judgment        3              C05-1374 CW

SANTA CLARA COUNTY
INMATE INJURY REPORT

Date: 10/25/04

DATE OCCURRED: 10/27/04    TIME OCCURRED: 2130    DAY OF WEEK: WED    TEAM: D

NAME: DUARTE, ERIC    M/F: M    AGE: 37    RACE: H    CEN: 0346674

[ ] MEDICAL

LOCATION WHERE INCIDENT OCCURRED
(Please Check Box and Fill In Where Appropriate)

[X] FACILITY: M.J.S    LOCATION: SUN DECK    BKG INTAKE:
[ ] IN COURT
[ ] DURING TRANSPORTATION
[ ] OTHER:

ASSIGNED HOUSING PRIOR TO INCIDENT: FACILITY:    LOCATION:

DID INJURY OCCUR WHILE ON INMATE WORK CREW?    [ ] YES    [X] NO

INJURY CATEGORY:    [ ] INMATE VS INMATE    [ ] SINGLE INMATE
INMATE INVOLVED:    [ ] INMATE VS BADGE-PERSONNEL    [ ] INJURY CAUSED BY EQUIPMENT/TOOLS
INMATE INVOLVED:    [ ] INMATE VS CIVILIAN PERSONNEL    [ ] EXCERCISE INJURY

EXTENT OF INJURIES:    [X] MINOR    [ ] MODERATE    [ ] MAJOR    [ ] OTHER:
[ ] DEATH

HOW DID INJURY OCCUR?
[ ] MUTUAL COMBAT    [X] ACCIDENTAL
[ ] ASSAULT    [ ] ATTEMPTED SUICIDE    [ ] SELF INFLICTED
[ ] SEXUAL ASSAULT    [ ] ASSAULT W/WEAPON - DESCRIBE    [ ] SUICIDE

NARRATIVE: On 10/27/04, I was assigned to park at main jail south as roof. At approximately 2130 hrs...

INJURED BODY PART:    [ ] HEAD/FACE    [ ] BODY/TRUNK    [X] LEGS/FEET    [ ] ARMS/HANDS

TYPE OF INJURY:    [ ] ABRASION    [ ] BRUISE    [ ] FRACTURE    [ ] INTERNAL INJURY
DESCRIBE INJURY:    [ ] LACERATION    [ ] SPRAIN    [ ] STRAIN    [ ] OTHER:

TREATMENT PROVIDED:    [ ] NONE    [X] MED STAFF    [ ] VMC    [ ] REFUSED

WITNESSES, AND SUSPECTS (If Suspect, Include Age/Race)

| | NAME | HOUSING | CEN/I.D. # | WIT. | SUSP. | AGE | RACE |
|---|---|---|---|---|---|---|---|
| #1. | CASAREZ, MELECHO (W) | 317 E MAX | ██████ | ✓ | | 30 | H |
| #2. | | | | | | | |
| #3. | | | | | | | |
| #4. | | | | | | | |

**CONFIDENTIAL**
**DO NOT DUPLICATE**

FOLLOW UP NEEDED:    [ ] YES    [ ] NO    INCIDENT REPORT NUMBER: 04-19547

| | NAME | BADGE / I.D. NUMBER | REPORT YES/NO | INJURED* YES/NO |
|---|---|---|---|---|
| REPORTING OFFICER: | GILL | 2528 | Yes | NO |
| ASSISTING OFFICERS: | | | | |
| CIVILIAN EMPLOYEES: | MYRNA | Med Staff | NO | NO |

APPROVAL ********** CUSTODY OPERATIONS BUREAU USE **********

SERGEANT: Sgt. Palomino #1594    DATA ENTRY COMPLETED: [ ] YES    [ ] NO

DIVISION COMMANDER:    DATA ENTRY OPERATOR:

*ATTENTION DIVISION ADMINISTRATION: If Employee Injured, submit a copy of "Supervisors First Report of Industrial Injury/Illness", to Custody Operations Bureau.

DISTRIBUTION:   WHITE-DIVISION COMDR    CANARY-CUSTODY OPS BUREAU    PINK-INMATE CLASSIF JACKET    9/88    FT6 / 440.10

8936 REV 10/89

**EXHIBIT A**

Duarte00161

County of Santa Clara          **EMPLOYEE'S REPORT** IR# 04-19547          PAGE     OF

| TO: (RANK, NAME, DIVISION) | LOCATION OF OCCURRENCE: |
|---|---|
| Capt T. Wong   Main Jail North | Main Jail South/ Sundeck |

| SUBJECT: (If not listed below) | DATE AND TIME OCCURRED: |
|---|---|
| Inmate Injury | 10/27/04 @ 2130hrs. |

| | | | |
|---|---|---|---|
| ☐ USE OF FORCE | ☐ MEDICAL EMERGENCY | ☐ USE OF RESTRAINT ROOM | ☐ SECURITY CELL SEARCH | ☐ REHOUSING COMPLETED | ☐ VIDEO TAKEN BY |
| ☐ SAFETY CELL# | ☒ FORCED MEDICATION | ☐ INMATE MUTUAL COMBAT | ☐ INFRACTION ISSUED | | ☐ VIDEO REVIEWED BY |
| ☐ CHEMICAL AGENTS / LESS THAN LETHAL MUNITIONS (If used explain in body of report) | | ☐ (OTHER) | | |

| P.L.E.O.: | OFFICER: | Gill # 2528 | ☒ ORIGINAL REPORT | ☐ CRIME REPORT | ☐ SUPR. REPORT | ☒ INJURY REPORT | ☐ OBSERVATION LOG |
|---|---|---|---|---|---|---|---|
| List additional Officers in body of report. | OFFICER: | | | | | | |
| | OFFICER: | | | | | | |
| | OFFICER: | | | | | | |

| DOCTOR/NURSE: | Nurse Myrna | |
|---|---|---|
| INMATE INVOLVED: | Duarte, Eric | |
| INMATE INVOLVED: | | BOOKING# 03016674. |
| | | BOOKING# |
| Crime report # | N/A | Charges |
| ATTACHMENTS: | Inmate Injury Report. | |

**NARRATIVE:**    On 10/27/04, I was assigned to work at Main Jail South as Deck Patrol 1. At approximately 2105 hrs I pulled Inmate Duarte # 03016674 and his room mate Casarez #▮▮▮▮▮ for their scheduled yard time.

At approximately 2130 hrs Inmate Duarte informed me that he injured his left foot while playing handball. I secured Inmate Duarte and Casarez and brought them back to their cell. I then informed nurse Myrna of the injury. At 2230 hrs Nurse Myrna examined Inmate Duarte and provided him with and ice pack to get the swelling down. As per nurse Myrna Inmate Duarte will have an x-ray done to his left foot.

END OF REPORT

*Recently sentenced to 460 yrs — Security Risk if transported to VMC!*

**CONFIDENTIAL**
**DO NOT DUPLICATE**

Continue Narrative on reverse side

| INJURIES TO STAFF OR INMATE | N/A | | | |
|---|---|---|---|---|
| CONTROL AND SGT. | Csabanyi | BADGE # | 1594 | WERE NOTIFIED. |
| (SAFETY CELL ONLY) | TIME IN | OUT | (Safety cell / Use of force = copy to Classification) |
| CLOTHING / PROPERTY (IF ANY) PLACED | | | BY | |
| Copies sent to: | CLASSIFICATION | | | |

| SUPERVISOR APPROVING: | BADGE | EMPLOYEES SIGNATURE | DATE/HOUR 10/27/04 2200hr |
|---|---|---|---|
| Sgt Csabanyi | 1594 | Gill # 2528 | |

Duarte00162





**SANTA CLARA VALLEY MEDICAL CENTER**
751 SOUTH BASCOM AVENUE
SAN JOSE, CALIFORNIA 95128

*Duarte, Eric*
*CCI 496*
*0.6/05/67*

## HISTORY SHEET AND PROGRESS NOTES

| DATE | TIME | |
|------|------|---|
| | | |

MAIN JAIL MEDICAL

OCT 1 5 2004

10/27/04 2220  S- Called by C.O : I/M went for a pid handball + injured on L foot -
O- (L) 5th toe slightly reddened, c/o pain + inability to move (L) 5th toe, slightly swollen, VS 128/80 - 88 - 20 - warm to touch
A- Sprain vs Fx.
P- Referred to Alice Abrahamy needs to go to ER - Started to have it X-ray in AM. Inst I/M to keep leg elevated + Ice to (L) foot x24°. — will endorse to NOC. — Ju

10/28/04 1445  S-e O. Xray of foot shows 5th Metatarsal fracture. Xray seen by Dr Nguyen. Paper work given to DOC for taking to Valle ER by cecle I. South Central Surgent stated he will be taken in for. Per Xray tech the xray can't be given to go with pt. He said he will later it to ER at 4pm. — C hh.

