1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, Ninth Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   SHERIFF LAURIE SMITH and
6  CAPTAIN TOBY WONG

7

8                 UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                           (SAN JOSE)

10

11 ERIC DUARTE,                        )   No. C05-1374 CW (PR)
                                       )
12        Plaintiff,                   )   **NOTICE OF UNAVAILABILITY OF**
                                       )   **COUNSEL**
13 v.                                  )
                                       )
14 LAURA SMITH SHERIFF OF SANTA        )
   CLARA COUNTY, et al.,               )
15                                     )
          Defendants.                  )
16                                     )
                                       )
17 _____ )

18 TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

19        PLEASE TAKE NOTICE that Deputy County Counsel Marcy L. Berkman, the attorney

20 of record for Defendants SHERIFF LAURIE SMITH and CAPTAIN TOBY WONG in the

21 above-entitled action, will be out of the country and unavailable from and including October 8,

22 2008 through and including November 17, 2008. During these times, Ms. Berkman will be

23 unavailable to respond to notices, discovery, motions or any other matter in this action.

24        Serving matters which require a timed response or scheduling matters which require an

25 //
26 //
27 //
28 //

1 | appearance during this time can be punished by the Court with the imposition of sanctions.
2 | *Tenderloin Housing Clinic, Inc. v. Sparks* (1992) 8 Cal.App.4th 299.
3 | Dated: July 31, 2008                              Respectfully submitted,
4 |                                                   ANN MILLER RAVEL
  |                                                   County Counsel
6 |                                           By:    _____/S/_____
  |                                                   MARCY L. BERKMAN
7 |                                                   Deputy County Counsel
8 |                                                   Attorneys for Defendants
  |                                                   SHERIFF LAURIE SMITH AND
9 |                                                   CAPTAIN TOBY WONG

28 | 137336.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>PROOF OF SERVICE BY MAIL</u>

*Duarte v. County of Santa Clara, et al.*                                              No. C 05-01374 JF

I, Anna Marie B. Espiritu, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **NOTICE OF UNAVAILABILITY OF COUNSEL,** by placing said copy in an envelope addressed to:

Eric Duarte, T-24814
Salinas Valley State Prison
Facility A4-235-L
P.O. Box 1050
Soledad, California 93960-1060

which envelope was then sealed, with postage fully prepaid thereon, on **July 31, 2008**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **July 31, 2008**, at San Jose, California.

_____
Anna Marie B. Espiritu

135014.wpd