ERIC DUARTE/T-24814/A4-141-L
P.O. BOX 1050,
SALINAS VALLEY STATE PRISON
SOLEDAD, CALIFORNIA 93960-1050

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC DUARTE,
     PLAINTIFF,

     Vs.

LAURIE SMITH, SHERIFF OF
SANTA CLARA COUNTY et al.,
     DEFENDANT(S).

)  CASE NO. C-05-1374 CW (Pr)
)
)  PLAINTIFF ERIC DUARTE'S
)  DECLARATION IN SUPPORT OF HIS
)  OPPOSITION TO DEFENDANT'S MOTION
)  FOR SUMMARY JUDGMENT.
)
)
)

I, Eric Duarte declare as follows:

I am a prisoner at Salinas Valley State prison, proceeding in Pro Se.

I make this Declaration in support of my motion in opposition to the defendants' motion for summary judgment, dated September 6, 2006.

(1)   The matters referred to in this declaration are based upon my personal knowledge, and if called as a witness I could and would testify competently to those matters.

(2)   Attached to this declaration as exhibit "A" is a true and correct copy of Duarte's "Medical History Sheet and Progress Notes."

(1)

(3)    Attached to this decalration as exhibit "B" is a true and correct copy of an "Emergency Flow Sheet from Valley Medical Center dated, October 28,2004, from Duarte's Medical File.(Pg.1-3).

(4)    Attached to this decalration as exhibit "C" is a true and correct copy of a "Employee's Report IR#04-19547.(Pg.1-2).

(5)    Attached to this declaration as exhibit "D" is a true and correct copy of  the "Main Jail Log Book", dated October 28,2004.(Pg.1-2)

(6)    Attached to this decalration as exhibit "E" is a true and correct copy of "Duarte 00149".(Pg.1)

(7)    Attached to this declaration as exhibit "F" is a true and correct copy of a "Inmate Medical Request From," dated, October 29,2004, for Vicodine medication for the excruciating pain.  (Pg. 1-2).

(8)    Attached to this declaration as exhibit "G" is a true and correct copy of "Duarte's 602 Inmate Appeal", dated, February 28,2005.(Pg.1).

(9)    In a seprate envelope as exhibit "H" is a true and correct copy of an X-ray Film of Duarte's Broked Foot".

(10)    Attached to this declaration as exhibit "I" is a true and correct copy of the "Plaintiff's Request for Production of Documents", filed on May 1,2006.

(11)    Attached to this declaration as exhibit "J" is a true and correct of "Defendants Response To Plaintiff's Request for Production of Documents(Set One)".

(12)    Attached to this declaration as exhibit "K" is a true and correct copy of "Plaintiff's Second Request for Inspection and Production of Documents to Defendants."

(13)    Attached to this declaration as exhibit "L" is a true and correct

copy of "Defendant's Response to Plaintiff's Request for Production of Documents(Set Two)."

(14) Attached to this declaration as e xhibit ""M" is a true and correct copy of "Plaintiff's Request for Production of Documents. (Set Three).

(15) Attached to this declaration as exhibit "N" is a true and corect copy of "Defendants Response to Plaintiff's Request for Prodocuments."(Set Three)

(16) Attached to this declaration as exhibit "O" is a true and correct copy of "Plaintiff's Meet and Confer Letter," dated, November 29,2006.

I declare under the penalty of perjury under the laws of the United States  that the foregoing is true and correct to the best of my knowledge.

Executed on this _Z1_ day of _December_ ,2006, at Salinas Valley State Prison, P.O. Box 1050, Soledad, California 93960-1050.


_____
ERIC DUARTE/DECLARANT/PLAINTIFF

(3)

# EXHIBIT
# COVER PAGE



**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

Duarte 00052 - History sheet and Progress notes
Duarte 00091 - Medical/Psychiatric Referal form.

## NUMBER OF PAGES TO THIS EXHIBIT: ___2___ PAGES

## JURISDICTION: (CHECK ONLY ONE)

☐ MUNICIPAL COURT

☐ SUPERIOR COURT

☐ APPELLATE COURT

☐ STATE SUPREME COURT

☒ UNITED STATES DISTRICT COURT

☐ STATE CIRCUIT COURT

☐ UNITED STATES SUPREME COURT

☐ GRAND JURY





SANTA CLARA VALLEY
MEDICAL CENTER
751 SOUTH BASCOM AVENUE
SAN JOSE, CALIFORNIA 95128

Duarte, Eric
CCI 496
06/05/67

## HISTORY SHEET AND PROGRESS NOTES

| DATE | TIME | |
|------|------|---|
| | | |

MAIN JAIL MEDICAL

OCT 1 5 2004

10/27/04 2279 S - Called by C.O. : I/M went for a pid handball + injured on L foot -
O - (L) 5th toe slightly reddened, c/o pain + inability to move (L) 5th toe, slightly swollen, VS 128/80 — 88-20 — warm to touch
A - Sprain vs Fx.
P - referred to Alice Abrahamy needs to go to ER - Stated to have it X-ray in AM. Inst. I/M to keep leg elevated + Ice to (L) foot x24°. — will endorse to NOC. —

