```
ERIC DUARTE.T-24814
Salinas Valley State Prison
Facility A4/141u
P.O.Box 1060
Soledad,California 93960-1060
```

FILED
AUG 1 1 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DUARTE,<br>plaintiff,<br>   v.<br>LAURA SMITH, sheriff of<br>santa clara county, et al. | no.C05-1374 CW (PR)<br>AFFIDAVIT OF ERIC DUARTE,<br>IN SUPPORT OF OPPOSITION<br>OF DEFENDANT'S MOTION<br>FOR SUMMARY JUDJMENT. |

I,Eric Duarte, Declare as follows;
1. I am the plaintiff in the above-entitled case and could testify truthfully to the following.

   While in the custody of the santa clara county department of corrections, main jail south, 3rd.east max.cell 317 on September 27,2004 at approximately 2130 hrs. while on the excersize yard (sun deck) located on the second floor i slipped and fell while playing hand-ball and,broke my fifth METATORSAL BONE in my left foot.
   My cellmate (also a prisoner) CASARZ,MELECHO was playing hand-ball with me.
   When i slipped and fell i felt and heard the bone snap which was also heard by mr. casarez who looked at me and asked "do you want me to call man down".(medical emergeny) I replied "YES". mr.Casarez called out in a loud voice"MAN DOWN" to Correctional officer Gill,badge no.2528.(c/o Gill). who was enclosed in a observation booth that over-looks the excersize yard.
C/O.Gill responded to the man down call who then came to the metal fence door and asked"what's wrong". I told c/o.Gill "I think i broke my foot". I then removed my sun deck shoes (a white nylon slip on type tennis shoe) and sock, I then showed the obvious lump on the side of my foot caused by the bone pushing out-wards on the skin.
C/O.Gill asked if i wanted to see a nurse. I responded"YES".
C/O.Gill then asked if i could walk. I told him "NO" my foot hurts too much. c/o.Gill told mr. Casarez to help me walk back to our cell . Mr. Casarez and i were then placed in hand cuffs with our hands BEHIND our backs after about twenty steps c/o.Gill asked if it was to hard for me to walk again i told him "YES". The hand cuffs were removed and i was then cuffed with my hands in front of me.
   I then partially walked on the hill of my foot and hopped with the assistance of mr. Casarez back to my cell . The distance from my cell on the third floor to the elevator that takes us to the second floor is approximately fourty to fifty yards and from the elevator on the second floor to the second

1

1  floor sun deck is approximately another fourty to fifty yards
   once in my cell c/o Gill then called for medical . At 2210
2  hrs. Nurse Myrna arrived at my cell and ask me " what happened"
      I explained the above mentioned events to nurse Myrna, She
3  then asked to see my foot after looking and touching at and
   lightly touching my foot she asked me "on a scale of 1 to 10
4  ten being the greatest how bad is the pain" I stated a 10.
   Nurse Myrna told me she did'nt think i broke my foot but that
5  i probably sprained it, she then began to explain to me that
   a sprain is sometimes just as worse then a broken bone because
6  a sprain takes longer to heal then a broken bone. She then
   told me to keep my foot elevated and to stay off of it. I told
7  her that my foot hurt very badly and wanted to see a doctor
   now she told me there was nothing she could do about that because
8  there was no doctor on duty at that time of night that i would
   have to wait untill the morning but that she would schedule
9  me for an x-ray in the morning until then she would give me
   a mild pain reliever(MOTRIN) and an ice pack.
      The following morning October 28,2004 @ approximately 10:00a.m
10 I was cuffed with my hands in front of me and made to walk
   to the medical unit located in the main jail north . The main
11 jail north is the newly constructed jail built next door to
   the old jail,named the main jail south. an under ground tunnel
12 links the two jails.
      The distance from my cell to the elevator that takes me to
13 the basement is approximately 40 to 50 yards once in the basement
   the distance from there to the next elevator that leads to
14 the second floor medical is approximately one hundred yards
   during this entire time i was made to walk unassisted with
15 leg restraints on (cuffs that secure your ankles together this
   forced me to put weight on my broken foot .
16    After x-rays were taken and reviewed by the x-ray technition
   name of whom is unknown stated to me and the C/O escorting
17 me name of whom is also unknown to stay off my foot because
   i had a broken foot. This technition also told me that i would
18 be signed up to see the doctor the following day then left
   the room still in shackles the c/o escorting me told to get
19 off the bed so we could go back, I asked the c/o if he heard
   what the technition just said about my foot being broken he
20 said"YEA" lets go . I was then forced to walk back to my cell
   unassisted. I then filed an inmate greivence for immediate
21 medical attention at approximately 2:00 p.m the floor c/o working
   3rd east max told me my greivence was granted and,to get ready
22 to be taken to VALLEY MEDICAL HOSPITAL. (V.M.C), which is a
   outside civilian hospital located in San Jose.
23    I was then placed in waist chains and leg restaints and made
   to walk to the basement then to the van and then i had to climb
24 into the van puting almost all of my weight on my broken foot
   the pain this caused was so great that i fell forword into
25 the van landing on my stomache. C/O BEVAN,badge no.1597. reached
   out and grabbed my elbo to assist me to sit up ,I was then
26 taken to V.M.C .
      Once at V.M.C I had to reverce the process of getting out
27 out of the van and walk into the hospital though there was
   a patient drop off right in front of the hospital door c/o
28 bevan and his partner chose to park approximately 40 yards

