1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, Ninth Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendant
   OFFICER MARTYN BEVAN

8              UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                         (SAN JOSE)

11 ERIC DUARTE,                    )   No. C 05-01374 JF
                                   )
12       Plaintiff,                )
                                   )   **PROOF OF SERVICE BY MAIL**
13    v.                           )
                                   )
14 LAURA SMITH SHERIFF OF SANTA    )
   CLARA COUNTY, et. al.,          )
15                                 )
                                   )
16       Defendants.               )
   _____)

17       I, Mary Lou Gonzales, say:

18       I am now and at all times herein mentioned have been over the age of eighteen years,

19 employed in Santa Clara County, California, and not a party to the within action or cause; that

20 my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-

21 1770. I am readily familiar with the County's business practice for collection and processing

22 of correspondence for mailing with the United States Postal Service. I served a copy of the

23       **REPLY IN SUPPORT OF AMENDED MOTION FOR SUMMARY
         JUDGMENT OF DEFENDANT MARTYN BEVAN**

25 by placing said copy in an envelope addressed to:

26    Eric Duarte, T-24814
      Salinas Valley State Prison
27    Facility A4-235-L
      P.O. Box 1050
28    Soledad, California 93960-1060

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail                    1                         C 05-01374 JF

1 | which envelope was then sealed, with postage fully prepaid thereon, on **August 13, 2008**,
2 | and placed for collection and mailing at my place of business following ordinary business
3 | practices. Said correspondence will be deposited with the United States Postal Service at San
4 | Jose, California, on the above-referenced date in the ordinary course of business; there is
5 | delivery Service by United States mail at the place so addressed.
6 |     I declare under penalty of perjury under the laws of the State of California that the
7 | foregoing is true and correct, and that this declaration was executed on **August 13, 2008**, at
8 | San Jose, California.

*Mary Lou Gonzales* (signature)
Mary Lou Gonzales

28 | 139363.wpd