ERIC C. DUARTE,T-24814
SALINAS VALLEY STATE PRISON
FACILITY A4/235
P.O.BOX 1050
SOLEDAD,CALIFORNIA 93960-1060
PLAINTIFF  IN PRO PER

**FILED**

2008 AUG 29 P 2: 59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| Eric C. Duarte, | ) No.C05-01374(JF) |
| Plaintiff, | ) **APPLICATION FOR EXTENSION OF** |
| | ) **TIME WITHIN WHICH TO FILE A** |
| v. | ) **REPLY TO DEFENDANT'S REPLY IN** |
| | ) **SUPPORT OF AMENDED MOTION FOR** |
| Laurie Smith,Sheriff of Santa | ) **SUMMARY JUDGMENT OF DEFENDANT** |
| Clara County,et al., | ) **OFFICER MARTYN BEVAN** |
| | ) Current Deadline:9/13/2008 |
| Defendants. | ) Requested Extension to:10/13/2008 |
| | ) Judge: Jeremy Fogel |

I,Eric C. Duarte,Declare that:

1.I am the plaintiff in the above entitled action and proceed in pro per.

2.This is an action by a former inmate of Santa Clara County Department of Corrections alleging that defendant,Correctional Officer(C/O) Martyn Bevan deliberately caused unduly suffering by forcing plaintiff to walk on his broken foot while in leg irons and waist chains,Based on these allegatiions,plaintiff filed a complaint alleging,inter alia,that defendant vilated his Eight Amendment right to be free of cruel and unusual punishment(42 U.S.C.§1983).

///

///

Application for extension of time
within which to file a reply to
defendant's reply in support of amended
motion for summary judgment of defendant
officer Martyn Bevan

-1-

3. On August 13,2008,Defendants submitted their"REPLY IN SUPPORT OF AMENDED MOTION FOR SUMMARY JUDGMENT OF DEFENDANT OFFICER MARTYN BEVAN".

4. Plaintiff intends to file his"REPLY MOTION IN OPPOSITION TO DEFENDANT'S REPLY MOTION". Before plaintiff could do any legal research within facility"A" Law Library,This Facility was placed on "MODIFIED LOCKDOWN".see(Decl.By Plaintiff ¶1:3-4) see also (Exhibit"A"(Law Library))which only allows approved court deadlines only to attend,this restriction further handicaps plaintif's movement,which would,if unrestricted to move freely, would allow plaintiff to walk up to the Law library window to submitt his legal documents for proof of a deadline.

5. Plaintiff is unable to meet the current deadline of September 13,2008,because this lockdown is expected to last for another tw(2) to three(3) more weeks from this date,due to investigations /questioning of all inmates on Facility"A" yard,and searches of all inmates,cells and buildings.

6. Plaintiff respectfully request an extension of thirty(30) days,up to and including the 30th day within which to file his motion in opposition to defendant's reply motion.

I declare under penalty of perjury that the foregoing is true and correct and that it was executed at Salinas Valley State Prison,California on this 28 day of August 2008.

///

///

Eric C. Duarte,
Plaintiff

Application for extension of time
within which to file a reply to
defendant's reply in support of
amended motion for summary judgment
of Defendant officer Martyn Bevan

# ORDER

1

2

3    The plaintiff having applied for an extension of time within

4   which to file his motion to oppose defendant's reply in support

5   of amended motion for summary judgment of defendant officer

6   Martyn Bevan,and good cause appearing therefor:

7

8    IT IS HEREBY ORDERED,ADJUDGED and DECREED that:

9

10   Plaintiff shall file his reply motion in opposition no later

11   than October 13,2008.

12  ///

13  ///

14

15

16

17  Dated:_____                _____

18                                              JUDGE OF THE DISTRICT COURT

19

20

21

22

23

24

25

26

27

28   Application for extension of time
     within which to file a reply to
     defendant's reply in support of
     amended motion for summary judgment
     for defendant office Martyn Bevan

1                  DECLARATION OF ERIC C. DUARTE

2

3    I, Eric C. Duarte declare and say:

4    1. I am the Plaintiff and that i proceed inpropia persona in the matter

5    of (Eric C. Duarte v. Laura Smith, Sheriff of Santa Clara County, et al.)