10/29/04 09:00  (L) foot in splint. Using wheelchair, 2B rehearsal sent ——

709 REV 1/99

Disposition: Medical Chart - Perm                    SCVMC 6903-19



Duarte00052

| DATE | TIME | *Med renewal* |
|------|------|------|

MAIN JAIL MEDICAL
OCT 04 2004

10/14/04  0145  S: "I was playing handball and the ball came I spread my leg out to swing & I got this awful pain and had burning in my groin and down my leg. It felt like I tore something loose. Now I can hardly lift my leg and it really hurt."

O: lying down, palpated (R) groin area – unable to ascertain whether hernia or not – instructed to not play handball for now + to rest lying flat.

A: possible (R) inguinal hernia

P: MD appt. for AM _____ *Skora*

10/14/04  0840

S) Playing handball last night & felt a tearing pain (R) side groin. Considered more 3° pain. Allergic to PCN. Meds: Wellbutrin Neurontin No hx PUD

O) 37 y.o. (A?) → wheelchair, able to get up & down (R) groin – no edema, erythema [off exam table w/ minimal discomfort] ecchymosis or spasm. Mild TTP.

Genit – Testis LL Ø masses. No inguinal masses. No scrotal masses.

A) 1. (R) groin strain

P) 1. Motrin 800g bid pru x 1mn

2. RTC

3. No exercise, strenuous activity, rest

4. No need for wheelchair

A. Chyorny, M.D.
AC 11/3/04

Duarte00051

EXHIBIT C



SANTA CLARA VALLEY MEDICAL CENTER

MEDICATION ADMINISTRATION RECORD

SCVMC 8959-9

Month Oct/Nov   Year 2004

Motrin 800 mg   TID   PRN
x 2 wks

Start 10/14/04   Stop 10-28-04

C = Court   TSO = Temporary Signed Out   S = Med to Court/Clinic   SA = Self Administered   R = Refused   NA = Not Available   L = Lockdown   N = No show

Allergies  P.C.N.

Diagnosis  grand stroke

Aka Name Alert

DOB 6-5-67   PFN _____ CCI 496

Housing 3 I/E   Name Duarte, Eric

EXHIBIT D

Duarte00120

10/28/04
Santa Clara Valley Medical Center — Emergency Dept
751 S Bascom Ave, San Jose, CA 95128 — (408) 885-6900
Patient: Duarte, Eric C C
Arrival: 10/28/2004 1657
Med Rcrd: 00717859
Pt Acnt: 201186822

## Clinical Documentation (Addendum)

Patient: Duarte, Eric C C
Age/DOB: 6/5/1967          Age: 37yr      Sex: M          Arrival: 10/28/2004 1657
Med Rcrd: 00717859
Pt Acnt: 201186822
SS #: 560593461

## MD Chart

(-) = absent, (+) = present, (?) = unknown, (_) = not evaluated

**Nix, David Md  Created: 10/28/2004 1801  Last Entry: 1812**

**PHYSICIAN H&P**

HPI: Yesterday, while playing handball, pt suffered inversion injury of L foot with pain at lateral forefoot. Swelling and continued pain ON. Seen at infirmary at jail, told he had a fracture and sent to VMC without films. Has been ambulatory on foot with moderate to severe pain. No other trauma. No lacerations.
Last Tetanus: UTD.

ROS: (-)neck pain, (-)chest pain, (-)abdominal pain, (-)LOC, (-)headache

PMH: no relevant PMH.

**PHYSICAL EXAM:**

GENERAL APPEARANCE: alert, cooperative, mild obvious discomfort.
VITALS: WNL.
EXTREMITIES: good pulse in injured extremity, affected area on extremity has no erythema, mild-moderate swelling over dorsum to lateral foot, severe tenderness to palpation on lateral edge and no abrasions\lacerations. Motor/sensation over all 5 toes intact.
SKIN: warm, dry, good color.
NEURO: motor intact and sensory intact in injured extremity.
MENTAL STATUS: speech clear, oriented X 3, responds appropriately to questions.

**DIFFERENTIAL Dx:**

**DATA REVIEWED:** L Foot 3-View: oblique fracture of distal 1/3 of 5th metatarsal, distal fragment displaced mediall approx 25% in AP view. Extra-articular.

**MD NOTE:**

**Nix, David Md  Created: 10/28/2004 1801  Last Entry: 1803**

MD Note:

PMH: no relevant PMH.

**Garrett, Brendan M.D.  Created: 10/28/2004 1836  Last Entry: 1838**

MD Note: I have personally interviewed and examined the patient. I discussed the findings, interventions and diagnostic testing with Nix, David Md. I agree with the findings as presented with exceptions in our respective documentation. 04X 37 yo man with handball injury last night in

**Garrett, Brendan M.D.  Created: 10/28/2004 1842  Last Entry: 1844**

Interrupted while documenting, playing in the jail and injured his L foot, has been walking on it, xray shows MT 5 shaft fx spiral.

**Nix, David Md  Created: 10/28/2004 1846  Last Entry: 1847**

MD Note: D/W Dr Ray Oshtoy, Ortho consult resident-> Place pt in hard walking shoe, WBAT with crutches as needed. F/U Red ortho next Thurs at 10 a.m. Will dispo with vicodin, motrin, and RICE precautions.

MD Sgntr: Garrett, Brendan M.D. 10/28/2004/1910          ED MD ID: 015784    ED MD Code: 57

MD Signature: _____                                MD ED ID #: _____

Consult Service(s): **Phone Only, Orthopedics**

EXHIBIT E                          Duarte 000075

| RADIAL MEDICAL | 96² 100/74 48 |
|---|---|
| NOV 0 3 2004 | |

11/3/04
0385es

S. Seen for fracture of left foot — by x-ray - refused casting - didnt want to be rehouse. This MD encouraged inmate to comply ō VMC ortho to reduce loss of R.O.M., + to reduce risk of arthritis

O BP
Lt foot ecchymosis over middle 3 toes, good cap refill, toes warm

A s/p fracture of Lt foot
Noncompliance

P ortho VMC to see tomorrow

*[signature]*

11/4/04

S "MY SCALP is inflammed, sore, scabs, itches and hurts x3 wks."
O- white, card found c̄ down, sleeping, refused to get up for assessment on ō med allergic to pcn.
A- Alt skin integ
P- chart *[signature]*

EXHIBIT F      Duarte00053

Santa Clara Valley Med Center
751 S. Bascom Ave.
San Jose, CA 95128

## Outpatient Department
### Orthopedic Clinic Progress Notes DRAFT

DATE/TIME:

Language Spoken:
New ( ) Established ( )    Worker's Comp ( )
PBP _____ T _____ P _____ R _____