10/28/04 1445 S+O. Xray Lt foot shows 5th Metatarsal fracture. Xray seen by Dr. Nguyen. Paper work given to DOC for taking to Valley ER by cecle I. Sworn cerlinea Sergeant stated he will be taken in for. Per xray tech the xray can't be given to go with pt He said he will later it to ER at 4pm. —

10/29/04 09:00 (L) foot in splint, using wheelchair, +2/3 re-heneal sent —

Disposition: Medical Chart - Perm

SCVMC 6903-19

Duarte00052

# MEDICAL/ PSYCHIATRIC REFERRAL FORM

REFERRED TO:      ☐ Medical    ☐ Mental Health    ☑ DOC

REFERRED FROM:    ☑ Medical    ☐ Mental Health    ☐ DOC

Inmate's Name: _Duarte, Eric_     PFN: _CCI496_   Booking # CEN: _030166760_

Date of Birth: _6/5/67_        Housing: _317 E_

Reason for Referral: _Please Re-house to 2B (Has splint on (R) foot, on wheelchair)_

---

Circle all that apply:

| | | | | |
|---|---|---|---|---|
| **Anxious** | Crying | Sad | Withdrawn | Peers Worried about Inmate |
| First Arrest | Got Bad News | Talks to Self | Not Sleeping | Giving Away Belongings |
| Not Eating | Very Unkempt | Afraid of Peers | Threatening | Doesn't make sense |
| Changing in Behavior | | Three Strikes | | Long Sentence |

Suicidal/Homicidal (explain)

Inmate Said: _____

Inmate Did: _____

Other Reasons: _____

Referred by: _____ /Badge# _____ Time: _____ Date: _10/29/04_

(Print Name)

Received by: _____ (Print Name)                    Time:          Date:

MENTAL HEALTH TRIAGE PRIORITY

Recommendations

Disposition for DOC

Disposition for Medical/Mental Health

Completed by: _____
(Print Name)                    Time:          Date:

**Classification Action**

Action Taken: _____

Action By: _____ Time: _____ Date: _____

649 REV 12/00

**DISTRIBUTION:**    White - Medical      Canary - Classification      Pink- Mental Health

Duarte00091

# EXHIBIT
# COVER PAGE 

**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

Duarte 00072 - Valley Medical Center "Patient Chart"
Duarte 00073 - Valley Medical Center "Patient Chart"
Duarte 00075 - Valley Medical Center "Patient Chart"

## NUMBER OF PAGES TO THIS EXHIBIT: ___3___ PAGES

## JURISDICTION: (CHECK ONLY ONE)

☐ MUNICIPAL COURT

☐ SUPERIOR COURT

☐ APPELLATE COURT

☐ STATE SUPREME COURT

☒ UNITED STATES DISTRICT COURT

☐ STATE CIRCUIT COURT

☐ UNITED STATES SUPREME COURT

☐ GRAND JURY

Santa Clara Valley Medical Center — Emergency Dept          10/28/04          Pg: 2
751 S Bascom Ave, San Jose CA 95128 — (408) 885-8900     Patient: Duane, Eric C C     MedRcrd:0007-7969
                                                          Arrival: 10/28/2004 1657    Pt Acct#:201186822

**Dx/Instr**
        Dx 1: Fractured Metatarsal Closed
            C = Serious dysfunction to any bodily organs or part          ICD-9-1 825.25

**Procedure**
        Prcd 1: Level 3 Patient Visit

**Prescription / Rx**
**Orders**                                                               CPT: 99283     BC: 0176

**Disposition**
        Follow-up 1: Ortho Rcd
        Follow-up 1 Date: Thursday 11/4/04 at 10am                    F/U MD Ph: 408-885-5889
        Follow-up 2: Jail MD
        Follow-up 2 Date: Sooner if symptoms worsen                   F/U 2 MD Ph:
        Other Instr: Weight bearing as tolerated with Ortho Shoe and crutches as needed until f/u
                appointment. Ice pack to foot 3 times per day, 20 minutes per time. Keep elevated
                above level of heart as frequently as possible. Medications: may take vicodin 5/500mg
                one tab po QID prn pain x 3days.
        Dispo Status: Satisfactory
                                                                     ED Disposition: Custody

(C) 2004 Wellsoft Corp, Price/Stern/Sloan  THIS IS THE LAST PAGE          Chart Pntd:

Duarte  00072

Santa Clara Valley Medical Center — Emergency Dept.
751 S Bascom Ave, San Jose, CA 95128 — (408) 885-6900

Patient: Duarte, Eric C.C.
Arrival: 10/28/2004 1657

10/28/04
Med Rcrd: 00717859
Pt Acct: 201186822

## Nursing Documentation (Preliminary)

Patient: Duarte, Eric C.C.
Age/DOB: 6/5/1967
Med Rcrd: 00717859
Pt Acct: 201186822
SS #: 560593461
Acuity(Old):
Chief Cmplnt: metatarsal fx

Age: 37yr          Sex: M

Arrival: 10/28/2004 1657
Mode of Arrival: Police Escort
ED Disposition: Custody
Mode of Departure:
Discharged With Whom:
Acuity: 4