-2-

1 from the hospital entrence and made me walk into the hospital
2   I was given another x-ray of my foot, The doctor who saw my x-ray told me that i had a broken FIFTH METATORSAL. I was then given a strong pain reliever (vicodin) and, placed into
3 a hard sole shoe, and crutches. I attempted to walk with the crutches but was unable to due to the waist chains that secured
4 my hands to my waist and, the leg shackles still securing my ankles together. Anytype of safe movement on the crutches
5 was impossible, So i declined the crutches and requested a wheel-chair, The doctor informed c/o Bevan of my request, c/o
6 Bevan stated that the final descision would be up to the jail.
7   I was then given a priscription of vicodin, and directions to use an ice pack on my foot, to keep my foot elevated and
8 rest. I was then released from the doctors care. I was then made to walk back to the van in leg shackles.
9   When i arived at the jail i was made to walk back to medical unit to be cleared by a doctor. I was instead seen and cleard
10 by a nurse, After being medically cleared i was made to walk back to my cell, again i requested a wheel-chair and was denied.
11   The following day, October 29,2004 @ approximately 0600 hrs i was told by the floor officer that i had court, I had a motion
12 for a new a trial pending in SUPERIOR COURT. I requested a wheel-chair and again i was denied. I then refused to go to
13 court. I filed a inmate grievence to be re-housed in medical and given a wheel-chair. approximately twenty minutes later
14 the floor c/o told me that my grievence would be approved if i would cuff up (to have leg and waist shackles put on)and
15 go to court. A wheel-chair brought to my cell door, I then cuffed up and went to court. After court i was taken to medical
16 unit located in the main jail north and seen by a nurse who cleared me to go to the second floor medical housing unit for
17 sick and injured inmates. I stayed in the medical unit until December when i was cleared by the jail docter to return to
18 the maximum security housing unit (THIRD EAST MAX).

19   I declare under penalty of perjury under the laws of the UNITED STATES that the foregoing is true and correct,and that
20 this this affidavit was executed at SALINAS VALLEY STATE PRION located in the county of Monterey, state of california.

24 dated: 12/27/06                        *Eric Duarte*                                   Eric Duarte,In prose

STATE OF CALIFORNIA                                                                 COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC 1746)

I, ERIC C. DUARTE, declare under penalty of perjury that: I am the PLAINTIFF, in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 7th day of AUGUST, 20 08, at Salinas Valley State Prison, Soledad, CA 93960-1050.

(Signature) Eric Duarte
DECLARANT/PRISONER

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, ERIC C. DUARTE, am a resident of California State Prison, I the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, CA 93960-1050.

On AUGUST 7th, 20 08, I served the foregoing: PLAINTIFF ERIC DUARTE'S OPPOSITION TO THE AMENDED MOTION FOR SUMMARY JUDGMENT OF DEFENDANT OFFICER MARTYN BEVAN

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, CA 93960-1050.

OFFICE OF THE CLERK, U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

280 SOUTH FIRST STREET, R.M. 2112

SAN JOSE, CALIFORNIA 95113-3095

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: AUGUST 7th, 20 08

Eric Duarte
DECLARANT/PRISONER