6    (Case No. C05-01374 (JF)). I make this declaration based on facts within

7    my personal knowledge.

8    2. That on August 20th, 2008 I recieved via inmate legal mail,

9    defendant's "REPLY IN SUPPORT OF AMENDED MOTION FOR SUMMARY

10   JUDGMENT OF DEFENDANT OFFICER MARTYN BEVAN".

11   3. That on August 21st, 2008 Facility "A" was placed on "Modified

12   Lockdown" based on an alleged possible staff assault.

13   4. That on August 21st, 2008 a "PROGRAM STATUS REPORT PART

14   B-PLAN OF OPERATION/STAFF & INMATE NOTIFICATION FORM" was passed

15   out to all efected inmates.

16   5. That this modified lockdown status effects plaintiff because

17   plaintiff resides in Facility "A" yard and that this lockdown

18   effects plaintiff's ability to attend Law Library in the manner

19   needed in which to respond to defendant's "REPLY IN SUPPORT

20   OF AMENDED MOTION FOR SUMMARY JUDGMENT OF DEFENDANT OFFICER

21   MARTYN BEVAN" with a due date of September 13, 2008.

22   6. That this modified lockdown may last another 2 to 3 weeks

23   further from the date of this declaration.

24   7. That the "PROGRAM STATUS REPORT PART-B PLAN OF OPERATION/

25   STAFF & INMATE NOTIFICATION" form hereto attached as Exhibit "A"

26   is an authentic and true document given to plaintiff by CDC

27   Correctional officers in building 4, Facility "A" On 8/21/2008.

28   Application for extension of time
within which to file a reply to
defendant's reply in support of
amended motion for summary judgment
for defendant office Martyn Bevan

1    I,Eric C. Duarte,Declare under penalty of perjury under

2  the Laws of the United States that the foregoing is true and

3  correct as i believe them to be,and that this declaration was

4  execuetd at Salinas Valley State Prison,California on this 28 day

5  of August 2008.

6  ///

7  ///

8

9

10

11  *Eric C. Duarte*

12  Eric Duarte,Plaintiff,

13  Declarant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Application for extension of time
within which to file a reply to
defendant's reply in support of
amended motion for summary judgment
of defendant officer Martyn Bevan

# EXHIBIT
# COVER PAGE



**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

DECLARATION OF ERIC C. DUARTE, PLAINTIFF

## NUMBER OF PAGES TO THIS EXHIBIT: ___2___ PAGES

## JURISDICTION: (CHECK ONLY ONE)

☐ MUNICIPAL COURT

☐ SUPERIOR COURT

☐ APPELLATE COURT

☐ STATE SUPREME COURT

☒ UNITED STATES DISTRICT COURT

☐ STATE CIRCUIT COURT

☐ UNITED STATES SUPREME COURT

☐ GRAND JURY

STATE OF CALIFORNIA
CDCR 3022-B (REV. 07/07)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting periods specific Plan of Operation*

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER |
|---|---|---|
| Salinas Valley State Prison | August 21, 2008 | SVSP-FA-08-0026 |

☐ NORMAL PROGRAM  ☒ MODIFIED PROGRAM  ☐ LOCKDOWN  -  ☐ STATE OF EMERGENCY

☒ INITIAL  ☐ UPDATE  ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☐ INSTITUTION:
- ☒ FACILITY: A
- ☒ HOUSING UNIT: A1-A5
- ☒ VOCATION: Central Kitchen
- ☒ EDUCATION:
- ☐ OTHER:

**INMATES AFFECTED**
- ☒ ALL
- ☐ BLACK
- ☐ WHITE
- ☐ HISPANIC
- ☐ OTHER
- ☐

**REASON**
- ☐ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☒ OTHER  THREAT AGAINST STAFF

**MOVEMENT**
- ☐ NORMAL
- ☒ ESCORT ALL MOVEMENT
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT
- ☐ CONTROLLED MOVEMENT
- ☒ OTHER:  HANDCUFFED