**ORTHOPEDICS**

NOV 14 2005

Reason for Visit: _____

Signature/Title of person obtaining information: _____

### History and Physical Exam:

DAVID SOHN M.D.
051 2276

37 yo    1 wk s ago

fell   twisted, (L)

foot   pain outside

of foot

**X-Ray / Fluoroscan Findings:** fract (L) 5th MT shft
& arthly/talus per nml

**Procedure Note:** Midshaft oblique 5th MT fx

**Impression / Diagnosis:**

**Plan / Prescriptions:** (L) 5th MT fx — acceptable alligned
wear hard sole shoe x 5 wks.
f/u prn

**Physical Therapy:**

**Disability:** No ( ) Yes ( ) Until: _____    **Pt instructed and verbalizes understanding:** Yes ( ) No ( )

I have reviewed and discussed the above Hx, PE, findings, and plan with Dr. _____, who concurs.
Attending M.D. comments:
(Attending)

Provider Name/VMC # _____    Signature/Title: _____
Attending MD/VMC # _____    Signature/Title: _____

# EXHIBIT G

Duarte 0078




**SANTA CLARA VALLEY MEDICAL CENTER**
751 SOUTH BASCOM AVENUE
SAN JOSE, CALIFORNIA 95128

Duarte, Eric
6-5-67
CCI 496

## HISTORY SHEET AND PROGRESS NOTES

| DATE | TIME | |
|------|------|---|
| MAIN JAIL MEDICAL NOV 0 5 2004 | 1500 | Ortho<br><br>s) Fracture 5th metatarsal ① foot.<br>Presently in fracture shoe,<br>o) xray - minimal displacement of fracture —<br>a) Fracture ① 5th metatarsal<br>p) continue to wear fracture shoe<br>moth — |
| 11/30/04 | 11.10am | YMD<br>Pt. stays doing ok c̄ 4 mos. Mood - fair overall<br>No recent mood swings. Denis voices & paranoia.<br>⊖ fx/tts today. Wants to continue c̄ current 4 mos.<br>A/P continue 4 mos<br>RTC 10 mos<br>21089 |
| 12/15/04 | | Seen per ortho on 11-5-04. S/P 5th<br>metatarsal ① foot fx on 10-14-04. Wearing<br>fx shoe, taking Motrin for pain. Ambulatory<br>c̄ steady gait.<br>P. Chart ✓ to ortho for poss. rehousing if o<br>ok to climb stairs & if he needs ortho appt / eval. |

709 REV 1/99

Disposition: Medical Chart - Perm

SCVMC 6903-19

# EXHIBIT H

Duarte00054

| DATE | TIME | |
|------|------|---|
| 6 Dec 04 | | Ortho chart Check: |
| | 1300 | He can be housed in general population. |
| | | Brown |
| 12·23·04 | 1745 | Crisis note re: referral from DOC |
| | | — I/m received sentence of 160 years. |
| | 3176 MAX | S: "I was finagled." "Can you get me to some fresh air?" "I'm better than that." "I choose to live" |
| | | O: I/m alert, ox3, coherent. ⊖ S/I, ⊖ A/H, ⊖ V/H. Calm speech, appears to have some education/sophistication. Reports that he has spent many years in State and Federal Prisons. States that he is in no danger of self-harm — I/m does request time in open air as this assists him in coping. I/m on Welbutrin — wants it increased. However, may be transported to prison before he gets an appointment. |
| | | A: Dysphoric, coping with meds, has hx of depression, reports ⊖ S/I. |
| | | P. Start MHC, MH prn, request to advance VMD appt — Marilyn MFT |

EXHIBIT I

Duarte00055

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    **PROOF OF SERVICE BY MAIL**

4

5    *ERIC DUARTE v. LAURA SMITH SHERIFF OF COUNTY OF SANTA CLARA, et al.*

6    Case No.:  C05-1374 CW (PR)

7        I, Alexandra K. Weight, say:

8        I am now and at all times herein mentioned have been over the age of eighteen years,
     employed in Santa Clara County, California, and not a party to the within action or cause; that
9    my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-
     1770.  I am readily familiar with the County's business practice for collection and processing of
10   correspondence for mailing with the United States Postal Service.  I served a copy of the
     **AFFIDAVIT OF CARMEN GONZALEZ TO AUTHENTICATE PLAINTIFF'S**
11   **MEDICAL RECORDS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR**
     **SUMMARY JUDGMENT** by placing said copy in an envelope addressed to:
12
     Eric Duarte, T-24814
13   Salinas Valley State Prison
     Facility A-5-219-U
14   P.O. Box 1050
     Soledad, California 93960-1060
15

16   which envelope was then sealed, with postage fully prepaid thereon, on **September 6, 2006,**
     and placed for collection and mailing at my place of business following ordinary business
17   practices.  Said correspondence will be deposited with the United States Postal Service at San
     Jose, California, on the above-referenced date in the ordinary course of business; there is
18   delivery Service by United States mail at the place so addressed.

19        I declare under penalty of perjury under the laws of the State of California that the
     foregoing is true and correct, and that this declaration was executed on **September 6, 2006,** at
20   San Jose, California.

21

22                                    _Alexandra K. Weight_
23                                    Alexandra K. Weight

24

25

26

27

28   51414.wpd

**EXHIBIT 2**

1 | ANN MILLER RAVEL, County Counsel (S.B. #62139)
NEYSA A. FLIGOR, Deputy County Counsel (S.B. #215876)
2 | OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, Ninth Floor
3 | San Jose, California 95110-1770
Telephone: (408) 299-5900
4 | Facsimile: (408) 292-7240

5 | Attorneys for Defendants
OFFICER MARTYN BEVAN AND
6 | OFFICER HARPREET GILL

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | (SAN JOSE)

11

12 | ERIC DUARTE,                          )    No.   C 05-01374 JF
                                         )
13 |        Plaintiff,                     )    **AFFIDAVIT OF ALEXANDER CHYORNY,**
                                         )    **M.D. IN SUPPORT OF DEFENDANTS'**
14 |                                      )    **MOTION FOR SUMMARY JUDGMENT**
      v.                                 )
15 |                                      )    Judge: Honorable Jeremy Fogel
                                         )    Courtroom 3, 5th Floor
16 | LAURA SMITH SHERIFF OF SANTA          )    Hearing Date: Not Applicable
      CLARA COUNTY, et al.                )
17 |                                      )
            Defendants.                   )
18 |  _____ )

19 |        I, ALEXANDER CHYORNY, M.D., declare as follows:

20 |        1.    I have personal knowledge of all the matters stated herein and could testify truthfully

21 | thereto if called to testify.

22 |        2.    I have been employed by the Santa Clara Valley Health and Hospital System as a

23 | physician for about five and a half years. I have held my current position as Medical Director

24 | of Adult Custody Health Services ("ACHS") since March 14, 2005. I was named Acting

25 | Medical Director of ACHS in January 2004. Prior to that position, my employment was as a

26 | contractor for one and one-half years. My medical specialty is internal medicine. I graduated

27 | from the University of California-Davis Medical School in 1999 and my residency was at Santa

28 | Clara Valley Medical Center ("VMC") from 1999 to 2002. In addition to my duties at ACHS, I

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Alexander Chyorny, M.D. in Support
of Defendants' Motion for Summary Judgment          1          C 05-01374 JF

1    also work at VMC's Intensive Care Unit, and I currently hold an appointment as a clinical

2    instructor at Stanford Medical School. My job duties at ACHS include providing primary

3    health care and internal medicine consultations for inmates at the three ACHS clinics within the

4    Department of Correction at the Main Jail, the Elmwood Correctional Facility, and the

5    Correctional Complex for Women.

6        3.    I have reviewed the medical records of inmate Eric Duarte ("Plaintiff"). I am

7    familiar with the treatment he received for injuries he sustained while playing handball at

8    approximately 9:30 p.m. on October 27, 2004. I am also familiar with the medical treatment

9    Plaintiff received for other injuries he sustained while in custody at the Main Jail. Attached

10    hereto as "Exhibit A" is a copy of the "Inmate Injury Report" for Plaintiff's accident dated

11    October 27, 2004.

12        4.    Plaintiff's "Progress Notes" indicate that at approximately 10:10 p.m. on October 27,

13    2004, a nurse was called by correctional officers to attend to an injury to Plaintiff's left foot.