Medications: none
Drug Allergy: PCN

HPI: inj L foot playing handball yesterday
PMH: No relevant PMH

Rm: 03B
Last Tetanus:
LMP:
Immunization:
Pt Weight:
Triage Pain Scal 9/10
Triage Category: Pain, Extremity
Early Warning System: None of the above
Precaution/Alert:
MSG/Info:
Triage RN Sgntr: Hawker, Katherine R.N. 10/28/2004 1707

BP (Sys): 109
BP (Dias): 74
Pulse: 64
Resp Rate: 16
Pulse Ox:
Temp: 96.8 (36.0)   Route:

Hawker, Katherine R.N.   Created: 10/28/2004 1707   Last Entry: 1709

## NURSING ASSESSMENT (after triage completed)

**HPI:** inj L foot playing handball yesterday pt states had x-ray done at jail today and told that it was fractured able to bear wt

**OTHER SUBJECTIVE:** None.

**PREHOSPITAL CARE:** None.

**SH:** None.

**PRIMARY ASSESSMENT:**
(A) no airway compromise, (B) no breathing compromise, (C) no circulatory compromise, (D) disability AO x 4.

**SECONDARY ASSESSMENT:**
GENERAL APPEARANCE:
VITALS:
LUNGS: no wheezing, no rales, no rhonchi, (-)accessory muscle use, good air exchange bilateral
HEART: normal rate, normal rhythm
ABDOMEN: soft, no abd tenderness
EXTREMITIES: good pulses on all extremities, no swelling\tenderness on the extremities, no edema bruised and swollen lateral aspect L foot
SKIN: warm, dry, good color, no rash, no abrasions\lacerations

**SPECIAL CONSIDERATIONS:** pt custody main jail
Domestic Violence Screen:

**NURSING INTERVENTION(s):**
DISCLOSURE PROTECTED HEALTH INFORMATION: With whom may we share information about your condition? With whom:

RN Sgntr:                              RN Doc Prntd:

(C)2004 Wellsoft Corp Price/Sterl/Sloan THIS IS THE LAST PAGE

Duarte 000073

Santa Clara Valley Medical Center -- Emergency Dept.
751 S. Bascom Ave. San Jose, CA 95128 -- (408) 885-6900

Patient: Duarte, Eric C-c
Arrival: 10/28/2004 1657

10/28/04
Med Rcrd: 00717859
Pt Acent: 201186822

## Clinical Documentation (Addendum)

Patient: Duarte, Eric C-c
Age/DOB: 6/5/1967
Med Rcrd: 00717859
Pt Acnt: 201186822
SS #: 560593461

Age: 37yr        Sex: M

Arrival: 10/28/2004 1657

## MD Chart

(-) = absent, (+) = present, (?) = unknown, (_) = not evaluated

Nix, David Md  Created: 10/28/2004 1801  Last Entry: 1812

**PHYSICIAN H&P**

**HPI:** Yesterday, while playing handball, pt suffered inversion injury of L foot with pain at lateral for foot. Swelling and continued pain ON. Seen at infirmary at jail, told he had a fracture and sent to VMC without films. Has been ambulatory on food with moderate to severe pain. No other trauma. No lacerations
Last Tetanus: UTD.

**ROS:** (-)neck pain, (-)chest pain, (-)abdominal pain, (-)LOC, (-)headache.

**PMH:** no relevant PMH.

**PHYSICAL EXAM:**
GENERAL APPEARANCE: alert, cooperative, mild obvious discomfort.
VITALS: WNL,
EXTREMITIES: good pulse in injured extremity, affected area on extremity has no erythema, mild-moderate swelling ove dorsum to lateral foot, severe tenderness to palpation on lateral edge and no abrasions\lacerations. Motor/sensation over all 5 toes intact.
SKIN: warm, dry, good color.
NEURO: motor intact and sensory intact in injured extremity.
MENTAL STATUS: speech clear, oriented X 3, responds appropriately to questions.

**DIFFERENTIAL Dx:**

**DATA REVIEWED:** L Foot 3-View: oblique fracture of distal 1/3 of 5th metatarsal, distal fragment displaced mediall approx 25% in AP view. Extra-articular.

**MD NOTE:**

Nix, David Md  Created: 10/28/2004 1801  Last Entry: 1803

MD Note:

**PMH:** no relevant PMH.

Garrett, Brendan M.D.  Created: 10/28/2004 1836  Last Entry: 1838

MD Note: I have personally interviewed and examined the patient. I discussed the findings, interventions and diagnostic testing with Nix, David Md. I agree with the findings as presented with exceptions in our respective documentation. 04X 37 yo man with handball injury last night in

Garrett, Brendan M.D.  Created: 10/28/2004 1842  Last Entry: 1844

Interrupted while documenting, playing in the jail and injured his L foot, has been walking on it, xray shows MT 5 shaft fx spiral.

Nix, David Md  Created: 10/28/2004 1846  Last Entry: 1847

MD Note: D/W Dr Ray Oshtoy, Ortho consult resident-> Place pt in hard walking shoe, WBAT with crutches as needed.
F/U Red ortho next Thurs at 10 a.m. Will dispo with vicodin, motrin, and RICE precautions.