**WORKERS**
- ☐ NORMAL
- ☒ CRITICAL WORKERS ONLY -- Capt. Approval Only
- ☐ CULINARY
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS
- ☐ NO INMATE WORKERS

**DAYROOM**
- ☐ NORMAL
- ☐ NO DAYROOM ACTIVITIES
- ☒ MODIFIED:

**RECREATION**
- ☐ NORMAL
- ☐ NO RECREATIONAL ACTIVITIES
- ☒ MODIFIED:

**FEEDING**
- ☐ NORMAL
- ☒ CELL FEEDING
- ☐ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☐ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☐ NORMAL
- ☐ ESCORTED
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☒ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**
- ☐ NORMAL
- ☐ NO CANTEEN
- ☒ MODIFIED:

**PACKAGES**
- ☐ NORMAL
- ☐ NO PACKAGES
- ☒ MODIFIED:

**DUCATS**
- ☐ NORMAL
- ☐ MEDICAL DUCATS ONLY
- ☐ CLASSIFICATION DUCATS
- ☒ PRIORITY DUCATS ONLY

**MEDICAL**
- ☐ NORMAL MEDICAL PROGRAM
- ☒ PRIORITY DUCATS ONLY
- ☒ LVN CONDUCT ROUNDS IN UNITS
- ☒ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER:

**PHONE CALLS**
- ☐ NORMAL
- ☐ NO PHONE CALLS
- ☒ MODIFIED:

**VISITING**
- ☒ NORMAL VISITING
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☐ OTHER:

**LEGAL LIBRARY**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☐ NO RELIGIOUS SERVICES
- ☒ MODIFIED:  in-cell worship

**REMARKS:** On August 21, 2008 staff received information indicating that a Facility A staff member may be the target of an assault. The Facility A inmate population is being placed on Modified Program pending administrative review.

**Facility Lieutenants will ensure posting in all housing units and control booths.**

State of Emergency only: Postponement of nonessential administrative decisions, actions and the normal time requirements:

☐ Approved  ☐ Disapproved

| PREPARED BY S. Haton, Facility A Captain (A) | DATE August 21, 2008 | NAME / SIGNATURE (WARDEN) M. S. Evans | DATE August 21, 2008 |
|---|---|---|---|

**STATE OF CALIFORNIA**                    COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC 1746)

I, __ERIC C. DUARTE__ declare under penalty of perjury that: I am the __PLAINTIFF__ in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this __28__ day of __August__, 20 __08__, at Salinas Valley State Prison, Soledad, CA 93960-1050.

(Signature) _Eric C. Duarte_
DECLARANT/PRISONER

- - - - - - - - - - - - - - - - - -

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, __ERIC C. DUARTE__, am a resident of California State Prison, I the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, CA 93960-1050.

On __AUGUST 28th__, 20 __08__, I served the foregoing: __APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A REPLY MOTION IN OPPOSITION TO DEFENDANT'S REPLY IN SUPPORT OF AMENDED MOTION FOR SUMMARY JUDGMENT OF DEFENDANT OFFICER MARTYN BEVAN__
(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, CA 93960-1050.

__OFFICE OF THE CLERK,U.S.DISTRICT COURT__
__NORTHERN DISTRICT OF CALIFORNIA__
__280 SOUTH FIRST STREET,ROOM 2112__
__SAN JOSE,CALIFORNIA 95113-3095__
(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August __28th__, 20 __08__

_Eric C. Duarte_
DECLARANT/PRISONER

LEGAL MAIL ONLY

ERIC C. DUARTE. T-24814
Salinas Valley State Prison
Facility A4-235
P.O. Box 1050
Soledad California 93960-1060

LEGAL MAIL

STATE PRISON
GENERATED MAIL

OFFICE OF THE CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET. ROOM 2112
SAN JOSÉ, CALIFORNIA  95113-3095



UNITED STATES POSTAGE
$ 01.00
02 1A
0004597458
AUG 28 2
MAILED FROM ZIP CODE 93