14    These notes show that the nurse assessed a possible fracture of Plaintiff's fifth left toe and

15    scheduled an x-ray for the first thing the next morning. Attached hereto as "Exhibit B" is a

16    copy of Plaintiff's "Progress Notes."

17        5.    Because the injury occurred late in the evening and the Main Jail does not provide

18    24-hour x-ray service, an immediate x-ray was not available. The nurse told Plaintiff to keep

19    his leg elevated and apply ice to ease the swelling. It is also standard practice for nurses to

20    administer over-the-counter pain relievers to inmates with minor injuries. *See* Exhibit B.

21        6.    Plaintiff had an outstanding prescription for Motrin, a pain reliever, from a previous

22    injury. Attached hereto as "Exhibit C" is a copy of Plaintiff's "Progress Notes" dated October

23    14, 2004.

24        7.    Plaintiff received three doses of Motrin on October 27, 2004. Attached hereto as

25    "Exhibit D" is a copy of Plaintiff's medication administration record.

26        8.    The following morning, Plaintiff was brought to the Main Jail infirmary for an x-ray.

27    The x-ray results, which were returned on the afternoon of October 28, 2004, suggested a

28    fracture in Plaintiff's fifth metatarsal, which is the bone on the outside of the foot that connects

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Alexander Chyorny, M.D. in Support
of Defendants' Motion for Summary Judgment      2          C 05-01374 JF

1    to the little toe. Following standard procedure, Plaintiff was referred to VMC for further care.

2    *See* Exhibit B, "10/28/04" entry.

3         9.   Plaintiff was taken to the VMC Emergency Department by 6 p.m. on the same day

4    his x-ray results were returned. Plaintiff was examined by Drs. Brendan Garrett and David Nix,

5    who consulted via telephone with Dr. Ray Oshtoy, an orthopedist. Plaintiff was diagnosed with

6    an oblique fracture of his fifth metatarsal and given a hard-sole shoe to wear. Plaintiff was also

7    given prescriptions for Vicodin and Motrin and instructed to keep his foot rested, iced, and

8    elevated. He was scheduled for a follow-up appointment for the following week. Attached

9    hereto as "Exhibit E" is a copy of Plaintiff's medical chart dated October 28, 2004.

10         10.   Upon re-entry to the Main Jail, Plaintiff was reassigned to a special medical housing

11    unit. Plaintiff's foot was braced, and he was using a wheelchair. *See* Exhibit B, "10/29/04"

12    entry.

13         11.   Less than one week later, Plaintiff was seen by Dr. J. Lukrich at the Main Jail

14    infirmary. Plaintiff's "Progress Notes" for this day indicate that Plaintiff was not fully

15    complying with the advice of his doctors. These notes state that Plaintiff "refused casting"

16    because he "didn't want to be rehouse[d]." Dr. Lukrich encouraged Plaintiff to follow the

17    instructions of the VMC orthopedists in order to ensure that he would regain full range of

18    motion and reduce his risk of arthritis. Attached hereto as "Exhibit F" is a copy of Plaintiff's

19    "Progress Notes" dated November 3, 2004.

20         12.   At approximately 10:21 a.m. the next day, Plaintiff was seen at the VMC Orthopedic

21    Clinic for a follow-up appointment. Plaintiff was treated by David Sohn, M.D. Dr. Sohn

22    reviewed the x-rays, determined that there was acceptable alignment, and told Plaintiff to wear

23    his hard-sole shoe for five weeks. Attached hereto as "Exhibit G" is a copy of Plaintiff's

24    "Progress Notes" dated November 4, 2004.

25         13.   The following day, Plaintiff was seen again by medical staff at the Main Jail

26    infirmary. An orthopedist reviewed Plaintiff's x-rays and determined there was minimal

27    displacement of his fracture. He told Plaintiff to continue to wear his hard-sole shoe and

28    prescribed Motrin for pain relief. Attached hereto as "Exhibit H" is a copy of Plaintiff's

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Alexander Chyorny, M.D. in Support
of Defendants' Motion for Summary Judgment     3                C 05-01374 JF

1    "Progress Notes" dated November 5, 2004.

2        14.    Between November 5 and December 5, 2004, the Infirmary did not receive any

3    requests for medical attention (known within the jail as "white cards") from Plaintiff related to

4    his foot injury.

5        15.    On December 5, Plaintiff's fracture was again checked by the Main Jail medical

6    staff. The progress notes show that Plaintiff was "ambulatory [with] a steady gait." *See* Exhibit

7    H, "12/05/04" entry.

8        16.    The following day, an orthopedist at the Main Jail reviewed Plaintiff's medical chart

9    and determined that Plaintiff could be housed with the general population. This reclassification

10    means that Plaintiff was no longer in need of crutches. Attached hereto as "Exhibit I" is a copy

11    of Plaintiff's "Progress Notes" dated December 6, 2004.

12        17.    After December 6, 2004, there are no further entries in Plaintiff's medical record

13    pertaining to his foot fracture.

14        18.    On October 28, 2004, VMC gave Plaintiff a hard sole shoe to wear in order for him

15    to walk on his injured foot. The hard sole shoe prevented the injured area from feeling the

16    impact of Plaintiff's weight by redistributing Plaintiff's weight to the rest of his foot.

17        19.    Wearing shackles would not have aggravated Plaintiff's injury or caused or added to

18    any pain Plaintiff may have been experiencing.

19        20.    Based on Plaintiff's injury, crutches were appropriate to assist him in walking. Also,

20    an individual with Plaintiff's injury would still be able to ambulate with crutches even when

21    wearing shackles.

22        21.    Having thoroughly reviewed Plaintiff's medical records, I can attest that he was

23    treated promptly and adequately for his foot injury. His x-rays were completed in a timely

24    manner and handled appropriately. Plaintiff was given appropriate follow-up care and proper

25    treatment at every stage of the process. There are no indications of undue delay, misdiagnosis,

26    or other anomalies to suggest that Plaintiff received anything other than the standard course of

27    treatment afforded inmates at the Main Jail. In my experience, his medical treatment was

28    comparable to that received by many private individuals with similar injuries who are treated at

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Alexander Chyorny, M.D. in Support
of Defendants' Motion for Summary Judgment          4          C 05-01374 JF

1    VMC.

2        22.   I am aware that Plaintiff has alleged that he received inadequate treatment for his

3    foot fracture on the evening of October 27, 2004.  However, in my opinion, the attending nurse

4    provided Plaintiff with reasonable and adequate medical care.  The typical treatment for foot

5    injuries awaiting an x-ray is rest, ice, compression, and elevation (RICE).  Unless there is a

6    physical deformity or major bone fracture apparent, a patient faces no appreciable risk of future

7    harm by delaying treatment for a period of 24 hours.

8        23.   In my opinion, patients who are able to bear weight or walk on their fractured foot

9    have relatively minor injuries.  Walking on a minor fracture does not aggravate the underlying

10    injury.  There is no evidence in Plaintiff's medical records to suggest that his foot fracture was

11    aggravated by his walking on it or by the treatment he received.  From my experience working

12    at VMC, I know it is common for patients with minor foot fractures to wait a day before seeing

13    a doctor.

14        I declare under penalty of perjury under the laws of the state of California that the

15    foregoing is true and correct and that this affidavit was executed in San Jose, California, on this

16    2 0   day of December 2007.