MD Sgntr: Garrett, Brendan M.D. 10/28/2004 1910

MD Signature: _____

ED MD ID: **015784**    ED MD Code: **57**

MD ED ID #: _____

Consult Service(s): **Phone Only, Orthopedics**

Duarte ccc75

# EXHIBIT
# COVER PAGE



**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

DuArTe 00162 - EmploYee's RePort IR# 04-19547
DuArTe 00161 - InmATe inJurY RePort

## NUMBER OF PAGES TO THIS EXHIBIT: ___2___ PAGES

## JURISDICTION: (CHECK ONLY ONE)

☐ MUNICIPAL COURT

☐ SUPERIOR COURT

☐ APPELLATE COURT

☐ STATE SUPREME COURT

☒ UNITED STATES DISTRICT COURT

☐ STATE CIRCUIT COURT

☐ UNITED STATES SUPREME COURT

☐ GRAND JURY

County of Santa Clara          EMPLOYEE'S REPORT IR# 04-19547          PAGE    OF

**TO: (RANK, NAME, DIVISION)**
Capt T. Wong – Main Jail North

**LOCATION OF OCCURRENCE:**
Main Jail South/ Sundeck

**SUBJECT:** (If not listed below)
Inmate Injury

**DATE AND TIME OCCURRED:**
10/27/04 @ 2130hrs.

☐ USE OF FORCE    ☐ MEDICAL EMERGENCY    ☐ USE OF RESTRAINT ROOM    ☐ SECURITY CELL SEARCH    ☐ REHOUSING COMPLETED    ☐ VIDEO TAKEN BY
☐ SAFETY CELL#    ☒ FORCED MEDICATION    ☐ INMATE MUTUAL COMBAT    ☐ INFRACTION ISSUED    ☐ VIDEO REVIEWED BY
☐ CHEMICAL AGENTS / LESS THAN LETHAL MUNITIONS (If used explain in body of report)    ☐ (OTHER)

**P.L.E.O.:**    OFFICER:    Gill # 2528
List additional Officers in body of report.
OFFICER:
OFFICER:
OFFICER:

☒ ORIGINAL REPORT    ☐ CRIME REPORT    ☐ SUPP. REPORT    ☒ INJURY REPORT    ☐ OBSERVATION LOG

**DOCTOR/NURSE:**    Nurse Myrna
**INMATE INVOLVED:**    Duarte, Eric          **BOOKING#**    03016674
**INMATE INVOLVED:**                          **BOOKING#**
Crime report #    N/A                Charges
**ATTACHMENTS:**    Inmate Injury Report.

**NARRATIVE:**    On 10/27/04, I was assigned to work at Main Jail South as Deck Patrol 1. At approximately 2105 hrs I pulled Inmate Duarte # 03016674 and his room mate Casarez #████████ for their scheduled yard time.

At approximately 2130 hrs Inmate Duarte informed me that he injured his left foot while playing handball. I secured Inmate Duarte and Casarez and brought them back to their cell. I then informed nurse Myrna of the injury. At 2230 hrs Nurse Myrna examined inmate Duarte and provided him with and ice pack to get the swelling down. As per nurse Myrna Inmate Duarte will have an x-ray done to his left foot.

END OF REPORT

*Recently sentenced to 460 yrs – Security Risk if transported to VMC !*

**CONFIDENTIAL
DO NOT DUPLICATE**

Continue Narrative on reverse side

**INJURIES TO STAFF OR INMATE**    N/A
**CONTROL AND SGT.**    Csabanyi          **BADGE #**    1594    **WERE NOTIFIED.**
**(SAFETY CELL ONLY) TIME IN**          OUT          (Safety cell / Use of force = copy to Classification)
**CLOTHING / PROPERTY (IF ANY) PLACED**                    BY
Copies sent to:    CLASSIFICATION

| SUPERVISOR APPROVING: | BADGE | EMPLOYEES SIGNATURE | DATE/HOUR |
|---|---|---|---|
| Sgt Csabanyi | 1594 | Gill # 2528 | 10/27/04 2200hr |

SANTA CLARA COUNTY
INMATE INJURY REPORT                          Date: 10/27/04

DATE OCCURRED: 10/27/04    TIME OCCURRED: 0130    DAY OF WEEK: WED    TEAM: D

NAME: DUARTE, ERIC    H/F: M    AGE: 37    RACE: H    CEN: 0306674

LOCATION WHERE INCIDENT OCCURRED:
(Please Check Box and Fill In Where Appropriate)
[X] FACILITY: MJS    LOCATION: SUN DECK    BKG INTAKE:
[ ] IN COURT
[ ] DURING TRANSPORTATION
[ ] OTHER:

ASSIGNED HOUSING PRIOR TO INCIDENT: FACILITY:           LOCATION:

DID INJURY OCCUR WHILE ON INMATE WORK CREW?    [ ] YES    [X] NO

INJURY CATEGORY: [ ] INMATE VS INMATE          [ ] SINGLE INMATE
                 [ ] INMATE VS BADGE-PERSONNEL [ ] INJURY CAUSED BY EQUIPMENT/TOOLS
                 [ ] INMATE VS CIVILIAN PERSONNEL [X] EXERCISE INJURY
EXTENT OF INJURIES: [X] MINOR  [ ] MODERATE  [ ] MAJOR  [ ] OTHER
                                                        [ ] DEATH