ALEXANDER CHYORNY, M.D.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

106672 wpd

SANTA CLARA COUNTY
INMATE INJURY REPORT                         Date: 10/27/04

DATE OCCURRED: 10/27/04   TIME OCCURRED: 2:30   DAY OF WEEK: WED   TEAM: D

NAME: DUARTE, ERIC   M/F: M   AGE: 37   RACE: H   CEN: 0301667Y
[ ] MEDICAL

LOCATION WHERE INCIDENT OCCURRED:
(Please Check Box and Fill in Where Appropriate)
[X] FACILITY: M/S        LOCATION: SUN DECK        BKG INTAKE:
[ ] IN COURT
[ ] DURING TRANSPORTATION
[ ] OTHER:

ASSIGNED HOUSING PRIOR TO INCIDENT: FACILITY:               LOCATION:

DID INJURY OCCUR WHILE ON INMATE WORK CREW  [ ] YES  [X] NO

INJURY CATEGORY:
[ ] INMATE VS INMATE              [ ] SINGLE INMATE
[ ] INMATE VS BADGE-PERSONNEL     [ ] INJURY CAUSED BY EQUIPMENT/TOOLS
[X] INMATE VS CIVILIAN PERSONNEL   [ ] EXERCISE INJURY
                                  [ ] OTHER
EXTENT OF INJURIES: [X] MINOR  [ ] MODERATE  [ ] MAJOR  [ ] DEATH

HOW DID INJURY OCCUR?
[ ] MUTUAL COMBAT   [X] ACCIDENTAL   [ ] SELF INFLICTED
[ ] ASSAULT   [ ] ATTEMPTED SUICIDE   [ ] SUICIDE
[ ] SEXUAL ASSAULT   [ ] ASSAULT W/WEAPON - DESCRIBE:

INJURED BODY PARTS: [ ] HEAD/FACE  [ ] BODY/TRUNK  [ ] LEGS/FEET  [ ] ARMS/HANDS

TYPE OF INJURY: [ ] ABRASION [ ] BRUISE [ ] FRACTURE [ ] INTERNAL INJURY
[ ] LACERATION [ ] SPRAIN [ ] STRAIN [ ] OTHER

TREATMENT PROVIDED: [ ] MED STAFF   [ ] VMC   [ ] REFUSED

WITNESSES, AND SUSPECTS (If Suspect, include Age/Race)

| NAME | HOUSING | CEN/I.D. # | WIT. | SUSP. | AGE | RACE |
|---|---|---|---|---|---|---|
| #1 CASAREZ, MELECIO (w) | B17 E MAX | ▓▓▓▓ | ✓ | | 30 | H |
| #2 | | | | | | |
| #3 | | | | | | |
| #4 | | | | | | |

**CONFIDENTIAL**
**DO NOT DUPLICATE**

FOLLOW UP NEEDED: [ ] YES  [ ] NO   INCIDENT REPORT NUMBER: 04-19547

| | NAME | BADGE / I.D. NUMBER | REPORT YES/NO | INJURED* YES/NO |
|---|---|---|---|---|
| REPORTING OFFICER: | GILL | 2528 | Yes | NO |
| ASSISTING OFFICERS: | | | | |
| | | | | |
| CIVILIAN EMPLOYEES: | MYRNA | Med Staff | NO | NO |

APPROVAL
SERGEANT: Sgt. [signature] #1594   DATA ENTRY COMPLETED: [ ] YES  [ ] NO
DIVISION COMMANDER: [signature]      DATA ENTRY OPERATOR:

*ATTENTION DIVISION ADMINISTRATION: If Employee injured, submit a copy of "Supervisors First Report of Industrial Injury/Illness", to Custody Operations Bureau.

DISTRIBUTION: WHITE-DIVISION CMDR   CANARY-CUSTODY OPS BUREAU   PINK-INMATE CLASSIF JACKET   9/88   FTG / 440.10

EXHIBIT A

Duarte00161

**County of Santa Clara** — EMPLOYEE'S REPORT IR# 04-19347 — PAGE OF

| TO: (RANK, NAME, DIVISION) Capt T. Wong   Main Jail North | LOCATION OF OCCURRENCE: Main Jail South, Sundeck |
|---|---|
| SUBJECT: *(if not listed below)* Inmate Injury | DATE AND TIME OCCURRED: 10/27/04 @ 2130hrs. |

- [ ] USE OF FORCE
- [ ] MEDICAL EMERGENCY
- [ ] USE OF RESTRAINT ROOM
- [ ] SECURITY CELL SEARCH
- [ ] REHOUSING COMPLETED
- [ ] VIDEO TAKEN BY
- [ ] SAFETY CELL
- [ ] FORCED MEDICATION
- [ ] INMATE MUTUAL COMBAT
- [ ] INFRACTION ISSUED
- [ ] VIDEO REVIEWED BY
- [ ] CHEMICAL AGENTS / LESS THAN LETHAL MUNITIONS (If used explain in body of report)
- [ ] (OTHER)

**P.L.E.O.:**
- OFFICER: Gill # 2528
- OFFICER:
- OFFICER:
- OFFICER:

[X] ORIGINAL REPORT  [ ] CRIME REPORT  [ ] SUPP. REPORT  [ ] INJURY REPORT  [ ] OBSERVATION LOG

DOCTOR/NURSE: Nurse Myrna

INMATE INVOLVED: Duarte, Eric          BOOKING# 03016674.

INMATE INVOLVED:                       BOOKING#

Crime report #   N/A          Charges

ATTACHMENTS:   Inmate Injury Report.

**NARRATIVE:**   On 10/27/04, I was assigned to work at Main Jail South as Deck Patrol 1. At approximately 2105 hrs I pulled inmate Duarte # 03016674 and his room mate Casarez # _____ for their scheduled yard time.

At approximately 2130 hrs Inmate Duarte informed me that he injured his left foot while playing handball. I secured Inmate Duarte and Casarez and brought them back to their cell. I then informed nurse Myrna of the injury. At 2230 hrs Nurse Myrna examined Inmate Duarte and provided him with and ice pack to get the swelling down. As per nurse Myrna inmate Duarte will have an x-ray done to his left foot.

                              END OF REPORT

*Recently sentenced to 460 yrs — Security Risk if transported to VMC!*

**CONFIDENTIAL
DO NOT DUPLICATE**

Continue Narrative on reverse side

INJURIES TO STAFF OR INMATE   N/A

CONTROL AND SGT.  Csabanyi          BADGE #  1594     WERE NOTIFIED.

(SAFETY CELL ONLY) TIME IN          OUT          (Safety cell / Use of force = copy to Classification)

CLOTHING / PROPERTY (IF ANY) PLACED                    BY

Copies sent to:   CLASSIFICATION

| SUPERVISOR APPROVING: Sgt Csabanyi | BADGE 1594 | EMPLOYEES SIGNATURE Gill # 2528 | DATE/HOUR 10/27/04 2200hr |
|---|---|---|---|

Duarte0062




SANTA CLARA VALLEY
MEDICAL CENTER
751 SOUTH BASCOM AVENUE
SAN JOSE, CALIFORNIA 95128

*Duarte, Eric*
*CCI 496*

'ORY SHEET AND PROGRESS NOTES

| | TIME | |
|---|---|---|

UN JAIL MEDICAL

OCT 1 5 2004

**0104 2215** S- Called by C.O.: I/M went ph ayid hardball + injured on L foot -

D- (L) 5th toe slightly reddened. c/o pain + inability to move ⓒ 5th toe, slightly swollen. VS 128/80 - 88·22 - warm to touch

A — Sprain vs Fx.

P- Referred to Alice Abrahayon y needs to go to ER - Stated to have it X-ray in AM. Inst I/M to keep leg elevated + Ice to (L) foot x24° — will endorse to NOC. ———

**0101 1445** See O. X-ray of foot shows 5th Metatarsal fracture. X-ray seen by Dr. Nguyen. Paper work given to DOC for taking to VMC ER by Cecile I. Souter Centra. Surgeant stated he will be taken in tro. Per X-ray tech the X-ray can't be given to go with pt. He said he will take it to ER at 4PM. ——————

**0/04 0900** (L) foot in splint, Using wheelchair. 2B rehearsal pent ———

1/99

Disposition: Medical Chart - Perm



SCVMC 0903 19

, M.D.

Fixed enclosed

MAIN JAIL MEDICAL
OCT 0 4 2004

10/14/04 01:45  S: "I was playing handball and the ball came. I spread my legs out to swing & I got this awful pain and had burning in my groin and down my leg. It felt like I tore something loose. Now I can hardly lift my leg and it really hurts."

O: Lying down, palpated (R) groin area — unable to ascertain whether hernia or not — instructed to not play handball for now + to rest lying flat.