HOW DID INJURY OCCUR?
[ ] MUTUAL COMBAT    [X] ACCIDENTAL       [ ] SELF INFLICTED
[ ] ASSAULT          [ ] ATTEMPTED SUICIDE [ ] SUICIDE
[ ] SEXUAL ASSAULT   [ ] ASSAULT W/WEAPON - DESCRIBE:

INJURED BODY PART: [ ] HEAD/FACE  [ ] BODY/TRUNK  [X] LEGS/FEET  [ ] ARMS/HANDS

TYPE OF INJURY: [ ] ABRASION  [ ] BRUISE  [ ] FRACTURE  [ ] INTERNAL INJURY
                [ ] LACERATION [X] SPRAIN  [ ] STRAIN    [ ] OTHER:

TREATMENT PROVIDED: [ ] NONE  [ ] STAFF  [X] MED STAFF  [ ] VMC  [ ] REFUSED

WITNESSES, AND SUSPECTS (If Suspect, Include Age/Race)

| NAME | HOUSING | CEN/I.D. # | WIT. | SUSP. | AGE | RACE |
|------|---------|-----------|------|-------|-----|------|
| #1. CASAREZ, MELECHO (W) | 317 E max | ▬▬▬ | ✓ | | 30 | H |
| #2. | | | | | | |
| #3. | | | | | | |
| #4. | | | | | | |

**CONFIDENTIAL DO NOT DUPLICATE**

FOLLOW UP NEEDED: [ ] YES    [ ] NO    INCIDENT REPORT NUMBER: 04-19547

| | NAME | BADGE / I.D. NUMBER | REPORT YES/NO | INJURED* YES/NO |
|--|------|---------------------|---------------|-----------------|
| REPORTING OFFICER: | Gill | 2528 | Yes | NO |
| ASSISTING OFFICERS: | | | | |
| CIVILIAN EMPLOYEES: | MYRNA | Med Staff | NO | NO |

APPROVAL
SERGEANT: Sgt Barbarin #1594
DIVISION COMMANDER:

CUSTODY OPERATIONS BUREAU USE
DATA ENTRY COMPLETED: [ ] YES  [ ] NO
DATA ENTRY OPERATOR:

*ATTENTION DIVISION ADMINISTRATION: If Employee Injured, submit a copy of "Supervisors First Report of Industrial Injury/Illness", to Custody Operations Bureau.

DISTRIBUTION: WHITE-DIVISION COMDR  CANARY-CUSTODY OPS BUREAU  PINK-INMATE CLASSIF JACKET  9/88  FT6 / 440.10

8936 REV 10/89

Duarte00161

# EXHIBIT
# COVER PAGE 

**EXHIBIT**

**DESCRIPTION OF THIS EXHIBIT:**

Duarte 0166 - Main Jail Log Book
Duarte 0167 - Main Jail Log Book

**NUMBER OF PAGES TO THIS EXHIBIT:** _2_ **PAGES**

**JURISDICTION: (CHECK ONLY ONE)**

☐ **MUNICIPAL COURT**

☐ **SUPERIOR COURT**

☐ **APPELLATE COURT**

☐ **STATE SUPREME COURT**

☒ **UNITED STATES DISTRICT COURT**

☐ **STATE CIRCUIT COURT**

☐ **UNITED STATES SUPREME COURT**

☐ **GRAND JURY**

241

**MAIN JAIL LOG BOOK**
OFFICER: LEDEZMA   DATE: 10-08-04
BADGE #: 2552/2286   TEAM: B
                                   POST: 3RD E MTS

| | |
|---|---|
| AIR PACK ___ LBS PRESSURE | FIRST AID KIT |
| AIR PACK ___ LBS PRESSURE | SK KNIFE |
| FIRE EXTINGUISHER | BIO-HAZARD KIT |
| FLASHLIGHT | IRD KIT |
| YARD/UNIT CHECK | NAIL CLIPPERS |
| POST ORDERS PRESENT/REVIEWED | PENCIL SHARPENER |
| PROCEDURES MANUAL | PENAL CODE |
| EQUIPMENT PROBLEMS: | |