A: possible (R) inguinal hernia

P: MD appt. for AM ——————— [signature]

10/14/04  08:40

S) Playing handball last night & felt a tearing pain (R) side groin. Concerned more 2° pain. Allergic to PCN. Meds: Wellcom Neurontin. No Lg PUD

O) 37 yo. L0? in wheelchair, able to get up + down. (R) groin - no edema, erythema [R] exam table c minimal discomfort. Mild TTP.

Genital - Testes LL ⊘ reserve. No inguinal masses. No scrotal masses.

A) 1. (R) groin strain.

P) 1. Motrin 800 mg ____ ____ ____ ___
   2. Re/ lab
   3. No exercise, strenuous activity, rest.
   4. No need for wheelchair.

[signature] X969
A. Chyorny, M.D.

709 REV 1

EXHIBIT C



EXHIBIT D

Santa Clara Valley Medical Center

Allergies _P.C.N._

C = Court    TSO = Temporary Signed Out    S = Med to Court/Clinic    SA = Self Administered    R = Refused    NA = Not Available    L = Lockdown    N = No show

DOB _6-5-67_    Booking #

PFN _CCI 496_

Housing _3.17 E_    Name _Duarte, Eric_

Santa Clara Valley Medical Center – Emergency Dept.
751 S. Bascom Ave, San Jose, CA 95128 – (408) 885-5000

Dx/Instr:

Dx 1: Fracture, metatarsal (closed)
Dx 2: Second dysfunction for any bodily organs or part

Procedure

Fn 1: Level 4 Patient Visit

Prescription / Rx

Orders

Disposition

Follow Up: 1 Ortho Red
Follow up 1 Date: Thursday 11/4/04 at 10am                    F/U MD Ph: 408-885-5899
Follow up 2: Jail MD                                          F/U 2 MD Ph:
Follow up 2 Date: Sooner if symptoms worsen
Other Inst: Weight bearing as tolerated with Ortho Shoe and crutches as needed until f/u
appointment. Ice pack to foot 3 times per day, 20 minutes per time. Keep elevated
above level of heart as frequently as possible. Medications- may take Vicodin 5/500mg
one tab po QID prn pain x 3days.

Dispo Status: Satisfactory                          ED Disposition Custody

                                                    Chart Prntd:

(C) 2004 Wellsoft Corp. Price/Stern/Sloan  THIS IS THE LAST PAGE

**EXHIBIT E**

Duerte ccc72

Santa Clara Valley Medical Center - Emergency Dept

HPI: inj L foot playing handball yesterday
PMH: No relevant PMH

Rm: 03B
Last Tetanus:
LMP:
Immunization:
Pt Weight:
Triage Pain Scal 9/10
Triage Category: Pain, Extremity
Early Warning System: None of the above
Precaution/Alert:
MSG/Info:
Triage RN Sgntr: Hawker, Katherine R.N  10/28/2004 1707

BP (sys) 109
BP (Dias) 74
Pulse: 64
Resp Rate 16
Pulse Ox:
Temp 96.8 (36.0)    Route:

---

Hawker, Katherine R.N.  Created: 10/28/2004 1707  Last Entry: 1709

**NURSING ASSESSMENT** (after triage completed)
 HPI: inj L foot playing handball yesterday pt states had x-ray done at jail today and told that it was fractured able to bear wt
 **OTHER SUBJECTIVE:** None.
 **PREHOSPITAL CARE:** None.
 **SH:** None.
 **PRIMARY ASSESSMENT:**
 (A) no airway compromise, (B) no breathing compromise, (C) no circulatory compromise, (D) disability AO x 4.
 **SECONDARY ASSESSMENT:**
 GENERAL APPEARANCE:
 VITALS:
 LUNGS: no wheezing, no rales, no rhonchi, (-)accessory muscle use, good air exchange bilateral
 HEART: normal rate, normal rhythm
 ABDOMEN: soft, no abd tenderness
 EXTREMITIES: good pulses on all extremities, no swelling\tenderness on the extremities, no edema bruised and swolle
 lateral aspect L foot
 SKIN: warm, dry, good color, no rash, no abrasions\lacerations
 **SPECIAL CONSIDERATIONS:** pt custody main jail
 Domestic Violence Screen:
 **NURSING INTERVENTION(s):**
 DISCLOSURE PROTECTED HEALTH INFORMATION: **With whom may we share Information about your**
 condition? With whom:

RN Sgntr:                                    RN Doc Prntd:

Duarte <0073

(C) 2004 Wellsoft Corp. Price/Stern/Sloan  THIS IS THE LAST PAGE

Duarte 00074

Clinical Documentation (Addendum)

**MD Chart**

**PHYSICIAN H&P:**

HPI: Yesterday, while playing handball pt suffered inversion injury of L foot with pain at lateral forfoot. Swelling and continued pain ON. Seen at infirmary at jail, told he had a fracture and sent to VMC without films. Has been ambulatory on foot with moderate to severe pain. No other trauma. No lacerations.
Last Tetanus: UTD.

**ROS:** (-)neck pain, (-)chest pain, (-)abdominal pain, (-)LOC, (-)headache.
**PMH:** no relevant PMH.

**PHYSICAL EXAM:**
GENERAL APPEARANCE: alert, cooperative, mild obvious discomfort.
VITALS: WNL.
EXTREMITIES: good pulse in injured extremity, affected area on extremity has no erythema, mild-moderate swelling ove dorsum to lateral foot, severe tenderness to palpation on lateral edge and no abrasions\lacerations. Motor/sensation over all 5 toes intact.
SKIN: warm, dry, good color.
NEURO: motor intact and sensory intact in injured extremity.
MENTAL STATUS: speech clear, oriented X 3, responds appropriately to questions.

**DIFFERENTIAL Dx:**
**DATA REVIEWED:** L Foot 3-View: oblique fracture of distal 1/3 of 5th metatarsal, distal fragment displaced mediall approx 25% in AP view. Extra-articular.

**MD NOTE:**

Nix, David Md   Created: 10/28/2004 1801   Last Entry: 1803

MD Note:

**PMH:** no relevant PMH.

Garrett, Brendan M.D.   Created: 10/28/2004 1836   Last Entry: 1838

MD Note: I have personally interviewed and examined the patient. I discussed the findings, interventions and diagnostic testing with Nix, David Md. I agree with the findings as presented with exceptions in our respective documentation. 04X 37 yo man with handball injury last night in

Garrett, Brendan M.D.   Created: 10/28/2004 1842   Last Entry: 1844

Interrupted while documenting, playing in the jail and injured his L foot, has been walking on it, xray shows MT 5 shaft fx spiral.

Nix, David Md   Created: 10/28/2004 1846   Last Entry: 1847

MD Note: D/W Dr Ray Oshtoy, Ortho consult resident-> Place pt in hard walking shoe, WBAT with crutches as needed. F/U Red ortho next Thurs at 10 a.m. Will dispo with vicodin, motrin, and RICE precautions.

MD Sgntr: Garrett, Brendan M.D. 10/28/2004 1910          ED MD ID: **015784**   ED MD Code: 57

MD Signature: _____                              MD ED ID #: _____

Consult Service(s): **Phone Only, Orthopedics**

| DATE | TIME | |
|---|---|---|
| NOV 03 2004 | | |

| 11/3/04 1038hrs | -S | Assess for fracture of left foot - © by Rx - refused casting - didn't want to be rebound. Then MD encouraged inmate to comply c̄ VMC ortho to reduce loss of R.O.M., + to reduce risk of arthritis |
| | O | PE Lt foot ecchymosis over middle 3 toes. good cap refill, toes warm |
| | A | s/p fracture of Lt foot noncompliance |
| | P | ortho VMC to see tomorrow. _(signature) Albrecht_ |

| 11/15/04 | S | "MY SCALP is inflammed. sore scabs, itches and hurts X3 wks." |
| | O | white card found c̄ door. sleeping refus to get up for Assessment - on ♀ meds allergic to pcn. |
| | A | Alt skin integ |
| | P | chart _(signature)_ |

**EXHIBIT F**

## ORTHOPEDICS

Outpatient Department
Orthopedic Clinic Progress Notes: DRAFT

DATE/TIME:

Languages Spoken:
New (V) Established ( ) Workers Comp ( )
PE                    P:        R:

Reason for Visit:

Signature/Title of person obtaining information:

PT NAME: DUARTE ERIC
ADDR: CUSTODY
UNKNOWN
PHONE: (408) 000-0000    CA 1111
DOB: 06/05/1967 AGE: 37 Y  SEX: M
SCC SHERIFF DEPT
ID:                        PLANCODE: F31
GUAR: SANTA CLARA COUNTY MAIN J
GUAR DOB:
FC: U  AID-CODE:
PCP:
REF MD: 015784 GARRETT, BRENDAN

CUSTOD.00A2

**History and Physical Exam:**

DAVID SOHN, M.D.