| | |
|---|---|
| 0550 | B TEAM BRIEFING. |
| 0600 | RELIEVED NIGHTSHIFT, EXCHANGED KEYS + RADIO # 952 |
| 0610 | HEADCOUNT + WELFARE CHECK COMPLETED |
| 0638 | RADIO ALARM CHECK + KEY COUNT COMPLETED/ |
| | COUNT CLEAR PER MTN CONTROL |
| 0640 | A.M. COURTS OUT (GP) INMATES |
| 0650 | SAN JOSE MERCURY NEWS PAPERS PASSED OUT |
| 0717 | ASSESSMENT NURSE LELA ON DECK |
| 0810 | (305E) INMATE ▓▓▓▓▓▓▓▓ REFUSED MED. APPT. |
| 0830 | SGT. ▓▓▓▓ + NOBL |
| 0845 | (1) RELEASE (345E) ▓▓▓▓▓ |
| 0850 | LUNCH COMPLETED (MAX TIER + OB CELLS) |
| 0915 | (1) RELEASE (349E) ▓▓▓▓▓ |
| 0933 | A.M. PILL CALL NURSE SUE |
| 1064 | I.C.E. INSPECTION ON DECK SGT. GE |
| | CONDUCTS TOUR 3 INSPECTION |
| 1024 | PILL CALL COMPLETED |
| 1103 | P.M. COURTS OUT (GP) INMATES |
| 1115 | (1) NEW (341E) ▓▓▓▓▓ |
| 1225 | GSA PLUMBER (310E) TOILET MAX TIER |
| 1248 | RELEASE 344 E ▓▓▓▓▓ |
| 1310 | P.M. MEDICALS OUT (X-RAY) |
| 1353 | P.M. PILL CALL NURSE SUE |
| 1400 | CALLED MENTAL HEALTH FOR INMATE ▓▓▓ |
| | ▓▓▓▓▓▓▓▓▓ - WROTE A PSYCH REFERRAL |
| | INMATE ▓▓▓▓ CONTINUES TO THREATEN |
| | AND CHALLENGE BADGE STAFF WROTE A |
| | NEGATIVE CUSTODY INPUT REPORT. 8A (HISTORY) |
| | CLASSIFICATION NOTIFIED OF HIS BEHAVIOR |
| 1510 | DIABETIC CALL |
| 1530 | INMATE DUARTE JEFIC # 03016674 CCI 496 TO V4 |
| 1900 | 07 G.J 6 - 2008 |

CONFIDENTIAL

Duarte0166

MAIN JAIL LOG BOOK

OFFICER: _____ DATE: 10/28/04
BADGE #: _____ TEAM: D          POST: 2P2C45T.

- AIR PACK _____ LBS PRESSURE
- AIR PACK _____ LBS PRESSURE
- FIRE EXTINGUISHER
- FLASHLIGHT
- YARD/UNIT CHECK
- POST ORDERS PRESENT/REVIEWED
- PROCEDURES MANUAL
- EQUIPMENT PROBLEMS:

- FIRST AID KIT
- YIT KNIFE
- BIO-HAZARD KIT
- ISO-KITS
- NAIL CLIPPERS
- PENCIL SHARPENER
- PENAL CODE

1800  EXCHANGED RADIO, KEYS AND INFO.
1812  STARTED SHOWERS "ODDS & ORS".
1903 (1) ELMWOOD TRANSFERS.                              ( 344 )
LATE ENTRY 1855: ▮▮▮▮▮ TO LAW LIBRARY/RTN @ 2118 HRS
1909  (1) N/H: ▮▮▮▮▮                →344
1941  SGT @ 2077
1947  ▮▮▮▮▮ OUT FOR SHOWER
1948  SHOWERS ON DECK
1955 (1) RELEASE: ▮▮▮▮▮                (344)
2030 (2) RELEASES: ? ▮▮▮▮▮              (342)
/              ▮▮▮▮▮ (345)
/  DUARTE, ERIC # 030624674 (317 MAX TIER) RETURN
   FROM V.M.C.
2031  PILL CALL NURSE IN DECK / DONE @ 2135
2145 (3) CDC's: ▮▮▮▮▮              (344)
/                        (344)
/                        (340)
226 (1) RELEASE: ▮▮▮▮▮              (345)
/ (1) N/H: ▮▮▮▮▮        →345
2215  MAIL ON DECK AND DISTRIBUTED
0015 (1) N/H (345) ▮▮▮▮▮
0225 (1) REL (344) ▮▮▮▮▮
0240  DIABETICS OFF DECK @ X 0302 HRS
0330  BREAKFAST SERVED + TRASH BAGS OFF DECK
0436 (1) REL (339) ▮▮▮▮▮
0600  RELIEVED BY DAYSHIFT EXCHANGE KEYS + RADIO

CONFIDENTIAL

# EXHIBIT
# COVER PAGE



E

**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

Duarte 00149 - Medical records.