0 5 1 2 7 6

37 yo  1 wk s/p
fall. twisted R
foot. pain outside
of foot

**X-Ray / Fluoroscan Findings:** Plan (R) 5th MT sh fx
& what/f alus pond

**Procedure Note:** Width/ft displaced 5th MT fx

**Impression / Diagnosis:**

**Plan / Prescriptions:** (R) 5th MT fx - acceptable alligned
Wear hard sole shoe x 5 wks.
flw prn

**Physical Therapy:**

**Disability:** No ( ) Yes ( ) Until: ____    **Pt instructed and verbalizes understanding:** Yes ( ) No ( )

I have reviewed and discussed the above Hx, PE, findings, and plan with Dr. _____, who concurs.
Attending M.D. comments: _____ (Attending)

Provider Name/VMC # _____    Signature/Title: _____
Attending MD/VMC # _____    Signature/Title: _____

Morda clinic progress notes draft 5_073002.doc
Forms folder
updated 7/31/02





**SANTA CLARA VALLEY MEDICAL CENTER**
751 SOUTH BASCOM AVENUE
SAN JOSE, CALIFORNIA 95128

Duarte, Eric
6-3-67
CC I 476

...EET AND PROGRESS NOTES

...ME

...ICAL   ...

...2004

5) Fracture 5th metatarsal...

...

...

11:00 AM   4 MD
Pt. stays doing ok c 4 wks. Mood - fair overall.
No recent mood swings. Denies voices & paranoia.
⊖ Sx/HI today. Wants to continue c current 4 wks.
A/P continue 4 wks
PTC 10 wks                                     M
                                        21089

See Psy notes on 11-5-04. S/P 5th
metatarsal (R) foot Fx on ...

EXHIBIT H

| DATE | TIME | |
|------|------|---|
| *(illegible)* | *Other class Check:* | |
| 13⁰⁰ | | He can be housed in general population |
| 12·23·04 | 1745 | Crisis Note - re referral from DOC "I/m received sentence of 160 years |
| | 3170 MAX | S: "I was finangled" "Can you get me to some fresh air" "I'm better than that" "I choose to live" |
| | | O: I/m alert, CXS, coherent. O/h O A/H, O/H. Clien speech, appears to have some education/sophistication. Reports that he has spent many years in state and Federal Prisons. States that he is in no danger of self harm - I/m also requests time in open air as this assists him in coping. I/m on Wellbutrin - wanted no meds. However, may be transported t prison before he sees any appointment |
| | | A: Dysphoric, coping with meds, hx, of depression, reports E S/I |
| | | P: *(struck)* HPC, MH prn, request to advance GMS appt - *(signature)* |

EXHIBIT I

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

**PROOF OF SERVICE BY MAIL**

*ERIC DUARTE v. LAURA SMITH SHERIFF OF COUNTY OF SANTA CLARA, et al.*

Case No.: C 05-01374 JF

I, Alexandra K. Weight, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **AFFIDAVIT OF ALEXANDER CHYORNY, M.D. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by placing said copy in an envelope addressed to:

Eric Duarte, T-24814
Salinas Valley State Prison
Facility A4-235-L
P.O. Box 1050
Soledad, California 93960-1060

which envelope was then sealed, with postage fully prepaid thereon, on **December 21, 2007**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **December 21, 2007**, at San Jose, California.

_____
Alexandra K. Weight

107112.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail                    1                    C 05-01374 JF

**EXHIBIT 3**

1 | ANN MILLER RAVEL, County Counsel (S.B. #62139)
NEYSA A. FLIGOR, Deputy County Counsel (S.B. #215876)
2 | OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, Ninth Floor
3 | San Jose, California 95110-1770
Telephone: (408) 299-5900
4 | Facsimile: (408) 292-7240

**E-FILING**

5 | Attorneys for Defendants
OFFICER MARTYN BEVAN AND
6 | OFFICER HARPREET GILL

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | (SAN JOSE)

11

12 | ERIC DUARTE,                              )   No.  C 05-01374 JF
                                           )
13 |         Plaintiff,                      )   **AFFIDAVIT OF CAPTAIN TROY**
                                           )   **BELIVEAU IN SUPPORT OF REPLY**
14 |                                          )   **BRIEF IN SUPPORT OF DEFENDANTS'**
     v.                                      )   **MOTION FOR SUMMARY JUDGMENT**
15 |                                          )
                                           )   Judge: Honorable Jeremy Fogel
16 | LAURA SMITH SHERIFF OF SANTA            )   Courtroom 3, 5th Floor
     CLARA COUNTY, et al.                    )   Hearing Date: Not Applicable
17 |                                          )
          Defendants.                        )
18 | _____)

19 |         I, TROY BELIVEAU, declare:

20 |         1.      I have personal knowledge of all the foregoing matters and could testify truthfully

21 | thereto if called to testify.

22 |         2.      I have been employed by the Santa Clara County Department of Correction

23 | ("DOC") from February 1988 to the present and I have held the rank of Captain since April,

24 | 2007. I am currently the Division Commander for DOC's Support Services, where my

25 | responsibilities include the Administration/Booking Unit, the Classification Unit, and the

26 | Operations and Programs Unit. After promotion to Lieutenant in April 2001, I served as the

27 | Main Jail Watch Commander until September 2001 and again from November 2004 to May

28 | 2006. In that role I oversaw the daily operations of the Main Jail and handled inmate concerns,

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Captain Troy Beliveau in
Support of Reply Brief in Support of
Defendants' Motion for Summary Judgment          1                          C 05-01374 JF

1   complaints and discipline matters.  From September 2001 to November 2004 I was the

2   Assistant Division Commander at the Elmwood Complex, where I was responsible for overall

3   operations, inmate grievances, personnel matters and payroll, and interpretation of DOC

4   procedures.  From January 1992 to January 1993 I served as the Classification Sergeant.

5        3.  I am thoroughly familiar with DOC's standards for training and supervision of its

6   correctional officers in all areas of their responsibilities and with  DOC's policies and

7   procedures for DOC's Classification Unit.  My familiarity in these areas includes the standards

8   and procedures that govern the use of mechanical restraints on inmates and the transport of

9   inmates to medical facilities.  I have also reviewed the relevant portions of the DOC booking

10   and classification files for plaintiff and former DOC inmate Eric Duarte, whose date of birth is

11   June 5, 1967 and whose DOC inmate number was CCI 496 ("Duarte").

12        4.  DOC standards for officer escort and inmate restraint generally require that all

13   inmates who are being transported to any outside facility shall be waist-chained and leg

14   shackled (unless they are pregnant), regardless of their security classification level.  A leg-

15   shackled inmate is permitted to walk as slowly as he or she feels is necessary while being

16   escorted.