## NUMBER OF PAGES TO THIS EXHIBIT: ___1___ PAGES

## JURISDICTION: (CHECK ONLY ONE)

☐ MUNICIPAL COURT

☐ SUPERIOR COURT

☐ APPELLATE COURT

☐ STATE SUPREME COURT

☒ UNITED STATES DISTRICT COURT

☐ STATE CIRCUIT COURT

☐ UNITED STATES SUPREME COURT

☐ GRAND JURY

| | | | GUERNEY NO. | USUAL MEDICAL PROVIDER | | | PHYSICIAN | | CLERK |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DUARTE | | | 3 | | SRIDED |
| PATIENT NAME | LAST | FIRST | MI | ADMISSION DATE | FINANCIAL CLASS | | LANG. | CHART NO. | |
| DUARTE ,ERIC | | | | 10/28/04 | U | | E | 00717859 | |
| ADDRESS | | | | PHONE NO. | SOCIAL SECURITY NO. | | | PATIENT ACCOUNT NO. | VISIT SEQ. |
| 2682 AIDA AVE. | | | | 408  528-9567 | 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 | | | 201186B22 | |
| CITY, STATE | | ZIP CODE | | AGE | SEX | MARITAL STATUS | BIRTHDATE | BIRTH PLACE | RELIGION |
| SAN JOSE | | CA  95122 | | 37.Y | M | M | 06/05/1967 | CA | NON |
| EMPLOYER | | | | NEAREST RELATIVE | | | | | RELATIONSHIP |
| UNEMPLOYED | | | | DUARTE ,JOELL | | | | | 3 |
| EMPLOYER ADDRESS | | CITY, STATE\ | | RELATIVE ADDRESS | | | | | |
| EMPLOYER PHONE NO. | POSITION HELD | | | CITY, STATE | | | CA | PHONE NO. 408  254-0547 | |
| ACCIDENT HOW SUSTAINED | | LOCATION | | DATE OF INJURY | | TIME OF INJURY | | MEANS OF ARRIVAL POLICE CAR | |
| COMPLAINT | | | | ACCOMPANIED BY: | | | | BY WHOM TRANSPORTED | |
| METATARSAL FX | | | | | | | | DOC1597 | |

NOTIFICATION  Y    FAMILY    CORONER   ☐ POLIC BADGE

Duarte00149

# EXHIBIT COVER PAGE



**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

Duarte 00129- Medical Form
Duarte 00139- Medical Form

## NUMBER OF PAGES TO THIS EXHIBIT: ___2___ PAGES

## JURISDICTION: (CHECK ONLY ONE)

- [ ] MUNICIPAL COURT
- [ ] SUPERIOR COURT
- [ ] APPELLATE COURT
- [ ] STATE SUPREME COURT
- [x] UNITED STATES DISTRICT COURT
- [ ] STATE CIRCUIT COURT
- [ ] UNITED STATES SUPREME COURT
- [ ] GRAND JURY

MEDICAL/MENTAL HEALTH SERVICES REQUEST



**SANTA CLARA VALLEY MEDICAL CENTER**
**ADULT INSTITUTIONS MEDICAL UNITS**
**UNIDADES MEDICAS EN INSTITUCIONES**
**DE PRESIDIARIOS ADULTOS**

**MEDICAL FORM**
**FORMULARIO MEDICO**

Date
Fecha  10-29-04

Booking #
Número del Registro de Admisión  03016674     PFN #  CCI496

Name
Nombre  DUARTE          ERIC          CRESENCIO
Last Name (Apellido Paterno)    First (Nombre de Pila)    Middle (Segundo Nombre)

Date of Birth                                    Housing
Fecha de Nacimiento  06/05/67         Vivienda  3-EAST-MAX  #317

Request to see (Circle One)  Medical or Mental Health
Quiero ver (Marque uno) a alguien en   Servicios Médicos o Servicios de Salud Mental

Reason for Request
Razón de esta petición  I BROKE MY FOOT 10/28/04 - V.MC DOCTOR
GAVE ME VICADINE FOR THE PAIN - THE DR. SHOWED ME THE FORM
WHERE HE STATES VICADINE - I'M BEING GIVEN MOTRIN BY THE JAIL -

How Long Have You Had This Problem?  MOTRIN DOES NOTHING FOR THE SEVERE
¿Por cuánto tiempo ha tenido usted este problema?  PAIN I'M IN - MY FOOT IS BROKEN !!

**NOTE: GIVE THIS FORM TO A NURSE ONLY**
**NOTA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA**

NOTE: GIVE THIS FORM TO A NURSE ONLY
NOTA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA

DO NOT WRITE IN SHADED AREA    No escriba en esta área obscura

FORM

Duarte00129

**MEDICAL/MENTAL HEALTH SERVICES REQUEST**

SANTA CLARA VALLEY MEDICAL CENTER
ADULT INSTITUTIONS MEDICAL UNITS
UNIDADES MEDICAS EN INSTITUCIONES
DE PRESIDIARIOS ADULTOS

MEDICAL FORM
FORMULARIO MEDICO

Date
Fecha  11-1-04

Booking #
Número del Registro de Admisión  03016674          PFN #  CCI496

Name
Nombre  DuArte          Eric          Cresencio
Last Name (Apellido Paterno)    First (Nombre de Pila)    Middle (Segundo Nombre)

Date of Birth                                    Housing  S.H.
Fecha de Nacimiento  06-05-67          Vivienda  MJN  Z-B-1

Request to see (Circle One)  (Medical) or Mental Health
Quiero ver (Marque uno) a alguien en   Servicios Médicos o Servicios de Salud Mental

Reason for Request
Razón de esta petición  I Broke My FooT 10-28-04 - My 2 ouTer ToeS
Are Numb/and Tingley - I Have STrong shooTing Pains Going

How Long Have You Had This Problem?  2 DAys          The SLengTh oF FooT
¿Por cuánto tiempo ha tenido usted este problema?