17        5  DOC standards recognize that unusual circumstances may require the standards for

18   leg shackling to be altered.  But a transport officer does not have the authority to propose or

19   carry out such an alteration.  Rather, when medical staff at DOC or at a hospital believe the

20   application of restraints is likely to negatively affect the inmate's medical condition, it is within

21   their discretion to convey their recommendation to the DOC transport officer, who in turn must

22   advise the on-duty Sergeant of the situation.  The Sergeant shall weigh the medical staff's

23   recommendation in light of the inmate's physical condition and their current and past behavior

24   as it pertains to security and safety of the inmate and officer, then decide whether the restraints

25   should be removed or reduced, and instruct the transport officer accordingly.

26        6.  Because inmates have been known to fake injuries, inflict injuries, or to exaggerate

27   their severity in order to create opportunities to escape, DOC officers have to be cautious about

28   taking a possibly injured inmate's word for what type of injury he or she may have, how bad it

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Captain Troy Beliveau in
Support of Reply Brief in Support of
Defendants' Motion for Summary Judgment     2                            C 05-01374 JF

1  might be, or what should be done to accommodate the injury.

2      7    The same considerations that govern any alteration of shackling requirements also

3  pertain to the use of wheelchairs for injured inmates.  That decision can only be initiated by

4  medical staff and approved by an on-duty Sergeant.   In addition to obtaining the approval of

5  the on-duty Sergeant, the Sergeant would also need to send a DOC van that accommodates

6  wheelchairs to pick up the inmate, in this case, Duarte from VMC.

7      8.    In addition to the ambulatory nature of Duarte's injury, my review of his DOC

8  booking and classification files show that in October 2004 **he was identified as an "extreme**

9  **escape risk."**  At all times during his DOC incarceration, Duarte was classified as a "Level 4"

10  inmate, which is the highest security level used by DOC's Classification Unit.

11      9.    A true and correct copy of Duarte's classification card is attached as Exhibit "A."

12  That card contains the following two handwritten notations:

13          "Contact Classification Officer before any movement out of the facility.  Sgt. Jones"

14          "10/27/04 per Sgt. Csasanyi.  EXTREME ESCAPE RISK."

15  Duarte's court records show the following:  A jury convicted him of numerous felonies,

16  including armed robbery, on September 30, 2004, and he was scheduled to return to court on

17  October 29, 2004 for sentencing, two days after his injury.  His criminal history at the time of

18  these convictions showed that since March 29, 2003, he had been booked on a total of 47 felony

19  charges, including those in the subject trial.  Sentencing in the subject case was not pronounced

20  until December 23, 2004 and Duarte received a sentence of 150 years to life (six consecutive

21  life terms) to be served consecutively with a separate sentence of 63 years and four months.

22      10.    The redacted sections on Exhibit A are redacted for security reasons.  This

23  information is highly confidential and has been redacted because disclosure of that information

24  would pose a severe and specific risk to the order, safety, and security of DOC staff, its inmates,

25  and the facility.  DOC has invested a great amount of resources in developing its Classification

26  system, and the classification coding system contain high levels of operational detail and reflect

27  the underlying design of DOC's Classification system.  If the redacted information were

28  disclosed, current and future inmates could obtain sufficient knowledge to manipulate the

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Captain Troy Beliveau in
Support of Reply Brief in Support of
Defendants' Motion for Summary Judgment          3                    C 05-01374 JF

1    Classification system and their housing in order, for example, to plan and carry out assaults on

2    other inmates and on DOC staff.  Inmates who gained such knowledge could use it to

3    manipulate those inmates or otherwise threaten their safety.

4         11.    There is no indication in Duarte's DOC file that any medical staff informed Officer

5    Bevan or any other DOC correctional staff that Duarte needed a wheelchair at any time from the

6    date of the subject injury to his return to DOC after his appointment at VMC on October 28,

7    2004, nor did any medical staff advise that Duarte should not be leg shackled while being

8    transported to or from VMC for his appointment on that day.  Neither is there any indication

9    that such actions were approved by an on-duty Sergeant.  Based on my training and experience,

10   I conclude that under the facts of this case, Officer Bevan had no authority to remove Duarte's

11   leg shackles or to decide on his own to provide Duarte with a wheelchair.

12        I declare under penalty of perjury under the laws of the State of California that the

13   foregoing is true and correct.  Executed on February 4, 2008 at San Jose, California.

14

15                                                        TROY BELIVEAU

16

17

18

19

20

21   111924.wpd

22

23

24

25

26

27

28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Affidavit of Captain Troy Beliveau in
Support of Reply Brief in Support of
Defendants' Motion for Summary Judgment        4                                    C 05-01374 JF

729 REV 3/92                    **CLASSIFICATION CARD**

DUARTE
ERIC
03016674
CCI496
Photo# 1144160



| HOUSING HISTORY | CODE | CELL | H.C. | DATE | EXPLANATION REFERENCE | BADGE# |
|---|---|---|---|---|---|---|
| 4 | REDACTED | 5A | REDACTED | 3/29/3 | | 1928 |
| 4 | | 318 306 | | 4-1-03 | | |
| 4 | | 317 | | 7-22 Update | zm | |
| 4 | | 317 | | 2-12-4 | | |
| 4 | | 2-B | | 10/29/04 | 21:30 - CONTACT | |
| 4 | | 306 | | 12/07 | CLASSIFICATION | |
| 4 | | 283 | | 12/9 | OFFICER BEFORE ANY | |
| 4 | | 317 | | 12 | MOVEMENT OUT OF THE | |
| | | | | | FACILITY. SGT JONES #1247 | |
| | | | | | 10/27/04 PER SGT. CERISKYYI. | |
| | | | | | EXTREME ESCAPE RISK. | |

CHARGE: PC_211    (FEL) OR MISD    RACE H    NOTES
NAME:                              CEN#
Duarte   Eric                      03016674    CCI 496

CONFIDENTIAL

EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

**PROOF OF SERVICE BY MAIL**

*ERIC DUARTE v. LAURA SMITH SHERIFF OF COUNTY OF SANTA CLARA, et al.*

Case No.:  C 05-01374 JF

    I, Alexandra K. Weight, say:

    I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770.  I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I served a copy of the **AFFIDAVIT OF CAPTAIN TROY BELIVEAU IN SUPPORT OF REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by placing said copy in an envelope addressed to:

Eric Duarte, T-24814
Salinas Valley State Prison
Facility A4-235-L
P.O. Box 1050
Soledad, California 93960-1060

which envelope was then sealed, with postage fully prepaid thereon, on **February 4, 2008**, and placed for collection and mailing at my place of business following ordinary business practices.  Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **February 4, 2008**, at San Jose, California.

_Alexandra K. Weight_
Alexandra K. Weight

111925 wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

1      UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA

3      <u>PROOF OF SERVICE BY MAIL</u>

4

5    *Duarte v. County of Santa Clara, et al.*                    No. C 05-01374 JF

6           I, Anna Marie B. Espiritu, say:

7           I am now and at all times herein mentioned have been over the age of eighteen years,
       employed in Santa Clara County, California, and not a party to the within action or cause; that
8      my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-
       1770. I am readily familiar with the County's business practice for collection and processing of
9      correspondence for mailing with the United States Postal Service. I served a copy of the
       **DECLARATION OF MARCY L. BERKMAN IN SUPPORT OF AMENDED MOTION**
10     **FOR SUMMARY JUDGMENT OF DEFENDANT OFFICER MARTYN BEVAN,** by
       placing said copy in an envelope addressed to:

11

12           Eric Duarte, T-24814
             Salinas Valley State Prison
13           Facility A4-235-L
             P.O. Box 1050
14           Soledad, California 93960-1060

15     which envelope was then sealed, with postage fully prepaid thereon, on **July 17, 2008,**
       and placed for collection and mailing at my place of business following ordinary business
16     practices. Said correspondence will be deposited with the United States Postal Service at San
       Jose, California, on the above-referenced date in the ordinary course of business; there is
17     delivery Service by United States mail at the place so addressed.

18           I declare under penalty of perjury under the laws of the State of California that the
       foregoing is true and correct, and that this declaration was executed on **July 17, 2008,** at San
19     Jose, California.

20

21                                              _____
                                                    Anna Marie B. Espiritu
22

23

24

25

26     135014.wpd

27

28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California