NOTE: GIVE THIS FORM TO A NURSE ONLY
NOTA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA

DO NOT WRITE IN SHADED AREA - No escriba en esta area obscura

FORM #502

Duarte00139

# EXHIBIT
# COVER PAGE G

**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

Plaintiff 001 - 602 Inmate Appeal

## NUMBER OF PAGES TO THIS EXHIBIT: ____1____ PAGES

## JURISDICTION: (CHECK ONLY ONE)

- ☐ MUNICIPAL COURT
- ☐ SUPERIOR COURT
- ☐ APPELLATE COURT
- ☐ STATE SUPREME COURT
- ☒ UNITED STATES DISTRICT COURT
- ☐ STATE CIRCUIT COURT
- ☐ UNITED STATES SUPREME COURT
- ☐ GRAND JURY

S.Q.S.P. PHARMACY
Phone # (415) 454-1460    EXT. 5567

RN Bailey,
Would you Please
✗ Screen this Inmate
And refer to Sickcall

ation: Institution/Parole Region        Log No.  05-841        Category  8
1    SQ                              1

2                                    2

as a significant adverse effect upon you. With the exception of Serious CDC 115s, classification
ntative decisions, you must first informally seek relief through discussion with the appropriate staff
ion was taken. If you are not then satisfied, you may send your appeal with all the supporting
comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken
for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| DUARTE, ERIC | T-24814 | AD-SEG | 1-C-32 |

A. Describe Problem: I HAVE SENT PRIOR HEALTH CARE SERVICE REQUEST FORMS.
I HAVE HAD NO RESPONSE. I HAVE A FRACTURE in my (L) FOOT
(mid diaphysis of THE 5TH METATARSAL) (VERIFICATION OF THIS is
found in my CDC-medical file) + see Radiographic REPORT OF 01/03/
05. I am STILL in EXTREME PAIN and discomfort & swelling.

If you need more space, attach one additional sheet.

B. Action Requested: TO BE SEEN BY A physician AT ONCE  2) TO RECEIVE CARE
And TREATMENT on my BROKEN/injured FOOT (As described above).
3.) TO BE SEEN BY an orthopedic physician / SURGEON.

Inmate/Parolee Signature: Eric Duarte          Date Submitted: 2-28-05

C. INFORMAL LEVEL (Date Received:
Staff Response: You must submitt a sick call request.
Be screened by the Registered Nurse who
will determined if Medically Necessary for
you to be referred to the doctor.

Staff Signature: M McCulpepp — (Smith—    Date Returned to Inmate: 4-7-05

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and
submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I AM dissatisfied BY THE REVIEWERS ANSWERS for I HAVE
submitted THE PROPER HEALTH CARE SERVICE REQUEST FORMS. AND I HAVE
YET TO BE SEEN or TREATED! I ASK FOR my original REQUEST in
SECTION "B" TO BE GRANTED.

Signature: Eric Duarte          Date Submitted: 4/11/05
                                CDC Appeal Number:

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

APR 13 REC'D

PLAINTIFF 001

# EXHIBIT
# COVER PAGE



**EXHIBIT**

**DESCRIPTION OF THIS EXHIBIT:**

Duarte. 0000 1B - X-RAY Film OF (L) FOOT

**NUMBER OF PAGES TO THIS EXHIBIT:** ___1___ **PAGES**

**JURISDICTION: (CHECK ONLY ONE)**

☐ **MUNICIPAL COURT**

☐ **SUPERIOR COURT**

☐ **APPELLATE COURT**

☐ **STATE SUPREME COURT**

☒ **UNITED STATES DISTRICT COURT**

☐ **STATE CIRCUIT COURT**

☐ **UNITED STATES SUPREME COURT**

☐ **GRAND JURY**

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. Sec. 466 & 2015.5; 28 U.S.C. Sec. 1746)

I, ERIC DUARTE _____ declare under penalty of perjury that: I am the
PLAINTIFF _____ in the above entitled action; I have read the following documents
and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein
upon information, and belief, and to those matters, I believe they are true..

Executed this 17TH day of JAN. _____, 20 08, at Salinas Valley State Prison, Soledad, CA 93960-1050.

(Signature) Eric Duarte
DECLARANT / INMATE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PROOF OF SERVICE BY MAIL
(C.C.C.P. Sec. 1013(a) & 2015.5; 28 U.S.C. Sec. 1746)

I, GERRY WILLIAMS _____, am a resident of Salinas Valley State Prison, in the County of
Monterey, State of California; I am over eighteen (18) years of age and am / am not a party of the above
entitled action. My state prison address is: P.O. Box 1050, Soledad, CA 93960-1050.

On JANUARY 17, 20 07, I served the foregoing: PLAINTIFF ERIC DUARTES
DECLARATION IN SUPPORT OF HIS OPPOSITION TO THE DEFENDANTS
MOTION FOR SUMMARY JUDGMENT

(Set forth exact title of document(s) served.)

on the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof
fully paid, in the Salinas Valley State Prison mail system.

ANN MILLER RAVEL, COUNTY COUNSEL
70 WEST HEDDING, EAST WING, NINTH FLOOR
SAN JOSE, CALIFORNIA 95110-1770
(List parties served)

There is delivery service by the United States Mail at the place so addressed, and / or there is regular
communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: JANUARY 17, 20 08.

Gerry Williams
DECLARANT / INMATE